**Hearing Date: July 19, 2023 at 10:00 a.m., prevailing Eastern Time**
**Response Deadline: July 7, 2023 at 5:00 p.m., prevailing Eastern Time**
**Response Deadline (Satisfied Contract Cure Claims Only): July 12, 2023 at 5:00 p.m., prevailing Eastern Time**

Paul M. Basta
Alice Belisle Eaton
Robert A. Britton
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RML, LLC[1] | Case No. 22-10784 (DSJ) |
| Reorganized Debtor. | |
| Tax I.D. No. N/A | |

**NOTICE OF REORGANIZED DEBTORS' FOURTH OMNIBUS OBJECTION TO INCORRECT PRIORITY CLAIMS, LATE-FILED NO LIABILITY EQUITY INTEREST, INSUFFICIENT DOCUMENTATION CLAIMS, SATISFIED CONTRACT CURE CLAIMS, AND FLOW-THROUGH CLAIMS**

**PLEASE TAKE NOTICE** that a hearing on the *Reorganized Debtors' Fourth Omnibus Objection to Incorrect Priority Claims, Late-Filed No Liability Equity Interest, Insufficient Documentation Claims, Satisfied Contract Cure Claims, and Flow-Through Claims* (the "Objection") will be held before the Honorable David S. Jones, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, on **Wednesday, July 19, 2023, at 10:00 a.m., prevailing Eastern Time** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that in accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted via Zoom videoconference. Parties wishing to appear at the Hearing, whether in a "live" or "listen only" capacity, must make an electronic

---

[1]   On May 30, 2023, the Court entered the *Order (I) Consolidating Remaining Matters Under the Remaining Case, (II) Entering Final Decree Closing Certain of the Chapter 11 Cases, (III) Changing the Case Caption of the Remaining Case, and (IV) Granting Related Relief* [Docket No. 1920], closing the affiliated chapter 11 cases and directing that all motions, notices, and other pleadings related to any of the affiliated debtors be filed in this case. The location of RML, LLC's service address for purposes of these Chapter 11 Cases is: 55 Water St., 43rd Floor, New York, NY 10041-0004.

appearance through the "eCourtAppearances" tab on the Court's website (https://www.nysb.uscourts.gov/content/judge-david-s-jones) no later than 4:00 p.m. on the business day before the Hearing (the "Appearance Deadline").  Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance.  Parties wishing to appear at the Hearing must submit an electronic appearance through the Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Court.  Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

PLEASE TAKE FURTHER NOTICE that any responses to the relief requested in the Objection shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *Order (I) Approving (A) Omnibus Claims Objection Procedures, (B) Omnibus Substantive Claims Objections and Form of Notice, and (C) Satisfaction Procedures and Form of Notice and (II) Granting Related Relief* (the "Objections Procedures Order") [Docket No. 1117]; and (c) be served so that the following parties actually receive such response on or before **July 7, 2023, at 5:00 p.m., prevailing Eastern Time** (the "Response Deadline"): (i) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019, Attn: Paul M. Basta, Alice Belisle Eaton, Robert A. Britton, and Irene Blumberg; (ii) Brown Rudnick LLP, Seven Times Square, New York, New York 10036, Attn: Robert J. Stark, David J. Molton, Jeffrey L. Jonas, Bennett S. Silverberg, and Kenneth J. Aulet; and (iii) The Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Brian S. Masumoto.

PLEASE TAKE FURTHER NOTICE that if no responses are timely filed and served with respect to the Objection, the Reorganized Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Objection, which order may be entered with no further notice or opportunity to be heard.

PLEASE TAKE FURTHER NOTICE that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.  The Reorganized Debtors will file an agenda before the Hearing, which may modify or supplement the Objection to be heard at the Hearing.

PLEASE TAKE FURTHER NOTICE that *your rights may be affected*.  **You should read the Objection carefully and discuss it with your attorney, if you have one.  If you do not have an attorney, you may wish to consult with one.**

PLEASE TAKE FURTHER NOTICE that copies of the Objection can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov or (ii) from the Reorganized Debtors' claims and noticing agent, Kroll Restructuring Administration, LLC, at https://cases.ra.kroll.com/revlon/ or by calling (855) 631-5341 (toll free) for U.S. and Canada-based parties or +1 (646) 795-6968 for international parties.  Note that a PACER password is needed to access documents on the Court's website.

New York, New York
Dated: June 16, 2023

/s/ Robert A. Britton

Paul M. Basta
Alice Belisle Eaton
Robert A. Britton
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Reorganized Debtors*

**Hearing Date:  July 19, 2023 at 10:00 a.m., prevailing Eastern Time**
**Response Deadline:  July 7, 2023 at 5:00 p.m., prevailing Eastern Time**
**Response Deadline (Satisfied Contract Cure Claims Only):  July 12, 2023 at 5:00 p.m., prevailing**
**Eastern Time**

Paul M. Basta
Alice Belisle Eaton
Robert A. Britton
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| RML, LLC[1] | ) Case No. 22-10784 (DSJ) |
| Reorganized Debtor. | ) |
| Tax I.D. No. N/A | ) |

**REORGANIZED DEBTORS' FOURTH OMNIBUS OBJECTION TO
INCORRECT PRIORITY CLAIMS, LATE-FILED NO LIABILITY EQUITY
INTEREST, INSUFFICIENT DOCUMENTATION CLAIMS, SATISFIED CONTRACT
CURE CLAIMS, AND FLOW-THROUGH CLAIMS**

> **YOU SHOULD LOCATE YOUR NAME AND YOUR CLAIM(S) ON THE SCHEDULES ATTACHED TO <u>EXHIBIT A</u> HERETO.  PLEASE TAKE NOTICE THAT THE OBJECTION SEEKS TO DISALLOW, EXPUNGE, OR OTHERWISE AFFECT YOUR CLAIM(S).  THEREFORE, PLEASE READ THIS OBJECTION AND ATTACHMENTS THERETO VERY CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

---

[1]    On May 30, 2023, the Court entered the *Order (I) Consolidating Remaining Matters Under the Remaining Case, (II) Entering Final Decree Closing Certain of the Chapter 11 Cases, (III) Changing the Case Caption of the Remaining Case, and (IV) Granting Related Relief* [Docket No. 1920], closing the affiliated chapter 11 cases and directing that all motions, notices, and other pleadings related to any of the affiliated debtors be filed in this case. The location of RML, LLC's service address for purposes of these Chapter 11 Cases is:  55 Water St., 43rd Floor, New York, NY 10041-0004.

Revlon, Inc. and its affiliates (before the effective date of their chapter 11 plan of reorganization, the "Debtors" and after the effective date of their plan of reorganization, the "Reorganized Debtors") hereby submit this objection (the "Objection") and respectfully state as follows:[2]

### Relief Requested

1.      The Reorganized Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"), disallowing, expunging, or modifying the claims identified on (a) Schedule 1 to the Order (collectively, the "Incorrect Priority Claims") because such claims assert incorrect priority statuses based on the Debtors' books and records, (b) Schedule 2 to the Order (the "Late-Filed No Liability Equity Interest") because such proof of claim was (i) not actually received by the General Bar Date and (ii) filed solely on account of a purported equity interest in the Debtors, (c) Schedule 3 to the Order (collectively, the "Insufficient Documentation Claims") because each proof of claim fails to satisfy the requirements for a valid proof of claim, (d) Schedule 4 to the Order (collectively, the "Satisfied Contract Cure Claims") because each claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan), and (e) Schedule 5 to the Order (collectively, the "Flow-Through Claims") because such claims were filed on account of Qualified Pension Plans, which were assumed by the Debtors under the Plan.  In support of this Objection, the Reorganized Debtors submit the declaration of Thomas Behnke, a Managing

---

[2]     Capitalized terms used but not defined in this Objection shall have the meanings given to such terms in the *Revised Third Amended Joint Plan of Reorganization of Revlon, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1860] (with all supplements and exhibits thereto, as it has been and may be amended, altered, modified, revised, or supplemented from time to time, the "Plan"), the *Order (I) Approving (A) Omnibus Claims Objection Procedures, (B) Omnibus Substantive Claims Objections and Form of Notice, and (C) Satisfaction Procedures and Form of Notice and (II) Granting Related Relief* (the "Objection Procedures Order") [Docket No. 1117], or the *Order (I) Establishing Deadlines for (A) Submitting Proofs of Claim and (B) Requests for Payment Under Bankruptcy Code Section 503(b)(9), (II) Approving the Form, Manner, and Notice Thereof, and (III) Granting Related Relief* [Docket No. 688] (the "Bar Date Order"), as applicable.

Director at Alvarez & Marsal North America, LLC, attached hereto as **Exhibit B** (the "Behnke

Declaration").

**Jurisdiction and Venue**

2.      The United States Bankruptcy Court for the Southern District of New York

(the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the

*Amended Standing Order of Reference from the United States District Court for the Southern*

*District of New York*, dated January 31, 2012.  The Reorganized Debtors confirm their consent,

pursuant to rule 7008 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), to

the entry of a final order by the Court in connection with this Objection to the extent that it is later

determined that the Court, absent consent of the parties, cannot enter final orders or judgments in

connection herewith consistent with Article III of the United States Constitution.

3.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The bases for the relief requested herein are Bankruptcy Code section 502(b),

Bankruptcy Rule 3007, and the Objection Procedures Order.

**Background**

A.      **Procedural Background**

5.      On June 15, 2022, each of the Debtors filed a voluntary petition for relief under

chapter 11 of the Bankruptcy Code, thereby commencing the instant cases

(the "Chapter 11 Cases").

6.      No trustee or examiner has been appointed in the Chapter 11 Cases.  On June 24,

2022, the United States Trustee for the Southern District of New York (the "U.S. Trustee")

appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy

Code (the "Committee") [Docket No. 121].

3

7.    A description of the Debtors' businesses, the reasons for commencing these Chapter 11 Cases, the relief sought from the Court to allow for a smooth transition into chapter 11, and the facts and circumstances supporting this Objection are set forth in the *Declaration of Robert M. Caruso, Chief Restructuring Officer, (I) in Support of First Day Motions and (II) Pursuant to Local Bankruptcy Rule 1007-2* [Docket No. 30].

**B.    Claims Reconciliation Process**

8.    On August 13, 2022, the Debtors filed their respective statements of financial affairs and schedules of assets and liabilities (as amended from time to time, the "Schedules") [Docket Nos. 375–425] pursuant to Bankruptcy Rule 1007 and the *Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (II) Granting Related Relief* [Docket No. 83].  On October 23, 2022, the Debtors filed amendments to certain of the Schedules [Docket Nos. 907–913].

9.    On September 12, 2022, the Court entered the Bar Date Order, establishing certain dates and deadlines for filing proofs of Claim in these Chapter 11 Cases.  The Bar Date Order set October 24, 2022 at 5:00 p.m., prevailing Eastern Time (the "General Bar Date") and December 12, 2022 at 5:00 p.m., prevailing Eastern Time (the "Governmental Bar Date") as the deadlines by which non-governmental claimants and governmental claimants, respectively, must file a proof of claim.

10.    On November 29, 2022, the Court granted the Debtors authority to file omnibus objections to claims in accordance with the procedures set forth in the Objection Procedures Order.

11.    On January 17, 2023, the Court sustained the Debtors' first omnibus claims objection.  *See* Docket No. 1340.

4

12.    On March 7, 2023, the Court entered the Hair Straightening Bar Date Order, establishing dates and deadlines for filing Hair Straightening Proofs of Claim in these Chapter 11 Cases. The Hair Straightening Bar Date Order set April 11, 2023 at 5:00 p.m., prevailing Eastern Time (the "Hair Straightening Bar Date") as the deadline by which Hair Straightening Claimants must file a Hair Straightening Proof of Claim.

13.    On March 24, 2023, the Court sustained the Debtors' second omnibus claims objection. *See* Docket No. 1670.

14.    On April 3, 2023, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Third Amended Joint Plan of Reorganization of Revlon, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1746] (the "Confirmation Order"), confirming the *Third Amended Joint Plan of Reorganization of Revlon, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1727].

15.    On May 2, 2023, the Reorganized Debtors filed the *Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Final Deadlines for Filing Certain Claims* [Docket No. 1869], disclosing that the Effective Date (as defined in the Plan) occurred on May 2, 2023, the Plan was substantially consummated, and the Debtors emerged from chapter 11.

16.    The Reorganized Debtors, working through their financial advisor, Alvarez and Marsal North America, LLC ("A&M"), have reviewed and identified certain additional claims that the Reorganized Debtors now seek approval to either disallow and expunge or modify by this Objection, for the reasons set forth below.

**Objection**

17.    Section 502(a) of the Bankruptcy Code provides that a filed proof of claim is deemed allowed unless a party in interest objects to it. 11 U.S.C. § 502(a). Bankruptcy Rule 3007

contains the grounds upon which "objections to more than one claim may be joined in an omnibus objection." Fed. R. Bankr. P. 3007(d). The Objection Procedures Order expands Bankruptcy Rule 3007(d) and permits the Debtors and the Reorganized Debtors to file omnibus objections to claims on additional grounds. Accordingly, the Reorganized Debtors file this Objection to the claims listed on Schedules 1, 2, 3, 4, and 5 to the Order on the bases set forth below and in the Behnke Declaration to ease the administrative burden on this Court and the Reorganized Debtors during the claims reconciliation process.

### A.    Incorrect Priority Claims

18.    The Reorganized Debtors object to the forty-one (41) Incorrect Priority Claims listed on Schedule 1 to the Order because the Reorganized Debtors and A&M have determined that such claims, as filed, do not accurately reflect the correct priority status according to the Debtors' books and records. The Reorganized Debtors further believe that the asserted priority of the Incorrect Priority Claims should be modified from the priority identified in the column titled "Asserted Claims" to the priority identified in the column titled "Modified Claims" in the table provided in Schedule 1 to the Order.

19.    The Reorganized Debtors assert that the priority status reflected in the "Modified Claims" column is consistent with the Debtors' books and records and/or with the information provided by the claimant. Failure to modify the Incorrect Priority Claims could result in the relevant claimant receiving a better recovery than other similarly situated creditors, even though such recovery is not warranted. Accordingly, the Reorganized Debtors request that the Court enter the Order modifying the Incorrect Priority Claims.

**B.        Late-Filed No Liability Equity Interest[3]**

20.        The Reorganized Debtors object to the one (1) Late-Filed No Liability Equity
Interest listed on <u>Schedule 2</u> to the Order.  After reviewing this proof of claim, the Reorganized
Debtors and A&M have determined that the Debtors' notice and claims agent, Kroll Restructuring
Administration, LLC ("<u>Kroll</u>"), actually received this proof of claim after the General Bar Date on
account of a purported interest that arose prepetition.  Furthermore, the Late-Filed No Liability
Equity Interest was filed solely on account of an asserted equity interest in the Debtors, *i.e.*, based
only on ownership of common stock of or other equity interest in the Debtors and not on account
of any claim against the Debtors.

**i.        The Late-Filed No Liability Equity Interest Was Not Actually Received
by Kroll Until After the General Bar Date.**

21.        Bankruptcy Rule 3003(c) requires the bankruptcy court to set a bar date after which
proofs of claim may not be filed.  Fed. R. Bankr. P. 3003(c) ("The court shall fix … the time within
which proofs of claim or interest may be filed.").  Bar dates are "critically important to the
administration of a successful chapter 11 case."  *In re Musicland Holding Corp.*, 356 B.R. 603,
607 (Bankr. S.D.N.Y. 2006).  They are not designed merely as a "procedural gauntlet," but rather
serve "as an integral of the reorganization process" and foster the efficient administration of
bankruptcy cases.  *In re Hooker Invs., Inc.*, 937 F.2d 833, 840 (2d Cir. 1991).

22.        The Bar Date Order established certain deadlines for Kroll to actually receive
written proofs of claim based on claims that arose prepetition against any Debtor, including the
General Bar Date, for any person or entity, including and without limitation, any individual,

---

[3]        The Reorganized Debtors do not need to file a formal objection to claims that were filed after the applicable
claims bar date because pursuant to <u>Article IX.B</u> of the Plan, such claims are deemed disallowed and expunged
as of the Effective Date without any further notice to or action, order, or approval of the Bankruptcy Court, but
are doing so solely for purposes of completeness of the record.

partnership, joint venture, corporation, estate, and trust, including claims pursuant to section
503(b)(9) of the Bankruptcy Code.

23.     The Bar Date Order provides the below:

> Pursuant to Bankruptcy Rule 3003(c)(2), any Claimant that is required to file a
> Proof of Claim in these Chapter 11 Cases pursuant to the Bankruptcy Code, the
> Bankruptcy Rules or this Order with respect to a particular Claim, but that fails to
> do so properly by the applicable Bar Date, shall be forever barred, estopped and
> enjoined from: (a) asserting such Claim against the Debtors and their chapter 11
> estates (or filing a Proof of Claim with respect thereto), and the Debtors and their
> properties and estates shall be forever discharged from any and all indebtedness or
> liability with respect to such Claim and (b) voting upon, or receiving distributions
> under, any chapter 11 plan in these Chapter 11 Cases or otherwise in respect of or
> on account of such Claim, and such Person or Entity shall not be treated as a creditor
> with respect to such Claim for any purpose in these Chapter 11 Cases.

Bar Date Order at ¶ 31.

24.     The Bar Date Order also outlines procedures for how the Debtors should provide
notice to potential holders of claims. *See* Bar Date Order at ¶¶ 22–25, 28.  In accordance with
such procedures, starting on September 13, 2022, the Debtors caused Kroll to serve a Bar Date
Notice to approximately 50,000 creditors individually. *See* Affidavit of Service [Docket No. 759].
Additionally, copies of the Bar Date Order and proof of claim forms were made publicly available
at https://cases.ra.kroll.com/revlon/.  The Debtors also caused the Bar Date Notice to be published
in English in the national editions of (i) *The New York Times* on September 22, 2022 (U.S.), (ii)
*USA Today* on September 22, 2022 (U.S.), and (iii) *The Globe and Mail*, on September 23, 2022
(Canada). *See* Certificate of Publication [Docket No. 758].

25.     The Late-Filed No Liability Equity Interest does not comply with the Bankruptcy
Code and the Bar Date Order because it was not actually received by the applicable bar date. *See*
11 U.S.C. § 502(b)(9) (in relevant part, a proof of claim should not be allowed if the "proof of
such claim is not timely filed …"); Bar Date Order at ¶ 31.  Moreover, the Bar Date Notice
provided to claimants that failure to timely file a proof of claim would result in such claim being

8

barred.  Nevertheless, the Late-Filed No Liability Equity Interest was actually received after the General Bar Date.

26.    Furthermore, under Article IX.B of the Plan, except as provided in the Plan or otherwise agreed to by the Debtors or the Reorganized Debtors, the GUC Administrator, or the PI Claims Administrator, as applicable, any and all proofs of claim filed after the applicable bar date shall be deemed disallowed and expunged as of the Effective Date without any further notice to or action, order, or approval of the Bankruptcy Court, and holders of such claims may not receive any distributions on account of such claims, unless on or before the Confirmation Hearing such late-Filed claim has been deemed timely Filed by a Final Order.

### ii.    The Late-Filed No Liability Equity Interest Was Filed Solely on Account of an Asserted Equity Interest in the Debtors.

27.    Holders of common stock of or other equity interests in the Debtors do not have "claims" against the Debtors nor their estates.  *See* 11 U.S.C. § 501(a) ("An equity security holder may file a proof of *interest*.") (emphasis added).  Moreover, "any Person or Entity that holds an interest of Revlon, Inc. solely with respect to such holder's ownership interest in or possession of such interest, which shall include common stock, warrants, and rights or options to purchase, sell or subscribe to common stock" was not required to file a proof of claim.  Bar Date Order ¶ 16. Here, a certain purported holder of common stock filed a proof of claim asserting a claim solely on account of his equity interest notwithstanding the provision in the Bar Date Order.  The Late-Filed No Liability Equity Interest should be disallowed and expunged from the claims register as a result.  This will streamline the distribution process and reduce the risk that equity holders receive recoveries on account of their interests.  Accordingly, the Debtors request that the Late-Filed No Liability Equity Interest be disallowed and authority to expunge such claims from the claims register.

### C.    Insufficient Documentation Claims

28.    The Reorganized Debtors object to the six (6) Insufficient Documentation Claims listed on Schedule 3 to the Order.  After reviewing such claims, the Reorganized Debtors and A&M have determined that they cannot reconcile the Insufficient Documentation Claims with the Debtors' books and records because such claims lack supporting documentation.

29.    Under section 502(b)(1) of the Bankruptcy Code, a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).  A claimant must allege facts that, if true, would support a finding that the debtor is legally liable to the claimant.  *See In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173 (3d Cir. 1992); *see also In re Int'l Match Corp.*, 69 F.2d 73, 76 (2d Cir. 1934).  Where the claimant alleges facts sufficient to support its claim, its claim is afforded *prima facie* validity; absent such facts, a proof of claim lacks *prima facie* validity.  *In re Wilson*, 532 B.R. 486, 490 (S.D.N.Y. 2015) ("Failure to attach the documentation required … will result in the loss of *prima facie* validity of the claim."); *In re Taylor*, 363 B.R. 303, 308 (Bankr. M.D. Fla. 2007).  When an objecting party rebuts a claim's *prima facie* validity, the claimant bears the burden of proving the claim's validity by a preponderance of the evidence.  *See In re Allegheny Int'l, Inc.*, 954 F.2d at 173–74.  The burden of persuasion with respect to the claim is always on the claimant.  *See id.* at 174; *In re Residential Capital, LLC*, 552 B.R. 50, 68 (Bankr. S.D.N.Y. 2015).

30.    Without providing sufficient information or documentation to allow the Reorganized Debtors to reconcile the proof of claim, each of the Insufficient Documentation Claims fails to satisfy the requirements for a proof of claim.  Although the Reorganized Debtors have attempted to compare each Insufficient Documentation Claim with the Debtors' books and

records, each Insufficient Documentation Claim does not contain enough information to allow the Reorganized Debtors to determine what amount (if any) is valid and owed by the Debtors.

31.     These Insufficient Documentation Claims should be disallowed to prevent holders without valid claims from receiving estate property to the detriment of other creditors that hold valid claims against the Debtors.  Disallowance of these Insufficient Documentation Claims will enable the claims register to reflect more accurately the claims properly asserted against the Debtors.  Accordingly, the Reorganized Debtors seek entry of an order disallowing the Insufficient Documentation Claims in their entirety and authority to expunge such claims from the claims register.

### D.     Satisfied Contract Cure Claims

32.     The Reorganized Debtors object to the two hundred twenty-three (223) Satisfied Contract Cure Claims listed on Schedule 4 to the Order.  After reviewing such claims, the Reorganized Debtors and A&M have determined that all the Satisfied Contract Cure Claims have been satisfied in full because the Reorganized Debtors paid the claimed amounts via payment of Cure Claims in accordance with the Plan and section 365(b)(1) of the Bankruptcy Code.

33.     Pursuant to Article VII.C of the Plan, the Debtors issued individualized Cure Notices and proposed amounts of Cure Claims at least fourteen days prior to the Confirmation Hearing to each contract and lease counterparty, setting forth the amounts the Debtors had determined were required to be paid to cure any monetary default under the contract(s) to be assumed.  *See* Affidavit of Service [Docket No. 152]; Affidavit of Service [Docket No. 149].  All objections to proposed amounts of Cure Claims were due at least seven calendar days prior to the Confirmation Hearing.  Any counterparty to an Executory Contract or Unexpired Lease that failed to object timely to the proposed cure amount were deemed to have assented to such cure amount. The Plan further provided for the full release and satisfaction of any Claims against any Debtor

arising under any assumed Executory Contract or Unexpired Lease.  Each of the relevant claimants received due and sufficient notice of the proposed assumption amounts through receipt of the Cure Notice and the Plan.  *See* Affidavit of Service [Docket No. 152]; Affidavit of Service [Docket No. 149]; Affidavit of Service [Docket No. 1763].  Thus, the Satisfied Contract Cure Claims are unenforceable against the Reorganized Debtors because the Reorganized Debtors do not owe any supplemental or additional amounts on account of the Satisfied Contract Cure Claims.

34.    This Objection does not constitute an admission on the part of the Reorganized Debtors as to the amount or validity of the Satisfied Contract Cure Claims or waiver of any rights of the Reorganized Debtors.

35.    These Satisfied Contract Cure Claims should be disallowed and expunged in their entirety.  Disallowance of these Satisfied Contract Cure Claims will enable the claims register to reflect more accurately the claims asserted against the Debtors.  Accordingly, the Reorganized Debtors request that the Satisfied Contract Cure Claims be disallowed and authority to expunge the Satisfied Contract Cure Claims from the claims register.

**E.    Flow-Through Claims**

36.    The Reorganized Debtors object to the two hundred seventy-three (273) Flow-Through Claims listed on Schedule 5 to the Order.  After reviewing such claims, the Reorganized Debtors and A&M have determined that all Flow-Through Claims were filed on account of a pension obligation purportedly owed under a Qualified Pension Plan.  Pursuant to Article IV.J of the Plan, on the Effective Date of the Plan, the Debtors assumed the Qualified Pension Plans in accordance with the terms of the Qualified Pension Plans and the relevant provisions of ERISA and the IRC, and the Qualified Pension Plans shall be continued.  Thus, the Flow-Through Claims are unenforceable against the Reorganized Debtors because the Reorganized Debtors do not currently owe any amounts on account of the Flow-Through Claims.

37.    This Objection does not constitute an admission on the part of the Reorganized Debtors as to the amount or validity of the Flow-Through Claims or waiver of any rights of the Reorganized Debtors.

38.    The Flow-Through Claims should be disallowed and expunged in their entirety. Disallowance of these Flow-Through Claims will enable the claims register to reflect more accurately the claims properly asserted against the Debtors.  Accordingly, the Reorganized Debtors request that the Flow-Through Claims be disallowed and authority to expunge the Flow-Through Claims from the claims register.

**Compliance with the Objection Procedures and the Bankruptcy Rules**

39.    The Reorganized Debtors believe that the content of this Objection is in full compliance with the applicable Bankruptcy Rules and Objection Procedures Order for the following reasons:

(a)    this Objection conspicuously states on the first page that **"YOU SHOULD LOCATE YOUR NAME AND YOUR CLAIM(S) ON THE SCHEDULES ATTACHED TO EXHIBIT A HERETO.  PLEASE TAKE NOTICE THAT THE OBJECTION SEEKS TO DISALLOW, EXPUNGE, OR OTHERWISE AFFECT YOUR CLAIM(S). THEREFORE, PLEASE READ THIS OBJECTION AND ATTACHMENTS THERETO VERY CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE";[4]**

(b)    each schedule lists the claims subject to this Objection in alphabetical order based on the claimant's name and contains a reference to the applicable claim number;[5]

(c)    each schedule to the Order provides the grounds for the Objection to the claims and a cross-reference to the page in this Objection pertinent to the stated grounds;[6]

---

[4]    *See* Fed. R. Bankr. P. 3007(e)(1).

[5]    *See* Fed. R. Bankr. P. 3007(e)(2); Objection Procedures Order, Ex. 1, ¶ 5.

[6]    *See* Fed. R. Bankr. P. 3007(e)(3); Objection Procedures Order, Ex. 1, ¶ 5.

(d)     the Objection states in the title the identity of the objecting party (the Reorganized Debtors) and the grounds for the objection;[7]

(e)     this Objection is numbered appropriately;[8]

(f)     the grounds asserted are that (i) the Incorrect Priority Claims assert incorrect priority statuses based on the Debtors' books and records, (ii) the Late-Filed No Liability Equity Interest was not actually received by the General Bar Date and was filed solely on account of a purported equity interest in the Debtors, (iii) the Insufficient Documentation Claims fail to satisfy the requirements for a valid proof of claim, (iv) the Satisfied Contract Cure Claims assert claims for liabilities that the Reorganized Debtors have paid in full by payment of the applicable Cure Claim, and (v) the Flow-Through Claims were filed on account of Qualified Pension Plans, which were assumed by the Debtors under the Plan.

(g)     the Objection Procedures Order provides that the Debtors may object to more than 100 claims in a single objection;[9] and

(h)     each schedule to the Order includes only the claims to which there is a common basis for the objection.

40.     For the foregoing reasons, the Reorganized Debtors respectfully submit that the content of this Objection is in full compliance with the Bankruptcy Rules and the Objection Procedures Order.

41.     The Reorganized Debtors further respectfully state that notice and service of this Objection will be in full compliance with the Bankruptcy Rules for the following reasons:

(a)     the Objection will be filed with the Court and served upon (i) the affected claimant set forth on each proof of claim subject to this Objection or its respective attorney of record, (ii) the U.S. Trustee, (iii) the Committee, and (iv) parties that have filed a request for service of papers under Bankruptcy Rule 2002;[10]

---

[7]     *See* Fed. R. Bankr. P. 3007(e)(4).

[8]     *See* Fed. R. Bankr. P. 3007(e)(5); Objection Procedures Order, Ex. 1, ¶ 3.

[9]     *See* Objection Procedures Order ¶ 4.

[10]    *See* Fed. R. Bankr. P. 2002, 3007(a); Objection Procedures Order, Ex. 1, ¶ 7.

(b)     the Reorganized Debtors will also serve each claimant affected as a result of this Objection with a customized objection notice tailored, as appropriate, to address the particular creditor, claim, and objection;[11] and

(c)     this Objection will be set for hearing at least thirty (30) days after the filing of this Objection.[12]

## **Reservation of Rights**

42.     This Objection is limited to the grounds stated herein.  Accordingly, it is without prejudice to the rights of the Reorganized Debtors or any other party in interest to object to any of the claims listed on Schedules 1, 2, 3, 4, and 5 to the Order, on any grounds whatsoever, and the Reorganized Debtors expressly reserve all further substantive or procedural objections they may have with respect to such claims.

## **Motion Practice**

43.     This Objection includes citations to the applicable rules and statutory authorities upon which the relief requested herein is predicated and a discussion of its application to this Objection.  Accordingly, the Reorganized Debtors submit that this Objection satisfies rule 9013-1(a) of the Local Bankruptcy Rules for the Southern District of New York.

## **Notice**

44.     The Reorganized Debtors have provided notice of this Objection to (a) the affected claimant party set forth on each proof of claim or the respective attorney of record, (b) the entities on the Master Service List (as defined in the *Revised Order (A) Establishing Certain Notice, Case Management, and Administrative Procedures and (B) Granting Related Relief* [Docket No. 279] and available on the Reorganized Debtors' case website at https://cases.ra.kroll.com/revlon), and

---

[11]     *See* Objection Procedures Order ¶ 6.

[12]     *See* Fed. R. Bankr. P. 2002, 3007(a); Objection Procedures Order, Ex. 1, ¶ 8.

(c) parties that have filed a request for service of papers under Bankruptcy Rule 2002. The Reorganized Debtors respectfully submit that no other or further notice is necessary.

## **No Prior Request**

45.    No prior request for the relief sought in this Objection has been made to this or any other court.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Reorganized Debtors respectfully request entry of the Order granting

the relief requested herein and such other relief as is just and proper.

New York, New York
Dated: June 16, 2023

/s/ Robert A. Britton

Paul M. Basta
Alice Belisle Eaton
Robert A. Britton
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Reorganized Debtors*

## Exhibit A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RML, LLC[1] | Case No. 22-10784 (DSJ) |
| Reorganized Debtor. | |
| Tax I.D. No. N/A | |

**ORDER GRANTING REORGANIZED DEBTORS' FOURTH OMNIBUS OBJECTION TO INCORRECT PRIORITY CLAIMS, LATE-FILED NO LIABILITY EQUITY INTEREST, INSUFFICIENT DOCUMENTATION CLAIMS, SATISFIED CONTRACT CURE CLAIMS, AND FLOW-THROUGH CLAIMS**

Upon the objection (the "Objection")[2] of the above-captioned reorganized debtors (before the effective date of their chapter 11 plan of reorganization, the "Debtors" and after the effective date of their plan of reorganization, the "Reorganized Debtors") for entry of an order (this "Order") approving the disallowance, expungement, or modification, as applicable, of the claims as identified on **Schedules 1**, **2**, **3**, **4**, and **5** attached hereto and pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and the Objection Procedures Order, all as more fully set forth in the Objection; and upon the Behnke Declaration; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*,

---

[1]    On May 30, 2023, the Court entered the *Order (I) Consolidating Remaining Matters Under the Remaining Case, (II) Entering Final Decree Closing Certain of the Chapter 11 Cases, (III) Changing the Case Caption of the Remaining Case, and (IV) Granting Related Relief* [Docket No. 1920], closing the affiliated chapter 11 cases and directing that all motions, notices, and other pleadings related to any of the affiliated debtors be filed in this case. The location of RML, LLC's service address for purposes of these Chapter 11 Cases is:  55 Water St., 43rd Floor, New York, NY 10041-0004.

[2]    Capitalized terms used in this Order and not immediately defined have the meanings given to such terms in the Objection.

1

dated January 31, 2012; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that the relief requested in the Objection is in the best interests of the Reorganized Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Reorganized Debtors' notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing, if any, before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Objection is sustained as set forth herein.

2. The Incorrect Priority Claims listed on **Schedule 1** attached hereto are modified as to the priority status as identified in the column titled "Modified Claims" in **Schedule 1** to the Order.

3. The Late-Filed No Liability Equity Interest listed on **Schedule 2** attached hereto is disallowed and expunged in its entirety.

4. The Insufficient Documentation Claims listed on **Schedule 3** attached hereto are disallowed and expunged in their entirety.

5. The Satisfied Contract Cure Claims listed on **Schedule 4** attached hereto are disallowed and expunged in their entirety.

2

6.    The Flow-Through Claims listed on **Schedule 5** attached hereto are disallowed and expunged in their entirety.

7.    Kroll Restructuring Administration, LLC, the Reorganized Debtors' claims and noticing agent, is authorized to update the claims register to reflect the relief granted in this Order.

8.    Entry of this Order is without prejudice to the Reorganized Debtors' right to object to any other claims in these chapter 11 cases or to further object to the claims listed on **Schedules 1**, **2**, **3**, **4**, and **5** attached hereto (to the extent they are not disallowed or expunged pursuant to this Order) on any grounds whatsoever at a later date.

9.    Each objection to each claim as addressed in the Objection and as identified on **Schedules 1**, **2**, **3**, **4**, and **5** attached hereto constitutes a separate contested matter as contemplated in Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each claim listed on **Schedules 1**, **2**, **3**, **4**, and **5**.  Any stay of this Order shall apply only to the contested matter that involves such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby.

10.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11.    The Reorganized Debtors are authorized to take any and all actions reasonably necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Objection.

12.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

New York, New York
Dated: _____, 2023

_____
THE HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE

## **Schedule 1**

**Incorrect Priority Claims**

Revlon, Inc., Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 1 - Incorrect Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED CLAIMS PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BAIER, STACY 20 COLONIAL CIRCLE FAIRPORT, NY 14450 | 871 | Revlon Canada Inc. | Priority | $150,000.00* | Revlon Canada Inc. | Unsecured | $150,000.00* |

Reason:  Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | Bennett, Madeline D. 1080 5th Ave., Apt 17A New York, NY 10128 | 1224 | Revlon, Inc. | Priority | $475,078.20 | Revlon, Inc. | Unsecured | $475,078.20 |

Reason:  Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | BLUMENTHAL, NORMAL 25 GLENLAKE PKWY UNIT# 2412 SANDY SPRINGS, GA 30328-3572 | 3570 | Revlon, Inc. | Priority | Undetermined* | Revlon, Inc. | Unsecured | Undetermined* |

Reason:  Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | BOWDEN, REGINALD W. 2 STONEHENGE RD WESTON, CT 06883-2612 | 903 | Revlon, Inc. | Priority | $1,418.69 | Revlon, Inc. | Unsecured | $1,418.69 |

Reason:  Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | Campbell, Susan 6182 Starfield Cres. Mississauga, ON L5N 1X1 | 1583 | Revlon, Inc. | Priority | $10,000.00 | Revlon, Inc. | Unsecured | $10,000.00 |

Reason:  Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 1 - Incorrect Priority Claims

| | | | | ASSERTED CLAIMS | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 6 | CANNON, GEORGE 5962 BAYSHORE DRIVE TOOELE, UT 84074-9070 | 4959 | Revlon, Inc. | Priority | $147,024.72 | Revlon, Inc. | Unsecured | $147,024.72 |
| | Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 7 | CAROLINA MATERIAL HANDLING, INC. 2209 PATTERSON COURT GREENSBORO, NC 27407-2593 | 252 | Revlon, Inc. | Priority | $7,614.48 | Revlon, Inc. | Unsecured | $7,614.48 |
| | Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 8 | CIRLIN, CYNTHIA B. 1755 YORK AVE APT 16G NEW YORK, NY 10128-6870 | 4955 | Revlon, Inc. | Priority | $16,500.00 | Revlon, Inc. | Unsecured | $16,500.00 |
| | Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 9 | Coallier, Chantal 107 56E Avenue St-Eustache, QC J7P 3K7 | 4507 | Revlon, Inc. | Priority | $6,034.68 | Revlon, Inc. | Unsecured | $6,034.68 |
| | Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 10 | Conover III, William R. 19165 N 259th LN Buckeye, AZ 85396-5498 | 913 | Revlon, Inc. | Priority | $1,628,452.49 | Revlon, Inc. | Unsecured | $1,628,452.49 |
| | Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 1 - Incorrect Priority Claims

|  | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | Duffner, Frederick 1425 Joy Circle Yardley, PA 19067 | 392 | Revlon, Inc. | Priority | $428,841.14 | Revlon, Inc. | Unsecured | $428,841.14 |

Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | Dunbar, Ronald H. 350 Lakeview Way Vero Beach, FL 32963 | 464 | Revlon Consumer Products Corporation | Priority | $688,328.82 | Revlon Consumer Products Corporation | Unsecured | $688,328.82 |

Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | ENGLISH, TANYA A 209 E 56 ST APT PHU NEW YORK, NY 10022-3705 | 285 | Revlon Consumer Products Corporation | Priority | $36,132.63 | Revlon Consumer Products Corporation | Unsecured | $36,132.63 |

Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | Eyedeas Design & Communications Inc. Allison McAteer 20 Evandale Road Scarborough, ON M1L 3S1 | 58 | Revlon Canada Inc. Revlon Canada Inc. | Priority Unsecured Subtotal | $7,294.95 $56,115.00 $63,409.95 | Revlon Canada Inc. | Unsecured | $63,409.95 |

Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

Revlon, Inc., Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 1 - Incorrect Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | FELD, GEORGE W 11873 FOUNTAINSIDE CIR BOYNTON BEACH, FL 33437-4925 | 1308 | Revlon, Inc. | Priority | Undetermined* | Revlon, Inc. | Unsecured | Undetermined* |
| | Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 16 | FOTIU, MARY 6 ARROWHEAD ROAD MAHWAH, NJ 07430-1308 | 2810 | Revlon International Corporation / Revlon International Corporation | Priority / Secured / Subtotal | Undetermined* / Undetermined* / Undetermined* | Revlon International Corporation | Unsecured | Undetermined* |
| | Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 17 | Gonzalez, Miguel P.O. Box 1695 Perth Amboy, NJ 08861 | 744 | Revlon, Inc. | Priority | Undetermined* | Revlon, Inc. | Unsecured | Undetermined* |
| | Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 18 | Graff, Robert S. 2957 Reynard Way San Diego, CA 92103 | 969 | Revlon, Inc. | Priority | Undetermined* | Revlon, Inc. | Unsecured | Undetermined* |
| | Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 19 | GWIA LLC 50 Main Street, Ste 1086 White Plains, NY 10606 | 199 | Revlon, Inc. | 503(b)(9) | $6,624.79 | Revlon, Inc. | Unsecured | $6,624.79 |
| | Reason: The goods represented in the invoices asserted as 503(b)(9) were received outside of the 503(b)(9) period and therefore not entitled for priority status under section 503(b)(9) of the Bankruptcy Code. | | | | | | | |

Revlon, Inc. — Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 1 - Incorrect Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED CLAIMS PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | Hubley, Win<br>P.O. Box 85<br>Wells, VT 05774 | 715 | Revlon, Inc. | Priority | Undetermined* | Revlon, Inc. | Unsecured | Undetermined* |

Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 21 | HUGHES, JESSICA<br>500 SE MIZNER BLVD A607<br>BOCA RATON, FL<br>33432-5635 | 4541 | Revlon, Inc. | Priority | $1,191.27 | Revlon, Inc. | Unsecured | $1,191.27 |

Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 22 | Jones, Deidra L<br>435 Cross Country Way<br>Durham, NC 27703-0417 | 5529 | Revlon Consumer Products Corporation | Priority | $15,150.00 | Revlon Consumer Products Corporation | Unsecured | $28,615.38 |
| | | | Revlon Consumer Products Corporation | Unsecured | $13,465.38 | | | |
| | | | | Subtotal | $28,615.38 | | | |

Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 23 | KREIDER JR, LAWRENCE E<br>450 ALTON RD #1805<br>MIAMI BEACH, FL<br>33139-6718 | 5480 | Revlon, Inc. | Priority | Undetermined* | Revlon, Inc. | Unsecured | Undetermined* |

Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 1 - Incorrect Priority Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 24 | LILLIS, MICHAEL G. 9112 RIVER ROAD WILMINGTON, NC 28412-3514 | 716 | Revlon, Inc. | Priority | Undetermined* | Revlon, Inc. | Unsecured | Undetermined* |
| | Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 25 | LUPINO, PATRICIA C. 7 WILLETS LANE PLANDOME, NY 11030 | 2537 | Revlon Consumer Products Corporation | Priority | $221,716.80* | Revlon Consumer Products Corporation | Unsecured | $221,716.80* |
| | Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 26 | MANDOR, TANYA 30 FOSTER ROAD #1661 QUOGUE, NY 11959-1661 | 215 | Revlon, Inc. | Priority | $1,340,690.40 | Revlon, Inc. | Unsecured | $1,340,690.40 |
| | Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 27 | Marten, Michael B R Holmbury Farm Cotton Row Holmbury St Mary Surrey, RH5 6NB | 1525 | Revlon Consumer Products Corporation | Priority | Undetermined* | Revlon Consumer Products Corporation | Unsecured | Undetermined* |
| | Reason: Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

6

Revlon, Inc. Case No. 22-10760

Fourth Omnibus Claims Objection

Schedule 1 - Incorrect Priority Claims

| | | | | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | Mugnos, Antoine F.<br>1125 Craighall Ln<br>Leland, NC 28451-6450 | 1040 | Revlon, Inc. | Priority | Undetermined* | Revlon, Inc. | Unsecured | Undetermined* |
| | Reason:  Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 29 | PERGOLA, YVETTE<br>67 MONTEREY PINE DR<br>NEWPORT COAST, CA 92657-1553 | 963 | Revlon, Inc. | Priority | Undetermined* | Revlon, Inc. | Unsecured | Undetermined* |
| | Reason:  Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 30 | PINADELLA, EUGENE<br>38 SUNSET DRIVE<br>WHIPPANY, NJ 07981-1620 | 750 | Revlon, Inc. | Priority | Undetermined* | Revlon, Inc. | Unsecured | Undetermined* |
| | Reason:  Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 31 | RAGAS, JAMES<br>81 CHESTER AVE<br>GARDEN CITY, NY 11530-3926 | 793 | Revlon Consumer Products Corporation | Priority | $11,412.80 | Revlon Consumer Products Corporation | Unsecured | $11,412.80 |
| | Reason:  Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760

Fourth Omnibus Claims Objection

Schedule 1 - Incorrect Priority Claims

|   | | | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
|---|------|---------|---------|----------|---------|---------|----------|
|   | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 32 | Ristau, Ronald W. 116 Dalena Way Palm Beach Gardens, FL 33418 | 276 | Revlon, Inc. Revlon, Inc. | Priority Secured | $295,398.95* Undetermined* | Revlon, Inc. | Unsecured | $295,398.95* |
|   | | | | Subtotal | $295,398.95* | | | |

Reason:  Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507( a)(4) priority status.

| 33 | SAMPSON, ROBERT L. 45 DARTFORD ROAD MORRIS PLAINS, NJ 07950 | 1253 | Revlon, Inc. Revlon, Inc. | Priority Unsecured | $140,000.00 $293.00 | Revlon, Inc. | Unsecured | $140,293.00 |
|---|---|---|---|---|---|---|---|---|
|   | | | | Subtotal | $140,293.00 | | | |

Reason:  Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507( a)(4) priority status.

| 34 | SCHIFFER, ROBERTA 10 MAPLE AVE DEMAREST, NJ 07627-2428 | 3548 | Revlon, Inc. | Priority | $300,000.00 | Revlon, Inc. | Unsecured | $300,000.00 |
|---|---|---|---|---|---|---|---|---|

Reason:  Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507( a)(4) priority status.

| 35 | Sharpe, Glenn 190 Olde Liberty Drive Youngsville, NC 27596 | 463 | Revlon, Inc. Revlon, Inc. | Priority Secured | $15,150.00 $317,078.30 | Revlon, Inc. | Unsecured | $332,228.30 |
|---|---|---|---|---|---|---|---|---|
|   | | | | Subtotal | $332,228.30 | | | |

Reason:  Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507( a)(4) priority status.

| 36 | Stephens, Marjorie G 191 Main Street #B New Canaan, CT 06840-5641 | 5515 | Revlon, Inc. | Priority | $133.04* | Revlon, Inc. | Unsecured | $133.04* |
|---|---|---|---|---|---|---|---|---|

Reason:  Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507( a)(4) priority status.

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 1 - Incorrect Priority Claims

| | | | | ASSERTED CLAIMS | | MODIFIED CLAIMS | | |
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 37 | STERN, ALEXIS E 41 RIVER TERRACE, APT 2207 NEW YORK, NY 10282-1121 | 4657 | Revlon, Inc. | Priority | $39,578.09 | Revlon, Inc. | Unsecured | $39,578.09 |
| | Reason:  Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 38 | TAYLOR, KENNETH G. 230 BLOSSOM TRAIL MOUNT JOY, PA 17552-2954 | 782 | Revlon Consumer Products Corporation | Priority | $8,909.00 | Revlon Consumer Products Corporation | Unsecured | $8,909.00 |
| | Reason:  Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 39 | Tehrani, Penny P. 95 Horatio Street, Apt 620 New York, NY 10014 | 860 | Revlon Consumer Products Corporation | Priority | $160,000.00* | Revlon Consumer Products Corporation | Priority | $15,150.00 |
| | | | | | | Revlon Consumer Products Corporation | Unsecured | $144,850.00* |
| | | | | | | | Subtotal | $160,000.00* |
| | Reason:  Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is eligible for only $15,150 as a priority claim earned within 180 days of petition date. | | | | | | | |
| 40 | TESORIERO, JOSEPH S. 3444 CLOUDCROFT DRIVE MALIBU, CA 90265-5632 | 988 | Revlon Consumer Products Corporation | Priority | $5.16 | Revlon Consumer Products Corporation | Unsecured | $5.16 |
| | Reason:  Modified priority reflects that, though priority was asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 41 | TURPAZ FRAGRANCES AND FLAVORS AROMA P.O. BOX 5128 DEPTFORD, NJ 08096 | 5474 | Revlon, Inc. | 503(b)(9) | $5,200.00 | Revlon, Inc. | Unsecured | $5,200.00 |
| | Reason:  The goods represented in the invoices asserted as 503(b)(9) were received outside of the 503(b)(9) period and therefore not entitled for priority status under section 503(b)(9) of the Bankruptcy Code. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 1 - Incorrect Priority Claims

| | | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| | | TOTAL | | $6,550,832.78* | TOTAL | | $6,550,832.78* |

*Indicates claim contains unliquidated and/or undetermined amounts

10

## **Schedule 2**

**Late-Filed No Liability Equity Interest**

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 2 - Late-Filed No Liability Equity Interest

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|------|------------|--------|----------------------|---------|--------------|
| 1 | Radoncic, Avdo<br>16 Ware Rd.<br>Upper Saddle River, NJ 07548 | 05/04/2023 | 22-10760 | Revlon, Inc. | 37324 | $100,000.00 |

Reason: Proof of claim was filed on account of an ownership in equity interest. Additionally, proof of claim was filed after the applicable claims bar date.

| | TOTAL | $100,000.00 |
|---|-------|-------------|

## **Schedule 3**

**Insufficient Documentation Claims**

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 3 - Insufficient Documentation Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|------|-----------|--------|---------------------|---------|--------------|
| 1 | BROOKEN, ENOCH<br>4806 KINGSBURY ST<br>APT 11<br>JACKSONVILLE, FL 32205 | 10/04/2022 | 22-10760 | Revlon, Inc. | 779 | Undetermined* |
| | Reason: Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |
| 2 | JOHNSON, MICHAEL O.<br>846 STATE ST.<br>HENDERSON, NC 27536 | 10/11/2022 | 22-10760 | Revlon, Inc. | 975 | Undetermined* |
| | Reason: Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |
| 3 | LEON, LUIS M.<br>14601 SW 82 COURT<br>PALMETTO BAY, FL 33158 | 10/11/2022 | 22-10760 | Revlon, Inc. | 940 | $40,000.00 |
| | Reason: Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |
| 4 | Lewis, Toni Owens<br>660 South Lake Lodge Rd<br>Henderson, NC 27537 | 12/21/2022 | 22-10760 | Revlon, Inc. | 5758 | Undetermined* |
| | Reason: Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |
| 5 | RIVERA, JOSE L.<br>5610 CURRY FORD RD<br>APT. K-5<br>ORLANDO, FL 32822 | 10/19/2022 | 22-10760 | Revlon, Inc. | 1310 | $27,000.00 |
| | Reason: Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |
| 6 | STRAY, MICHELLE<br>734 NORTH POINTE DR<br>TWINS FALLS, ID 83301 | 10/04/2022 | 22-10760 | Revlon, Inc. | 785 | Undetermined* |
| | Reason: Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 3 - Insufficient Documentation Claims

| NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|------|------------|--------|----------------------|---------|--------------|
|      |            |        |                      | TOTAL   | $67,000.00*  |

## Schedule 4

**Satisfied Contract Cure Claims**

Revlon, Inc. Case No. 22-10760

Fourth Omnibus Claims Objection

Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 1590 SOUTH GATEWAY HOLDINGS INC. SUITE 101 2000 ARGENTIA ROAD, PLAZA MISSISSAUGA, ON L5N 2R7 CANADA | 08/13/2022 | 22-10799 | Revlon Canada Inc. | SCHFUP_00001005 | $96,545.37 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 2 | 1WORLDSYNC, INC. DEPARTMENT 781341 PO BOX 78000 DETROIT, MI 48278-1341 UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000459 | $8,560.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 3 | 84 51 LLC PO BOX 635029 CINCINNATI, OH 45202 UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000585 | $152,213.16 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 4 | 84.51 LLC The Kroger Co. Kyle R. Grubbs 1014 Vine Street Cincinnati, OH 45202 | 10/20/2022 | 22-10760 | Revlon, Inc. | 1502 | $252,820.11 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 5 | ABG JUICY COUTURE LLC 1411 BROADWAY 4TH FLOOR NEW YORK, NY 10018 UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001137 | $37,582.42 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | ABG Juicy Couture, LLC<br>Attn: Legal Department<br>1411 Broadway, 21st Floor<br>New York, NY 10018 | 07/07/2022 | 22-10763 | Elizabeth Arden, Inc. | 115 | $1.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 7 | ABG Juicy Couture, LLC<br>Attn: Legal Department<br>1411 Broadway, 21st floor<br>New York, NY 10018 | 10/19/2022 | 22-10763 | Elizabeth Arden, Inc. | 1330 | $1,275,238.86 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 8 | AC CORPORATION<br>PO BOX 16367<br>GREENSBORO, NC 27416-0367<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000248 | $55,421.45 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 9 | Access Information Management of Georgia, LLC<br>500 Unicorn Park Dr Ste 503<br>Woburn, MA 01801 | 09/16/2022 | 22-10760 | Revlon, Inc. | 600 | $48,668.47 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 10 | ACNIELSEN COMPANY OF CANADA<br>LOCKBOX T45980CPO BOX 4598 POSTAL S<br>TORONTO, ON M5W 4Y3<br>CANADA | 08/13/2022 | 22-10799 | Revlon Canada Inc. | SCHFUP_00000973 | $311,949.60 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | Allured Business Media<br>336 Gundersen Dr. Suite D.<br>Carol Stream, IL 60188 | 10/24/2022 | 22-10776 | Roux Laboratories, Inc. | 4228 | $47,670.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 12 | AMACKER CONTROLS, INC<br>1144 RIVER BIRCH RD<br>JACKSONVILLE, FL 32259<br>UNITED STATES | 08/13/2022 | 22-10776 | Roux Laboratories, Inc. | SCHFUP_00000680 | $2,750.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 13 | Amazon Web Services, Inc.<br>c/o K&L Gates LLP<br>Attn: Brian Peterson<br>925 Fourth Avenue<br>Suite 2900<br>Seattle, WA 98104 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4075 | $119,575.25 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 14 | Amazon Web Services, Inc.<br>c/o K&L Gates LLP<br>Attn: Brian Peterson<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104 | 10/24/2022 | 22-10766 | Revlon Consumer Products Corporation | 4890 | $139,260.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 15 | ANAPLAN, INC.<br>50 HAWTHORNE STREET<br>SAN FRANCISCO, CA 94105<br>UNITED STATES | 08/13/2022 | 22-10799 | Revlon Canada Inc. | SCHFUP_00000972 | $25,737.72 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | ARAMARK Uniform and Career Apparel, LLC fka ARAMARK Uniform & Career Apparel, Inc Hawley Troxell Ennis & Hawley LLP c/o Sheila R. Schwager P.O. Box 1617 Boise, ID 83701 | 10/17/2022 | 22-10763 | Elizabeth Arden, Inc. | 1092 | $10,645.54 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 17 | ARAMARK Uniform and Career Apparel, LLC fka ARAMARK Uniform & Career Apparel, Inc Hawley Troxell Ennis & Hawley LLP c/o Sheila R. Schwager PO Box 1617 Boise, ID 83701 | 10/17/2022 | 22-10760 | Revlon, Inc. | 1093 | $21,151.40 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 18 | Art Partner, Inc. 545 West 25 Street, 12 Floor New York, NY 10001 | 03/07/2023 | 22-10760 | Revlon, Inc. | 5920 | $22,000.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 19 | Atomic Investments, Inc. Kirby & McGuin, A.P.C. Dean T. Kirby, Jr. 707 Broadway, Suite 1750 San Diego, CA 92101 | 10/20/2022 | 22-10804 | Creative Nail Design, Inc. | 1356 | $4,644.66 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

4

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | AUTOMOTIVE RENTALS, INC<br>AUTOMOTIVE RESOURCES INTERNATIONAL<br>PO BOX 08500-4375<br>MOUNT LAUREL, NJ 08054-4611<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000105 | $109,019.56 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 21 | Automotive Rentals, Inc. and ARI Fleet LT<br>Adams and Reese LLP<br>c/o Richard A. Aguilar<br>701 Poydras St., Suite 4500<br>New Orleans, LA 70139 | 10/24/2022 | 22-10763 | Elizabeth Arden, Inc. | 4105 | $184,422.71* |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 22 | Automotive Rentals, Inc. and ARI Fleet LT<br>Adams and Reese LLP<br>c/o Richard A. Aguilar<br>701 Poydras St., Suite 4500<br>New Orleans, LA 70139 | 10/24/2022 | 22-10776 | Roux Laboratories, Inc. | 4530 | $184.12* |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 23 | Automotive Rentals, Inc. and ARI Fleet LT<br>Adams and Reese LLP<br>c/o Richard A. Aguilar<br>701 Poydras St., Suite 4500<br>New Orleans, LA 70139 | 10/24/2022 | 22-10768 | North America Revsale Inc. | 4552 | $184,422.71* |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | Automotive Rentals, Inc. and ARI Fleet LT<br>Adams and Reese LLP<br>c/o Richard A. Aguilar<br>701 Poydras St., Suite 4500<br>New Orleans, LA 70139 | 10/24/2022 | 22-10763 | Elizabeth Arden, Inc. | 4935 | $184,422.71* |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 25 | Automotive Rentals, Inc. and ARI Fleet LT<br>Adams and Reese LLP<br>c/o Richard A. Aguilar<br>701 Poydras St., Suite 4500<br>New Orleans, LA 70139 | 10/24/2022 | 22-10766 | Revlon Consumer Products Corporation | 4961 | $184,422.71* |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 26 | BARNETT ASSOCIATES AN EQUIFAX<br>11432 LACKLAND ROAD<br>SAINT LOUIS, MO 63146<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000387 | $6,132.27 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 27 | BCM One, Inc.<br>Attn: Legal Department<br>295 Madison Avenue<br>5th Floor<br>New York, NY 10017 | 10/17/2022 | 22-10766 | Revlon Consumer Products Corporation | 1115 | $30,515.11 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | Beauty SEEN Inc<br>55 Washington Street,<br>Ste 420<br>Brooklyn, NY 11201 | 10/19/2022 | 22-10760 | Revlon, Inc. | 1256 | $18,645.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 29 | Beauty SEEN Inc<br>55 Washington Street, Ste 420<br>Brooklyn, NY 11201 | 10/19/2022 | 22-10776 | Roux Laboratories, Inc. | 1325 | $46,353.31 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 30 | BEAUTY SEEN LTD<br>22-23 LITTLE PORTLAND STREETLITTLE<br>LONDON, W1W 8BU<br>UNITED KINGDOM | 08/13/2022 | 22-10785 | Revlon International Corporation | SCHFUP_00000662 | $82,023.78 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 31 | BERNS COMMUNICATIONS GROUP, LLC<br>SUE RODNEY, DIRECTOR OF OPERATIONS<br>475 PARK AVENUE SOUTH<br>29TH FLOOR<br>NEW YORK, NY 10016 | 07/25/2022 | 22-10760 | Revlon, Inc. | 272 | $12,925.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 32 | Blackline Systems, Inc<br>21300 Victory Blvd<br>12th Floor<br>Woodland Hilld, CA 91367 | 09/20/2022 | 22-10766 | Revlon Consumer Products Corporation | 612 | $38,478.90* |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

7

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | Blue Pencil Mobile Shredding<br>761 Redwood Square<br>Oakville, ON L6L 6R6<br>CANADA | 10/07/2022 | 22-10799 | Revlon Canada Inc. | 885 | $1,211.31 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 34 | Bold PR LLC<br>Jodi Balkan<br>1 Lexington Avenue Apt 3B<br>New York, NY 10016 | 06/22/2022 | 22-10760 | Revlon, Inc. | 20 | $50,935.61 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 35 | BPD Zenith (US) LLC<br>2925 Richmond Ave. Ste. 1200<br>Houston, TX 77098 | 08/26/2022 | 22-10766 | Revlon Consumer Products Corporation | 498 | $6,565.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 36 | BPD Zenith (US) LLC<br>2925 Richmond Ave. Ste. 1200<br>Houston, TX 77098 | 08/26/2022 | 22-10776 | Roux Laboratories, Inc. | 505 | $14,105.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 37 | Brand Momentum Inc.<br>#205 - 2595 Skymark Ave.<br>Mississauga, ON L4W 4L5<br>CANADA | 06/27/2022 | 22-10799 | Revlon Canada Inc. | 10 | $74,317.04 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | CARTER MACHINERY COMPANY, INC<br>1330 LYNCHBURG TURNPIKE<br>SALEM, VA 24153<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001169 | $882.54 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 39 | CINTAS<br>1003 TWIN CREEK CT<br>DURHAM, NC 27709-2359<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000002 | $36,396.77 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 40 | CINTAS CANADA<br>DEPT 400004 PO BOX 4372 STN A<br>TORONTO, ON M5W 0J2<br>CANADA | 08/13/2022 | 22-10799 | Revlon Canada Inc. | SCHFUP_00000945 | $1,722.81 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 41 | CNA CCC RISK MANAGEMENT<br>35 E. 62ND STREET<br>NEW YORK, NY 10065<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000100 | $2,046.22 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 42 | COMCAST<br>PO BOX 37601<br>PHILADELPHIA, PA 19176-0601<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000569 | $7,046.97 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 43 | COMCAST HOLDINGS CORPORATION<br>PO BOX 70219<br>PHILADELPHIA, PA 19176-0219<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001127 | $199.23 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 44 | CONCUR TECHNOLOGIES INC.<br>62157 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000294 | $35,249.87 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 45 | CPG, LLC<br>79 N. Franklin Turnpike, #102<br>Ramsey, NJ 07446 | 08/20/2022 | 22-10776 | Roux Laboratories, Inc. | 475 | $49,336.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 46 | Creative & Response Research Services, Inc.<br>Attn: Scott Hierbaum<br>150 N. Michigan Avenue<br>34th Floor<br>Chicago, IL 60601 | 10/19/2022 | 22-10766 | Revlon Consumer Products Corporation | 1246 | $118,283.00* |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 47 | CRITEO CORP<br>387 PARK AVENUE SOUTH, 12TH FLOOR<br>NEW YORK, NY 10016<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001161 | $153,880.18 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | CURACAO TRADEMARK AGENCY INC<br>PO BOX 686<br>WILLEMSTAD, 1000 BV<br>CURACAO | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000436 | $546.30 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 49 | DE MAXIMIS ENVIRONMENTAL<br>450 MONTBROOK LANE<br>KNOXVILLE, TN 37919<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000050 | $9,069.99 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 50 | Digital Additive, Inc<br>Kevin Moran<br>1075 Zonolite Rd NE, Ste 1D<br>ATLANTA, GA 30306 | 06/30/2022 | 22-10766 | Revlon Consumer Products Corporation | 70 | $323,542.50 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 51 | DTOUCH NEW YORK LTD<br>72 ALLEN ST 4TH FLOOR<br>NEW YORK, NY 10002<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001150 | $750.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 52 | DTOUCH NEW YORK, LTD<br>72 ALLEN STREET, 4TH FLOOR<br>NEW YORK, NY 10002<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000481 | $4,200.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 53 | DUAL PHOCUS LLC<br>P.O. BOX 5537<br>NEW YORK, NY 10027 | 08/29/2022 | 22-10763 | Elizabeth Arden, Inc. | 507 | $106,951.03 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 54 | DXP Enterprises, Inc<br>Micheal W. Bishop<br>Gray Reed<br>1601 Elm Street, Suite 4600<br>Dallas, TX 75201 | 10/13/2022 | 22-10776 | Roux Laboratories, Inc. | 1007 | $74,740.18 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 55 | DXP Enterprises, Inc.<br>Gray Reed<br>Micheal W. Bishop<br>1601 Elm Street, Suite 4600<br>Dallas, TX 75201 | 10/24/2022 | 22-10766 | Revlon Consumer Products Corporation | 2560 | $578,466.68 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 56 | Ecolab Inc.<br>655 Lone Oak Drive<br>Eagan, MN 55121 | 06/24/2022 | 22-10760 | Revlon, Inc. | 35 | $88,376.75 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 57 | EF OPERATING LLC<br>10499 W BRADFORD RD SUITE 102<br>LITTLETON, CO 80127<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000349 | $4,196.12 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 58 | EFE MAGAZINE<br>1480 CLARKSON RD N<br>MISSISSAUGA, ON L5J 2W9<br>CANADA | 08/13/2022 | 22-10799 | Revlon Canada Inc. | SCHFUP_00000985 | $3,569.14 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 59 | Ellington and Son, Grading & Landscaping, Inc.<br>2710 Enon Rd.<br>Oxford, NC 27565 | 09/01/2022 | 22-10760 | Revlon, Inc. | 529 | $15,400.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 60 | Ellington and Son, Grading & Landscaping, Inc.<br>2710 Enon Rd.<br>Oxford, NC 27565 | 09/01/2022 | 22-10760 | Revlon, Inc. | 530 | $6,528.35 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 61 | Ellington and Son, Landscaping & Grading, Inc.<br>2710 Enon Road<br>Oxford, NC 27565 | 07/14/2022 | 22-10760 | Revlon, Inc. | 193 | $28,638.38 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 62 | EMKAY, INC<br>805 WEST THORNDALE AVE<br>ITASCA, IL 60143<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001257 | $16,030.85 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 63 | Emplifi Inc. (Formerly Known as Astute Solutions)<br>4200 Regent Street, Suite 2000<br>Columbus, OH 43219 | 10/24/2022 | 22-10766 | Revlon Consumer Products Corporation | 2862 | $63,414.84 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
## Fourth Omnibus Claims Objection
### Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 64 | ENVIROSOFT CORP<br>2043 WEST LAS FLORES DRIVE<br>PUEBLO WEST, CO 81007<br>UNITED STATES | 08/13/2022 | 22-10776 | Roux Laboratories, Inc. | SCHFUP_00000787 | $2,898.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 65 | ESENTIRE, INC.<br>451 PHILLIP STREET UNIT 135<br>WATERLOO, ON N2L 3X2<br>CANADA | 10/21/2022 | 22-10766 | Revlon Consumer Products Corporation | 1380 | $99,223.25 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 66 | Eurofins CRL Cosmetics Inc<br>371 Hoes Ln, Suite 100,<br>Piscataway, NJ 08854 | 08/23/2022 | 22-10760 | Revlon, Inc. | 486 | $6,400.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 67 | Euromonitor International Ltd<br>Attn: Lesley Ann Buck<br>60-61 Britton Street<br>London, EC1M 5UX<br>UNITED KINGDOM | 08/10/2022 | 22-10760 | Revlon, Inc. | 384 | $92,577.13 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 68 | EVERYONE PAYS LLC<br>225 E SIDNEY AVE<br>MOUNT VERNON, NY 10550<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000618 | $13,200.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 69 | Evoqua Water Technologies<br>588 Clark Rd<br>Tewksbury, MA 01876 | 09/20/2022 | 22-10776 | Roux Laboratories, Inc. | 615 | $277.75 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 70 | Evoqua Water Technologies LLC<br>588 Clark Rd<br>Tewksbury, MA 01876 | 09/20/2022 | 22-10766 | Revlon Consumer Products Corporation | 616 | $25,790.59 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 71 | EXTREME REACH TALENT<br>28510 NETWORK PLACE<br>CHICAGO, IL 60673-1285<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001279 | $13,840.24 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 72 | EXTREME REACH TALENT, INC.<br>28510 NETWORK PLACE<br>CHICAGO, IL 60673-1285<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000519 | $486.75 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 73 | FINDATION PTY LTD<br>LEVEL 1, 421 HIGH ST<br>NORTHCOTE, 3070<br>AUSTRIA | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001167 | $1,250.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 74 | FINE RECYCLING & DISPOSAL<br>202-400 EASTERN AVE<br>TORONTO, ON M4M 1B9<br>CANADA | 08/24/2022 | 22-10760 | Revlon, Inc. | 492 | $3,693.45 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 75 | Flywheel Digital Limited<br>c/o Streusand, Landon, Ozburn & Lemmon<br>1801 S. MoPac Expressway, Suite 320<br>Austin, TX 78746 | 10/21/2022 | 22-10766 | Revlon Consumer Products Corporation | 1704 | $253,729.87 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 76 | FLYWHEEL DIGITAL LIMITED<br>THE PROW 1 WILDER WALK<br>LONDON, W1B 5AP<br>UNITED KINGDOM | 08/13/2022 | 22-10785 | Revlon International Corporation | SCHFUP_00000665 | $190.02 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 77 | Flywheel Digital, LLC<br>c/o Streusand, Landon, Ozburn & Lemmon<br>1801 S. MoPac Expressway, Suite 320<br>Austin, TX 78746 | 10/21/2022 | 22-10766 | Revlon Consumer Products Corporation | 1766 | $2,243,992.02 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 78 | FORSTA, INC<br>7 RIVER PARK PL E, SUITE 110<br>FRESNO, CA 93720<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000157 | $37,429.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 79 | GAT INTERNATIONAL LOCALIZATION SERV 1001 BLVD DEMAISONNEUVE, BUREAU 300 MONTREAL, QC H3A 3C8 CANADA | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000206 | $275.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 80 | GAT INTERNATIONAL LOCALIZATION SERV 1001 BLVD DEMAISONNEUVE, BUREAU 300 MONTREAL, QC H3A 3C8 CANADA | 08/13/2022 | 22-10776 | Roux Laboratories, Inc. | SCHFUP_00000763 | $1,250.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 81 | GAT INTERNATIONAL LOCALIZATION SERV 1001 BLVD DEMAISONNEUVE, BUREAU 300 MONTREAL, QC H3A 3C8 CANADA | 08/13/2022 | 22-10799 | Revlon Canada Inc. | SCHFUP_00000968 | $3,826.83 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 82 | GAT INTERNATIONAL LOCALIZATION SERVICES 1001 DE MAISONNEUVE BOULEVARD WEST SUITE 300 MONTREAL, QC H3A 3C8 CANADA | 08/13/2022 | 22-10796 | Elizabeth Arden (Canada) Limited | SCHFUP_00000921 | $438.39 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 83 | GIANT RESOURCE RECOVERY 1229 VALLEY DRIVE ALTALLA, AL 35954 UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000461 | $70,649.40 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 84 | Giant Resource Recovery-Attalla, Inc.<br>Pierce Atwood LLP<br>Attn: Ryan F. Kelley<br>254 Commercial Street<br>Portland, ME 04101 | 10/21/2022 | 22-10766 | Revlon Consumer Products Corporation | 1625 | $98,034.40 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 85 | Global Help Desk Services, Inc. (Vendor ID: 2040697)<br>Steve Wetherell<br>521 Cromwell Ave<br>Rocky Hill, CT 06067 | 06/22/2022 | 22-10760 | Revlon, Inc. | 2 | $71,250.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 86 | GREAT BOWERY INC | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001094 | $36,050.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 87 | Great Bowery, Inc. dba Bernstein & Andriulli<br>433 Broadway STE 420<br>New York, NY 10013 | 07/07/2022 | 22-10760 | Revlon, Inc. | 109 | $35,012.04 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 88 | HARVEST HCM INC<br>17241 OAK DRIVE, SUITE 110, SUITE D<br>OMAHA, NE 68130<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000536 | $39,395.50 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 89 | I.F. Wilson Fire Protection Limited<br>232 Wilkinson Road<br>Brampton, ON L6T4N7 | 10/21/2022 | 22-10799 | Revlon Canada Inc. | 1771 | $33,610.27 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 90 | Ibotta, Inc<br>Legal Department<br>1801 California Street, Suite 400<br>Denver, CO 80202 | 10/19/2022 | 22-10760 | Revlon, Inc. | 1187 | $671,378.54 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 91 | Idea Circle Productions, LLC<br>5592 Timberlane Rd<br>Lake Wales, FL 33898 | 10/06/2022 | 22-10760 | Revlon, Inc. | 812 | $49,563.81 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 92 | IF WILSON FIRE PROTECTION LIMITED<br>56 BRAMSTEELE ROAD - UNIT 13<br>BRAMPTON, ON L6W 3M7<br>CANADA | 08/13/2022 | 22-10799 | Revlon Canada Inc. | SCHFUP_00000953 | $24,969.11 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 93 | Industrial Automation Services, Inc.<br>2368 Lakeside Drive<br>Birmingham, AL 35244 | 07/09/2022 | 22-10760 | Revlon, Inc. | 135 | $22,425.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 94 | Industrial Automation Services, Inc.<br>2368 Lakeside Drive<br>Birmingham, AL 35244 | 07/09/2022 | 22-10761 | Elizabeth Arden USC, LLC | 137 | $7,500.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts                                                                  19

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 95 | INFORMATION RESOURCES INC<br>4766 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000333 | $8,435.08 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 96 | INTEGRATED DISPLAY GROUP<br>1084309 ONTARIO INC<br>388 ROMINA DRIVE<br>VAUGHAN, ON L4K 5X9<br>CANADA | 08/13/2022 | 22-10799 | Revlon Canada Inc. | SCHFUP_00001001 | $631,507.13 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 97 | INTEGRATED DISPLAY GROUP INC<br>388 ROMINA DRIVE<br>VAUGHAN, ON L4K 5X9<br>CANADA | 08/13/2022 | 22-10796 | Elizabeth Arden (Canada) Limited | SCHFUP_00000909 | $67,918.78 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 98 | Integrated Systems & Services, Inc.<br>541 Industrial Way West, Suite B<br>Eatontown, NJ 07724 | 07/27/2022 | 22-10760 | Revlon, Inc. | 293 | $17,006.45 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 99 | INVOK BRANDS LLC<br>401 BROADWAY, SUITE 1708<br>NEW YORK, NY 10013<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000514 | $280,000.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 100 | IRON MOUNTAIN<br>2 SUN COURT<br>NORCROSS, GA 30092<br>UNITED STATES | 08/13/2022 | 22-10776 | Roux Laboratories, Inc. | SCHFUP_00000735 | $6,157.54 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 101 | IRON MOUNTAIN<br>PO BOX 27128<br>NEW YORK, NY 10087-7128<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001287 | $3,047.90 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 102 | IRON MOUNTAIN CANADA CORPORATION<br>P.O BOX 3527 STATION A<br>TORONTO, ON M5W 1G8<br>CANADA | 08/13/2022 | 22-10796 | Elizabeth Arden (Canada) Limited | SCHFUP_00000914 | $1,909.65 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 103 | Iron Mountain Information Management, LLC<br>One Federal Street<br>Boston, MA 02110 | 10/21/2022 | 22-10760 | Revlon, Inc. | 1620 | $46,799.87 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 104 | IRON MOUNTAIN RECORDS MANAGEM<br>PO BOX 27128<br>NEW YORK, NY 10087<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001061 | $4,971.67 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 105 | J PACKAGING AND DISPLAY LLC<br>25 KIMBERLY ROAD UNITS E F<br>EAST BRUNSWICK, NJ 08816<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000073 | $1,822.60 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 106 | JANI-KING OF JACKSONVILLE<br>FIRST COAST FRANCHISING INC<br>5700 ST AUGUSTINE ROAD<br>JACKSONVILLE, FL 32207<br>UNITED STATES | 08/13/2022 | 22-10776 | Roux Laboratories, Inc. | SCHFUP_00000809 | $63,509.23 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 107 | Jani-King of Southern Ontario<br>Max Milligan<br>80 Acadia Avenue, Unit 100<br>Markham, ON L3R 9V1<br>CANADA<br><br>Transferred to: Bradford Capital Holdings, LP as Transferee<br>of Jani-King of Southern Ontario<br>Attn: Brian L. Brager<br>P.O. Box 4353<br>Clifton, NJ 07012 | 06/27/2022 | 22-10799 | Revlon Canada Inc. | 11 | $24,206.40 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 108 | JOBALIGN INC<br>620 KIRKLAND WAY, SUITE 208<br>KIRKLAND, WA 98033<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000487 | $6,524.02 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 109 | JOHN VARVATOS APPAREL GROUP<br>222 DELAWARE AVE<br>WILMINGTON, DE 19810<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001106 | $416,666.67 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 110 | Johnson Controls Fire Protection LP<br>10405 Crosspoint Blvd<br>Indianapolis, IN 46256 | 08/04/2022 | 22-10760 | Revlon, Inc. | 339 | $25,867.18 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 111 | Johnson Controls Fire Protection LP<br>10405 Crosspoint Blvd<br>Indianapolis, IN 46256 | 08/04/2022 | 22-10763 | Elizabeth Arden, Inc. | 365 | $720.49 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 112 | Johnson Controls INC<br>Lockbox :Devens MA Dept CH 10320<br>Palatine, IL 60055 | 09/12/2022 | 22-10766 | Revlon Consumer Products Corporation | 566 | $31,057.62 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 113 | Johnson Controls Security Solutions LLC<br>10405 Crosspoint Blvd<br>Indianapolis, IN 46256 | 10/19/2022 | 22-10776 | Roux Laboratories, Inc. | 1266 | $2,254.90 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 114 | Johnson Controls Security Solutions LLC<br>10405 Crosspoint Blvd<br>Indianapolis, IN 46256 | 08/04/2022 | 22-10807 | Elizabeth Arden (Financing), Inc. | 340 | $13,231.74 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|------|-----------|--------|----------------------|---------|--------------|
| 115  JS REPS CORP D/B/A ART DEPARTMENT<br>71 WEST 23RD STREET, SUITE 302<br>NEW YORK, NY 10010<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001276 | $190,009.40 |
| Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 116  KKM, LLC<br>117 Century Drive<br>Woonsocket, RI 02895 | 07/07/2022 | 22-10760 | Revlon, Inc. | 111 | $24,000.00 |
| Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 117  Knapp Inc.<br>2124 Barrett Park Drive, Suite 100<br>Kennesaw, GA 30144 | 09/16/2022 | 22-10760 | Revlon, Inc. | 605 | $38,243.45 |
| Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 118  LinkedIn Corporation<br>Ballard Spahr LLP<br>Attn: Tobey M. Daluz, Margaret A. Vesper<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801 | 10/17/2022 | 22-10760 | Revlon, Inc. | 1077 | $424,576.70 |
| Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 119  LIVEAREA INC<br>7001 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, NJ 21046-2289<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001201 | $7,869.00 |
| Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 120 | M & M GROUNDS MAINTENANCE<br>P O BOX 180<br>VINTON, VA 24179<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001225 | $1,000.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 121 | Main St Group Inc<br>640 Main St<br>Woodstock, ON N4S 8Y5<br>CANADA | 07/13/2022 | 22-10799 | Revlon Canada Inc. | 177 | $21,897.86 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 122 | MARIETTA CORP<br>37 HUNTINGTON STREET<br>CORTLAND, NY 13045<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001138 | $59,006.02 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 123 | MARK MONITOR INC.<br>PO BOX 3775<br>CAROL STREAM, IL 60132-3775<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000419 | $12,107.65 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 124 | MarkMonitor<br>3133 W Frye Rd., 4th Floor<br>Chandler, AZ 85226 | 09/15/2022 | 22-10766 | Revlon Consumer Products Corporation | 604 | $5,858.50 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 125 | MATCH CONVERGE INC MATCH MG FIELD CANADA INC. 5225 SATELLITE DRIVE MISSISSAUGA, ON L4W 5P9 CANADA | 08/13/2022 | 22-10799 | Revlon Canada Inc. | SCHFUP_00000969 | $10,624.73 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 126 | MDMS RECRUITING LLC 27 MILL RIVER RD OYSTER BAY, NY 11771 UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000124 | $13,177.60 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 127 | Merritt Meade Loghran Inc 137 Bay St Unit 4 Santa Monica, CA 90405 | 10/20/2022 | 22-10766 | Revlon Consumer Products Corporation | 1511 | $22,000.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 128 | MHR INTERNATIONAL UK LTD RUDDINGTON HALL LOUGHBOROUGH ROAD NOTTINGHAM, NG11 6GL UNITED KINGDOM | 08/13/2022 | 22-10793 | Elizabeth Arden (UK) Ltd. | SCHFUP_00000938 | $5,770.33 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 129 | MICROSOFT CORPORATION PO 73843 CLEVELAND, OH 44193 UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000346 | $185,781.86 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 130 | MICROSOFT CORPORATION PO BOX 847543 DALLAS, TX 75284 UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001064 | $25,354.88 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 131 | Microsoft Corporation and Microsoft Online, Inc. Patrick Gogerty One Microsoft Way Redmond, WA 98052 | 10/24/2022 | 22-10763 | Elizabeth Arden, Inc. | 4176 | $34,383.76 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 132 | MIMECAST NORTH AMERICA, INC. 191 SPRING STREET LEXINGTON, MA 02421 | 12/07/2022 | 22-10760 | Revlon, Inc. | 5684 | $15,522.84 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 133 | MINTEL INTERNATIONAL GROUP LTD 333 W. WACKER DRIVE, 11TH FLOOR CHICAGO, IL 60606 UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000473 | $161,430.83 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 134 | MOVABLE INC PO BOX 200338 1065 6TH AVE, 9TH FI PITTSBURG, PA 15251-0338 UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001052 | $26,084.64 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 135 | MULDOON'S HAND ROASTED COFFEE<br>5680 TIMBERLEA BOULEVARD<br>MISSISSAUGA, ON L4W 4M6<br>CANADA | 08/13/2022 | 22-10799 | Revlon Canada Inc. | SCHFUP_00000941 | $4,127.81 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 136 | Muldoon's Own Authentic Coffee Corp<br>5680 Timberlea Blvd.<br>Mississauga, ON L4W4M6<br>CANADA | 08/12/2022 | 22-10799 | Revlon Canada Inc. | 406 | $4,997.81 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 137 | NEWLANE FINANCE COMPANY<br>PO BOX 7358<br>PHILADELPHIA, PA 19101-7358<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001074 | $1,330.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 138 | NORRIZON SALES & MARKETING GROUP, INC<br>3520 LAIRD ROAD<br>UNIT 4<br>MISSISSAUGA, ON L5L 5Z<br>CANADA | 08/13/2022 | 22-10796 | Elizabeth Arden (Canada) Limited | SCHFUP_00000916 | $32,020.04 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 139 | NUCRO-TECHNICS<br>2000 ELLESMERE ROAD, UNIT #16<br>SCARBOROUGH, ON M1H 2W4<br>CANADA | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000241 | $8,807.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 140 | Open Text Inc<br>Open Text Corporation<br>275 Frank Tompa Drive<br>Waterloo, ON N2L 0A1<br>CANADA | 07/06/2022 | 22-10763 | Elizabeth Arden, Inc. | 91 | $2,486.31 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 141 | Open Text Inc<br>275 Frank Tompa Drive<br>Waterloo, ON N2L 0A1<br>CANADA | 07/06/2022 | 22-10766 | Revlon Consumer Products Corporation | 98 | $447.33 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 142 | OpenText Corporation<br>275 Frank Tompa Drive<br>Waterloo, ON N2L 0A1<br>CANADA | 08/02/2022 | 22-10760 | Revlon, Inc. | 338 | $622.71 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 143 | OpSec Online LLC<br>Attn: Legal<br>3540 E Longwing Lane, Suite 300<br>Meridian, ID 83646 | 09/19/2022 | 22-10766 | Revlon Consumer Products Corporation | 606 | $26,360.79 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 144 | Oracle America, Inc ("Oracle")<br>Shawn M. Christianson, Esq<br>Buchalter, a Professional Corporation<br>425 Market St, Suite 2900<br>San Francisco, CA 94105 | 10/17/2022 | 22-10766 | Revlon Consumer Products Corporation | 1090 | $110,002.33 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 145 | Oracle America, Inc. ("Oracle")<br>Buchalter, a Professional Corporation<br>Shawn M. Christianson<br>425 Market St.<br>Suite 2900<br>San Francisco, CA 94105 | 10/17/2022 | 22-10760 | Revlon, Inc. | 1087 | $14,610.05 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 146 | Oui Gruppe GmbH & Co KG<br>Moosacherstrasse 26a<br>Munich, 80809<br>GERMANY | 09/28/2022 | 22-10763 | Elizabeth Arden, Inc. | 675 | $2,543.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 147 | PERFECT CORP<br>3031 TISCH WAY 110 PLAZA WEST<br>SAN JOSE, CA 95128<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000571 | $179,500.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 148 | PINNACLE HILLS LLC<br>PO BOX 860066<br>MINNEAPOLIS, MN 55486-0066<br>UNITED STATES | 08/13/2022 | 22-10768 | North America Revsale Inc. | SCHFUP_00000669 | $3,813.24 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 149 | Pinnacle Hills, LLC c/o Brookfield Properties Retail Inc. 350 N. Orleans St. Suite 300 Chicago, IL 22656 | 10/21/2022 | 22-10766 | Revlon Consumer Products Corporation | 1626 | $3,807.79 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 150 | Point 1 Displays Inc. Attn: Suzy Levy 2150 Onesime-Gagnon Lachine, QC H8T 3M8 CANADA | 07/13/2022 | 22-10799 | Revlon Canada Inc. | 152 | $381,854.44 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 151 | Premier Facility Management Corp. Cara Frustaci-Lenas 264 Lackawanna Ave Woodland Park, NJ 07424 Transferred to: Bradford Capital Holdings, LP as Transferee of Premier Facility Management Corp. Attn: Brian L. Brager P.O. Box 4353 Clifton, NJ 07012 | 07/12/2022 | 22-10760 | Revlon, Inc. | 151 | $157,383.38 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 152 | PRIMEAU MULTIMEDIA LTD 49 NORTH RIDGE CRESCENT GEORGETOWN, ON L7G 6E6 CANADA | 08/13/2022 | 22-10799 | Revlon Canada Inc. | SCHFUP_00001006 | $1,206.43 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 153 | PRIMO MANAGEMENT LIMITED 29F WORKINGTON TOWER 78 BON, STRAND SHEUNG WAN, HONG KONG | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000143 | $3,709.89 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 154 | QAD INC 100 INNOVATION PLACE SANTA BARBARA, CA 93108 UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000354 | $1,814.19 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 155 | RAYMOND LEASING CORP PO BOX 301590 DALLAS, TX 75303-1590 UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000371 | $24,411.33 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 156 | Raymond Leasing Corporation Charles S. Stahl, Jr Swanson, Martin & Bell, LLP 2525 Cabot Drive, Suite 204 Lisle, IL 60532 | 10/13/2022 | 22-10766 | Revlon Consumer Products Corporation | 1008 | $4,538.23 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 157 | Raymond Leasing Corporation Swanson, Martin & Bell, LLP Attn: Charles S. Stahl, Jr. 2525 Cabot Drive, Suite 204 Lisle, IL 60532 | 10/13/2022 | 22-10763 | Elizabeth Arden, Inc. | 1009 | $22,376.31 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760

Fourth Omnibus Claims Objection

Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 158 | Raymond Leasing Corporation<br>Swanson, Martin & Bell, LLP<br>Attn: Charles S. Stahl, Jr.<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532 | 10/13/2022 | 22-10763 | Elizabeth Arden, Inc. | 1010 | $17,636.12 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 159 | Raymond Leasing Corporation<br>Swanson, Martin & Bell, LLP<br>Attn: Charles S. Stahl, Jr.<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532 | 10/13/2022 | 22-10763 | Elizabeth Arden, Inc. | 1011 | $26,618.93 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 160 | Raymond Leasing Corporation<br>Swanson, Martin & Bell, LLP<br>Attn: Charles S. Stahl, Jr.<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532 | 10/13/2022 | 22-10763 | Elizabeth Arden, Inc. | 1013 | $40,911.52 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 161 | Raymond Leasing Corporation<br>Charles S. Stahl Jr.<br>Swanson Martin & Bell LLP<br>2525 Cabot Drive<br>Suite 204<br>Lisle, IL 60532 | 10/14/2022 | 22-10766 | Revlon Consumer Products Corporation | 1032 | $514.43 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 162 | Raymond Leasing Corporation<br>Swanson, Martin & Bell, LLP<br>Attn: Charles S. Stahl, Jr.<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532 | 10/14/2022 | 22-10763 | Elizabeth Arden, Inc. | 1034 | $25,105.60 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 163 | Raymond Leasing Corporation<br>Swanson, Martin & Bell, LLP<br>Attn: Charles S. Stahl, Jr.<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532 | 10/12/2022 | 22-10763 | Elizabeth Arden, Inc. | 968 | $12,218.97 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 164 | RENTAL CONCEPTS, INC<br>695 BOSTON MILLS ROAD<br>HUDSON, OH 44236<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001177 | $20,051.32 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 165 | Ricoh-USA, Inc.<br>1738 Bass Road<br>Macon, GA 31210 | 08/30/2022 | 22-10760 | Revlon, Inc. | 519 | $121,511.05 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 166 | ROBERT HALF FINANCE & ACCOUNTING<br>Robert Half /Recovery Dept.<br>PO Box 5024<br>San Ramon, CA 94583 | 10/03/2022 | 22-10760 | Revlon, Inc. | 914 | $27,500.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 167 | SAG-AFTRA Health Plan and SAG-Producers Pension Plan Bush Gottlieb Attn: Kirk M. Prestegard 801 North Brand Blvd., Suite 950 Glendale, CA 91203 | 10/21/2022 | 22-10766 | Revlon Consumer Products Corporation | 1838 | $178,260.00* |

Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan).

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 168 | SALESFORCE.COM, INC. C/O BIALSON, BERGEN & SCHWAB ATTN: LAWRENCE SCHWAB/GAYE HECK 830 MENLO AVE., SUITE 201 MENLO PARK, CA 94025 | 10/23/2022 | 22-10776 | Roux Laboratories, Inc. | 2004 | $172,511.04 |

Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan).

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 169 | SALESFORCE.COM, INC. C/O BIALSON, BERGEN & SCHWAB ATTN: LAWRENCE SCHWAB/GAYE HECK 830 MENLO AVE., SUITE 201 MENLO PARK, CA 94025 | 10/23/2022 | 22-10763 | Elizabeth Arden, Inc. | 2292 | $870,375.50 |

Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan).

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 170 | SALESFORCE.COM, INC. C/O BIALSON, BERGEN & SCHWAB ATTN: LAWRENCE SCHWAB/GAYE HECK 830 MENLO AVE., SUITE 201 MENLO PARK, CA 94025 | 10/23/2022 | 22-10766 | Revlon Consumer Products Corporation | 2352 | $383,309.89 |

Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan).

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 171 | SALSIFY INC<br>101 FEDERAL STREET SUITE 2600<br>BOSTON, MA 02110<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000234 | $100,437.19 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 172 | SAP America, Inc.<br>c/o Brown & Connery, LLP<br>Attn: Donald K. Ludman, Esq.<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 | 10/24/2022 | 22-10766 | Revlon Consumer Products Corporation | 3308 | $680,693.40 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 173 | SCP Carlstadt PRP Group<br>Faegre Drinker Biddle & Reath LLP<br>Attn: P. Leigh Bausinger<br>One Logan Square, Ste. 2000<br>Philadelphia, PA 19103 | 10/24/2022 | 22-10766 | Revlon Consumer Products Corporation | 2829 | $11,912.13* |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 174 | SCREEN ACTORS GUILD-PRODUCERS<br>PENSION AND HEALTH PLANS<br>3601 WEST OLIVE AVENUE<br>BURBANK, CA 91505<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001057 | $140,232.15 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 175 | SECURE ONE PROTECTION<br>P.O. BOX 51528<br>JACKSONVILLE BEACH, FL 32240-1528 | 10/11/2022 | 22-10776 | Roux Laboratories, Inc. | 946 | $87.01 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 176 | SECUREONE PROTECTION SERVICES, INC.<br>POST OFFICE BOX 51528<br>JACKSONVILLE BEACH, FL 32240-1528 | 10/11/2022 | 22-10760 | Revlon, Inc. | 972 | $1,257.75 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 177 | SHALOM INTERNATIONAL CORPORATION<br>8 NICHOLAS COURT, SUITE B<br>DAYTON, NJ 08810 | 10/27/2022 | 22-10761 | Elizabeth Arden USC, LLC | 4337 | $45,000.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 178 | SHUTTERSTOCK, INC.<br>350 FIFTH AVENUE, 21ST. FLOOR<br>NEW YORK, NY 10118<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000608 | $345.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 179 | SIGNIFYD, INC<br>2540 NORTH FIRST STREET, SUITE 300<br>SAN JOSE, CA 95131<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001260 | $34,356.62 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 180 | SILENT MODELS USA-LLC<br>127 WEST 26TH. STREET. SUITE 502<br>NEW YORK, NY 10001<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000290 | $2,838.60 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 181 | SIR PROPERTIES TRUST<br>PO BOX 826463<br>PHILADELPHIA, PA 19182-6463<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001126 | $76,139.97 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 182 | Sir Roanoke LLC<br>Goulston & Storrs PC<br>c/o Douglas B. Rosner<br>400 Atlantic Avenue<br>Boston, MA 02110 | 10/12/2022 | 22-10763 | Elizabeth Arden, Inc. | 949 | $71,063.98 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 183 | SKOPENOW, INC<br>12 EAST 49TH ST<br>FLOOR 11<br>NEW YORK, NY 10017 | 09/30/2022 | 22-10760 | Revlon, Inc. | 729 | $1,723.22 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 184 | SMSB Consulting Group Inc.<br>740 Old Willets Path<br>Suite 100<br>Hauppauge, NY 11788 | 06/28/2022 | 22-10760 | Revlon, Inc. | 45 | $79,087.50 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 185 | SOLNSOFT LLC dba XCentium<br>Amrit raj<br>2 Venture #340<br>Irine, CA 92618 | 07/13/2022 | 22-10760 | Revlon, Inc. | 178 | $232,981.30 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 186 | SPS COMMERCE, INC<br>333 SOUTH SEVENTH STREET, STE 1000<br>MINNEPOLIS, MN 55402<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000320 | $297.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 187 | STEFANINI, INC<br>27100 WEST 11 MILE ROADTOW, FLOOR 6<br>SOUTHFIELD, MI 48034<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000458 | $19,915.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 188 | Sterling<br>1 State Street Plaza, 24th Floor<br>New York, NY 10004 | 09/12/2022 | 22-10760 | Revlon, Inc. | 563 | $19,296.30 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 189 | STUDIO 504 INC<br>636 BROADWAY<br>SUITE 504<br>NEW YORK, NY 10012 | 10/22/2022 | 22-10760 | Revlon, Inc. | 2290 | $55,114.90 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 190 | Superior Service Company, Inc.<br>416 Knollwood Drive<br>Troutville, VA 24175 | 09/12/2022 | 22-10761 | Elizabeth Arden USC, LLC | 568 | $70,700.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

Revlon, Inc. Case No. 22-10760

Fourth Omnibus Claims Objection

Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 191 | Syndigo LLC<br>Nixon Peabody LLP<br>Attn: R. Scott Alsterda<br>70 W. Madison, Suite 5200<br>Chicago, IL 60602 | 10/19/2022 | 22-10766 | Revlon Consumer Products Corporation | 1303 | $88,684.93 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 192 | Talk2Rep, Inc<br>OutPLEX<br>6301 NW 5th Way<br>Ste 1700<br>Ft Lauderdale, FL 33309 | 07/20/2022 | 22-10763 | Elizabeth Arden, Inc. | 232 | $89,246.87 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 193 | TECH RECIPE LLC<br>374 STONYBROOK ROAD<br>STOCKBRIDGE, VT 05772<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000625 | $15,000.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 194 | THE NIELSEN COMPANY US LLC<br>PO BOX 88956<br>CHICAGO, IL 60695-8956<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000233 | $1,661,333.30 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 195 | THE PROCTER & GAMBLE COMPANY<br>ONE PROCTER & GAMBLE PLAZA<br>CINCINNATI, OH 45202<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000158 | $48,828.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 196 | The Retail Group Inc<br>P.O. Box 363048<br>San Juan, PR 00936 | 10/05/2022 | 22-10790 | Revlon (Puerto Rico) Inc. | 803 | $48,763.10 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 197 | Three Wishes Productions, Inc.<br>Loeb & Loeb LLP<br>Daniel B. Besikof<br>345 Park Avenue<br>New York, NY 101564 | 10/21/2022 | 22-10763 | Elizabeth Arden, Inc. | 1751 | $316,667.00* |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 198 | THYSSEN KRUPP ELEVATOR<br>PO BOX 3796<br>CAROL STREAM, IL 60132-3796<br>UNITED STATES | 08/13/2022 | 22-10776 | Roux Laboratories, Inc. | SCHFUP_00000712 | $472.50 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 199 | THYSSENKRUPP ELEVATOR CORPORAT<br>3100 INTERSTATE NORTH CIR SE STE 50<br>ATLANTA, GA 30339-2227<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000286 | $13,205.02 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 200 | TODA<br>20 JAY STREET SUITE 828<br>BROOKLYN, NY 11201<br>UNITED STATES | 08/13/2022 | 22-10776 | Roux Laboratories, Inc. | SCHFUP_00000755 | $210,000.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 201 | Toda New York LLC<br>Marcos Chavez<br>95 Baltic Street #2<br>Brooklyn, NY 11201 | 06/27/2022 | 22-10760 | Revlon, Inc. | 65 | $192,500.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 202 | Traffic Models, S.L.<br>Passatge Sert, 2 Baixos<br>Barcelona, 08010<br>SPAIN | 07/07/2022 | 22-10766 | Revlon Consumer Products Corporation | 96 | $78,000.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 203 | Trane U.S. Inc<br>3600 Pammel Creer Road<br>La Crosse, WI 54601 | 10/17/2022 | 22-10761 | Elizabeth Arden USC, LLC | 1123 | $21,712.87 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 204 | Turner Duckworth Ltd<br>Publicis Resources on behalf of Turner Duckworth<br>David Daniel<br>Eastpoint Business Park<br>Dublin,<br>IRELAND (EIRE) | 08/11/2022 | 22-10766 | Revlon Consumer Products Corporation | 390 | $121,500.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 205 | Valley Properties, LLC<br>c/o Leslie McVey<br>3330 Hollins Road, N.E., Suite A<br>Roanoke, VA 24012 | 08/07/2022 | 22-10763 | Elizabeth Arden, Inc. | 446 | $84,664.81 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 206 | Veritas Communications Inc.<br>800-370 King Street West<br>Toronto, ON M5V 1J9 | 06/27/2022 | 22-10760 | Revlon, Inc. | 15 | $789,313.04 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 207 | VERTEX, INC<br>2301 RENAISSANCE BOULEVARD<br>KING OF PRUSSIA, PA 19406-2772<br>UNITED STATES | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000417 | $18,656.25 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 208 | Vision Publications Inc<br>Carl Patrick Dene<br>Vision Design Studio<br>109 Wappo Ave<br>Calistoga, CA 94515 | 01/07/2023 | 22-10776 | Roux Laboratories, Inc. | 5764 | $36,630.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 209 | VMware, Inc.<br>Attn: Brooks Beard and Rachael Shen<br>3401 Hillview Avenue<br>Palo Alto, CA 94304 | 08/08/2022 | 22-10760 | Revlon, Inc. | 370 | $70,977.17 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 210 | Vox Media, LLC<br>1201 Connecticut Ave NW Fl 12<br>Washington, DC 20036 | 07/09/2022 | 22-10760 | Revlon, Inc. | 136 | $34,421.40 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

Revlon, Inc. Case No. 22-10760

Fourth Omnibus Claims Objection

Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 211 | WECKERLE GMBH<br>HOLZHOFSTRASSE 26<br>WEILHEIM, 82362<br>GERMANY | 10/07/2022 | 22-10760 | Revlon, Inc. | 919 | $25,128.11* |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 212 | Wells Fargo Bank, N.A.<br>Wells Fargo Equipment Finance, MSG<br>800 Walnut Street MAC F0005-055<br>Des Moines, IA 50309 | 07/11/2022 | 22-10766 | Revlon Consumer Products Corporation | 142 | $29,869.26 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 213 | WELLS FARGO EQUIP. FINANCE<br>PO BOX 1433<br>SAN DES MOINES, IA 50306-1433<br>UNITED STATES | 08/13/2022 | 22-10776 | Roux Laboratories, Inc. | SCHFUP_00000827 | $1,240.80 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 214 | Werres Corporation<br>Swanson, Martin & Bell, LLP<br>Attn: Charles S. Stahl, Jr.<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532 | 10/22/2022 | 22-10763 | Elizabeth Arden, Inc. | 2009 | $85,557.29 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 215 | Werres Corporation<br>Swanson, Martin & Bell, LLP<br>Attn: Charles S. Stahl, Jr.<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532 | 10/22/2022 | 22-10763 | Elizabeth Arden, Inc. | 2238 | $7,108.81 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760

Fourth Omnibus Claims Objection

Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 216 | Werres Corporation<br>Swanson, Martin & Bell, LLP<br>Charles S. Stahl, Jr.<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532 | 10/23/2022 | 22-10763 | Elizabeth Arden, Inc. | 2409 | $48,825.72 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 217 | Werres Corporation<br>Swanson, Martin & Bell, LLP<br>Charles S. Stahl, Jr.<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532 | 10/23/2022 | 22-10763 | Elizabeth Arden, Inc. | 2542 | $54,399.50 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 218 | WHALAR LTD<br>200 BOROUGH HIGH STREET<br>LONDON, SE1 1JX<br>UNITED KINGDOM<br><br>Transferred to: CRG Financial LLC as Transferee of Whalar Ltd<br>Attn: Allison R. Axenrod<br>84 Herbert Ave<br>Building B- Suite 202<br>Closter07624 | 08/13/2022 | 22-10766 | Revlon Consumer Products Corporation | SCHFUP_00000463 | $2,500.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 219 | WHALAR LTD<br>99 CLIFTON STREET FLOOR 2<br>LONDON, EC2A 4LG<br>UNITED KINGDOM<br><br>Transferred to: CRG Financial LLC as Transferee of Whalar Ltd<br>Attn: Allison R. Axenrod<br>84 Herbert Ave<br>Building B- Suite 202<br>Closter07624 | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001243 | $2,600.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 220 | WHALER LTD<br>FLOOR 2 99 CLIFTON ST<br>LONDON, EC2A 4LG<br>UNITED KINGDOM<br><br>Transferred to: CRG Financial LLC as Transferee of Whalar Ltd<br>Attn: Allison R. Axenrod<br>84 Herbert Ave<br>Building B- Suite 202<br>Closter07624 | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001194 | $9,000.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 221 | Wunderkind Corporation<br>One World Trade Center, Floor 74<br>New York, NY 10007 | 08/03/2022 | 22-10766 | Revlon Consumer Products Corporation | 354 | $23,633.00 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 4 - Satisfied Contract Cure Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 222 | XEROX CORPORATION<br>PO BOX 827598<br>PHILADELPHIA, PA 19182-7598<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001142 | $16,821.90 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| 223 | XEROX CORPORATION<br>PO BOX 202882<br>DALLAS, TX 75320-2882<br>UNITED STATES | 08/13/2022 | 22-10763 | Elizabeth Arden, Inc. | SCHFUP_00001246 | $469.31 |
| | Reason: Claim has been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). | | | | | |
| | | | | | TOTAL | $21.270.426.65* |

*Indicates claim contains unliquidated and/or undetermined amounts

## **Schedule 5**

**Flow-Through Claims**

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | Adam, Suhnoon<br>8 Cardinal Court<br>Kendall Park, NJ 08824-1401 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4894 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 2 | ALBER, THELMA F<br>81 MERRILL AVE.<br>EAST BRUNSWICK, NJ 08816-3057 | 09/29/2022 | 22-10760 | Revlon, Inc. | 686 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 3 | Alexander, Connie<br>5882 Copper Lake Dr<br>Jacksonville, FL 32218 | 10/19/2022 | 22-10760 | Revlon, Inc. | 1292 | $19,500.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 4 | ALLEN, ANDREW<br>17 DUDSBURY ROAD<br>FERNDOWN<br>WEST PARLEY, BH22 8RA<br>UNITED KINGDOM | 10/13/2022 | 22-10760 | Revlon, Inc. | 1022 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 5 | ALLEN, RICHARD LEONARD<br>1 RIVERMEAD RD<br>PETERBOROUGH, NH 03458-1702 | 09/29/2022 | 22-10760 | Revlon, Inc. | 696 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 6 | ALONSO, ADRIAN E.<br>3011 W ROMO AVE<br>PHOENIX, AZ 85017 | 10/04/2022 | 22-10760 | Revlon, Inc. | 838 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | ANCHUNDLA, MANUEL<br>9605 PORTAL CT<br>SUMMERVILLE, SC 29485-9001 | 09/29/2022 | 22-10760 | Revlon, Inc. | 733 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 8 | ANDERSON, DORIS G<br>22701 NE HANCOCK ST.<br>FAIRVIEW, OR 97024-2648 | 10/24/2022 | 22-10760 | Revlon, Inc. | 2856 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 9 | AOKI, CHIEKO<br>3233 ALA ILIMA ST<br>3233/#1<br>HONOLULU, HI 96818-2968 | 10/13/2022 | 22-10760 | Revlon, Inc. | 1015 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 10 | ARTILES, EUFRACIO<br>411 RHODE ISLAND RD<br>BROWNS MILLS, NJ 08015 | 09/28/2022 | 22-10766 | Revlon Consumer Products Corporation | 684 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 11 | Ascue, Paul<br>415 Fayette Street<br>Apt 11F<br>Perth Amboy, NJ 08861-3838 | 10/07/2022 | 22-10760 | Revlon, Inc. | 901 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 12 | ASHLEY, WILLIAM L<br>1345 CHAMBERS LOOP RD.<br>TIMBERLAKE, NC 27583-9081 | 10/11/2022 | 22-10760 | Revlon, Inc. | 951 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | BAIER, STACY<br>20 COLONIAL CIRCLE<br>FAIRPORT, NY 14450 | 10/05/2022 | 22-10799 | Revlon Canada Inc. | 817 | $120,000.00* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 14 | BALSAMO, ELIZABETH<br>901 VIAPRESA<br>SAN CLEMENTE, CA 92672 | 09/30/2022 | 22-10760 | Revlon, Inc. | 737 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 15 | BARBREY, JAMES E<br>200 NASH ST<br>FOUNTAIN INN, SC 29644 | 10/06/2022 | 22-10760 | Revlon, Inc. | 882 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 16 | BARR, ESTHER<br>3 AFTON HALL<br>NORTH YORKSHIRE<br>SCHOOL LANE, TS9 6SB<br>UNITED KINGDOM | 10/18/2022 | 22-10760 | Revlon, Inc. | 1166 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 17 | BARRALL, CANICE J<br>1285 N VIA ALAMOS<br>GREEN VALLEY, AZ 85614-4011 | 10/25/2022 | 22-10760 | Revlon, Inc. | 4329 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 18 | BARRETT, NATALIE<br>16202 WILLOW PARK DR<br>TOMBALL, TX 77377-9007 | 10/07/2022 | 22-10760 | Revlon, Inc. | 904 | $25,440.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | BEGERA, BRENDA<br>6149 GREENPOINTE DR<br>BOYNTON BEACH, FL 33437 | 10/04/2022 | 22-10760 | Revlon, Inc. | 798 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 20 | BELTRAN, MANUEL<br>750 3RD AVE #53<br>CHULA VISTA, CA 91912-9096 | 11/21/2022 | 22-10760 | Revlon, Inc. | 5499 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 21 | Benn, Jean N<br>1715 Hilton Head Blvd<br>Lady Lake, FL 32159-2227 | 10/20/2022 | 22-10760 | Revlon, Inc. | 1483 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 22 | Berger, Rosalie<br>933 Skyline Drive<br>Coram, NY 11727 | 10/23/2022 | 22-10760 | Revlon, Inc. | 2161 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 23 | BERNAL, MARIA<br>19638 WEST MAGNOLIA ST.<br>BUCKEYE, AZ 85326 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4673 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 24 | BERNSTEIN, BARBARA E<br>5409 ALDEA AVENUE<br>ENCINO, CA 91316-2607 | 10/04/2022 | 22-10760 | Revlon, Inc. | 759 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | BICKLE, ESME<br>32 GELLI STREET<br>BRIDGEND MID GLAMORGAN<br>CAERAU, CF34 0RN<br>UNITED KINGDOM | 10/18/2022 | 22-10760 | Revlon, Inc. | 1209 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 26 | Bidinger, Stephen J.<br>3427 St. Leonards Court<br>Silver Spring, MD 20906 | 10/09/2022 | 22-10766 | Revlon Consumer Products Corporation | 891 | $437,514.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 27 | BLACKER, MARSHA R<br>7 DUNCAN WAY<br>FREEHOLD, NJ 07728-4349 | 10/11/2022 | 22-10760 | Revlon, Inc. | 930 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 28 | Bob Lisowki as member of Ad Hoc Group of Represented Pensioners of Revlon, Inc., et al<br>Bradford Edwards & Varlack LLP<br>Denver G. Edwards, Esq.<br>12 East 49th Street, 11th Floor<br>New York, NY 10017 | 11/21/2022 | 22-10760 | Revlon, Inc. | 5611 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 29 | BOOBYER, R<br>8 YSBRYD Y COED<br>BRIDGEND<br>CAVENDISH PARK, CF31 4GF<br>UNITED KINGDOM | 10/13/2022 | 22-10760 | Revlon, Inc. | 1017 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 30 | BRADLEY, MICHAEL<br>41 KIMBERLEY ROAD<br>DORSET<br>WEST SOUTHBORNE, BH6 5EX<br>UNITED KINGDOM | 10/19/2022 | 22-10760 | Revlon, Inc. | 1309 | $916.52 |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 31 | BRIGHTWELL, D GLISSON<br>5676 SILVER SANDS CIRCLE<br>KEYSTONE HEIGHTS, FL 32656-8182 | 10/20/2022 | 22-10760 | Revlon, Inc. | 1491 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 32 | Brigida Byrne as member of Ad Hoc Group of Retired<br>Executives of Revlon, Inc. et al. (on behalf of themselves and<br>certain of the Debtors' former employees)<br>Bradford Edwards & Varlack LLP<br>Denver G. Edwards, Esq.<br>12 East 49th Street, 11th Floor<br>New York, NY 10017 | 10/24/2022 | 22-10760 | Revlon, Inc. | 5352 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 33 | Brown, K E<br>36B South Terrace<br>Littlehampton, BN17 5NU<br>UNITED KINGDOM | 10/07/2022 | 22-10760 | Revlon, Inc. | 916 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 34 | BULLOCK, MABLE<br>920 BULLOCKSVILLE PK. RD.<br>MANSON, NC 27553-9761 | 10/04/2022 | 22-10760 | Revlon, Inc. | 792 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 35 | Burleson, Twila R<br>2732 Stadium View Dr<br>Ft Worth, TX 76118-2031 | 10/14/2022 | 22-10785 | Revlon International Corporation | 1052 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 36 | BURNS, KATHLEEN ANNE<br>44 COOLNASILLA<br>PARK EAST, BT11 8LA<br>UNITED KINGDOM | 10/18/2022 | 22-10760 | Revlon, Inc. | 1179 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 37 | CADENA, CAROL ANNE<br>6626 FONTANA POINT<br>SAN ANTONIO, TX 78240-3093 | 10/12/2022 | 22-10781 | Revlon Government Sales, Inc. | 999 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 38 | CAMPBELL, LINDA R<br>15750 TURNBERRY ST<br>MORENO VALLEY, CA 92555-4903 | 10/11/2022 | 22-10760 | Revlon, Inc. | 981 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 39 | Canada, Sylvia L.<br>4118 Clays Mill Road<br>Scottsburg, VA 24589 | 10/27/2022 | 22-10760 | Revlon, Inc. | 4334 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 40 | CANNON, GEORGE R.<br>5962 BAYSHORE DRIVE<br>TOOELE, UT 84074-9070 | 10/24/2022 | 22-10766 | Revlon Consumer Products Corporation | 4980 | $258,763.68 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | Capone, Peter W<br>145 Coventry Drive<br>Carson City, NV 89703-5368 | 10/15/2022 | 22-10760 | Revlon, Inc. | 4981 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 42 | Cardenas, Silvia<br>3823 W McKinley St<br>Phoenix, AZ 85009-4132 | 10/24/2022 | 22-10760 | Revlon, Inc. | 2870 | $45,250.56 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 43 | CARTER, MICHAEL<br>85 OCEANWOODS DRIVE<br>NORTH KINGSTOWN, RI 02852-7100 | 09/30/2022 | 22-10760 | Revlon, Inc. | 714 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 44 | CASTRO, CARMEN<br>330 PROSPECT AVE<br>AVENEL, NJ 07001-1157 | 12/06/2022 | 22-10760 | Revlon, Inc. | 5676 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 45 | CONTE, ALBERT  S.<br>67 LIVINGSTON ROAD<br>SCARSDALE, NY 10583 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4342 | $1,193,451.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 46 | Corbett, Sally<br>60 New Row<br>Oakenshaw County, Durham, DL150TE<br>UNITED KINGDOM | 10/18/2022 | 22-10760 | Revlon, Inc. | 1195 | $15,650.21 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 47 | COUGHLIN, BRENDEN<br>44 MARK DRIVE<br>HIGH BRIDGE, NJ 08829-1604 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4523 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 48 | COURAGE, DEBORAH ANN<br>41 SUNNYSIDE ROAD<br>DORSET<br>PARKSTONE<br>BH12 2LB<br>UNITED KINGDOM | 10/23/2022 | 22-10785 | Revlon International Corporation | 2296 | $34,958.75 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 49 | Crenshaw, Marilyn M.<br>c/o Michael A. Steel, Esq.<br>2725 Abington Rd,, Suite 200<br>Akron, OH 44333 | 10/21/2022 | 22-10760 | Revlon, Inc. | 1692 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 50 | D Buchan<br>8 Meadowlands<br>Stockbridge Road<br>Winchester<br>HAmpshire, SO22 5JH<br>UNITED KINGDOM | 10/17/2022 | 22-10760 | Revlon, Inc. | 1070 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 51 | Darveau, Audree 1-6110 Boulevard Chevrier Brossard Brossard, J4Z 0L2 CANADA | 10/24/2022 | 22-10760 | Revlon, Inc. | 3105 | $1,227.84 |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 52 | Dash, Faith C 272 Ash St Englewood Cliffs, NJ 07632 | 12/11/2022 | 22-10760 | Revlon, Inc. | 5694 | $10,000.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 53 | Dassin, Gerald 111 East 85 Street New York, NY 10028 | 10/25/2022 | 22-10760 | Revlon, Inc. | 4938 | $3,260,940.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 54 | DAVIES, MARGARET 32 PRINCESS STREET MAESTEG, CF34 9BD UNITED KINGDOM | 10/21/2022 | 22-10760 | Revlon, Inc. | 1683 | $15,977.00* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 55 | DAY, NJ 192 Rossmore Road Dorset Parkstone, BH12 2HL UNITED KINGDOM | 09/27/2022 | 22-10760 | Revlon, Inc. | 654 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 56 | DE GAETANO, ARTHUR<br>8 MAPLE STREET<br>NEW CANAAN, CT 06840-5730 | 09/29/2022 | 22-10760 | Revlon, Inc. | 732 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 57 | De Leon, Mylene I.<br>25 Harding Avenue<br>North Arlington, NJ 07031 | 10/17/2022 | 22-10766 | Revlon Consumer Products Corporation | 1065 | $17,966.06 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 58 | Dellafave, AnnaMarie<br>13 Vivian Avenue<br>Emerson, NJ 07630 | 10/21/2022 | 22-10766 | Revlon Consumer Products Corporation | 1635 | $213,948.55* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 59 | DELPINE, LAURA Y<br>39 SPRINGFIELD AVE<br>FLOURTOWN, PA 19031 | 10/14/2022 | 22-10760 | Revlon, Inc. | 1059 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 60 | Dessen, Stanley B.<br>2 Melby Lane<br>Roslyn, NY 11576 | 10/19/2022 | 22-10760 | Revlon, Inc. | 1261 | $789,936.00* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 61 | DOE, DJ<br>35 VERNEY ROAD<br>WEST HOWE, BH11 8DA<br>UNITED KINGDOM | 10/04/2022 | 22-10760 | Revlon, Inc. | 802 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 62 | DOUGLAS, DIANA<br>604 NE 2ND ST<br>APT 120<br>DANIA BEACH, FL 33004-3327 | 10/03/2022 | 22-10760 | Revlon, Inc. | 912 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 63 | DUNBAR, RONALD H.<br>350 LAKEVIEW WAY<br>VERO BEACH, FL 32963 | 08/18/2022 | 22-10766 | Revlon Consumer Products Corporation | 468 | $890,000.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 64 | DUNBAR, RONALD H.<br>350 LAKEVIEW WAY<br>VERO BEACH, FL 32963 | 08/18/2022 | 22-10766 | Revlon Consumer Products Corporation | 476 | $254,288.66 |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 65 | DUNCAN, WANDA Y<br>95 VENABLE LANE<br>CLARKSVILLE, VA 23927-9015 | 09/29/2022 | 22-10760 | Revlon, Inc. | 701 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 66 | DUNHAM, ROBERT C<br>2 CHELSEA COURT<br>PRINCETON, NJ 08540 | 10/05/2022 | 22-10766 | Revlon Consumer Products Corporation | 773 | $77,324.12 |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 67 | DWYER, M. KATHERINE<br>9897 E. Blue Sky Dr.<br>Scottsdale, AZ 85262 | 07/18/2022 | 22-10766 | Revlon Consumer Products Corporation | 217 | $472,733.40 |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 68 | EBERLE, ARTHUR R. 99 SPOTSWOOD DRIVE SPOTSWOOD, NJ 08884-1583 | 10/11/2022 | 22-10760 | Revlon, Inc. | 985 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 69 | Elchert, Roberta 545 West Market Street Apt 111 Tiffin, OH 44883-2574 | 10/11/2022 | 22-10760 | Revlon, Inc. | 937 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 70 | Eliades-Sayre, Tamalyn 22 Windjammer Ct. Long Beach, CA 90803 | 10/04/2022 | 22-10760 | Revlon, Inc. | 755 | $429,516.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 71 | EVANS, RICHARD 43 YSTAD CELYN MAESTEG, CF34 9LT UNITED KINGDOM | 10/13/2022 | 22-10785 | Revlon International Corporation | 1018 | $15,783.87 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 72 | FARLEY, JOHN 131 LORI CIRCLE EXTON, PA 19341-1774 | 10/06/2022 | 22-10766 | Revlon Consumer Products Corporation | 874 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 73 | FARR, ANDREA 3 BECKSIDE CARLETON NORTH YORKSHIRE, BD23 3ET UNITED KINGDOM | 10/24/2022 | 22-10760 | Revlon, Inc. | 4923 | $4,600.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 74 | Faucette, Alice W<br>4119 Rock Brook Road<br>Oxford, NC 27565-8342 | 10/11/2022 | 22-10760 | Revlon, Inc. | 938 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 75 | Fava, Charlene<br>135 Morvale Rd<br>Easton, PA 18042-6841 | 10/14/2022 | 22-10760 | Revlon, Inc. | 1046 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 76 | Feiler, Elizabeth M<br>The Law Office of Andrea Ross<br>129 N West Street, Ste 1<br>Easton, MD 21601 | 10/24/2022 | 22-10760 | Revlon, Inc. | 2863 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 77 | Ferguson, Kathleen A.<br>361 Maple St #2<br>Kearny, NJ 07032 | 10/12/2022 | 22-10760 | Revlon, Inc. | 967 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 78 | FERRELL, KATHLEEN<br>3642 E SHERIDAN ST<br>PHOENIX, AZ 85008-2234 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4660 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 79 | Filozof, Gail P<br>303 Plainfield Ave<br>Apt B2<br>Edison, NJ 08817-3100 | 10/14/2022 | 22-10760 | Revlon, Inc. | 1050 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

14

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 80 | FINN, KIMBRETH T<br>23815 PENNSYLVANIA AVE.<br>TORRANCE, CA 90501-5942 | 10/17/2022 | 22-10766 | Revlon Consumer Products Corporation | 1126 | $294,405.00* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 81 | FIOTO, GEORGE A<br>18584 HARBOR LIGHT WAY<br>BOCA RATON, FL 33498-4928 | 10/24/2022 | 22-10760 | Revlon, Inc. | 3861 | $954,000.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 82 | FISHER, JAMES E<br>3 FORT WALKER DRIVE<br>HILTON HEAD, SC 29928-3917 | 09/29/2022 | 22-10760 | Revlon, Inc. | 692 | $27,652.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 83 | FORBES, ELMA L<br>#013 TOWNSITE CABCABEN (MA)<br>MARIVELES, BATAAN, 2105<br>PHILIPPINES | 11/22/2022 | 22-10760 | Revlon, Inc. | 5504 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 84 | Fountain, Julia B<br>3056 Granville Dr.<br>Raleigh, NC 27609-6918 | 10/14/2022 | 22-10766 | Revlon Consumer Products Corporation | 1047 | $15,448.42 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 85 | FOX, PATRICIA<br>TRE-ALLT EGLWYSWRW<br>PEMBROKESHIRE, SA41 3UL<br>UNITED KINGDOM | 10/24/2022 | 22-10760 | Revlon, Inc. | 4964 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

15

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|------|-----------|--------|----------------------|---------|--------------|
| 86  Fox, William J<br>5245 Fisher Island Dr<br>Miami Beach, FL 33109-0269 | 10/19/2022 | 22-10760 | Revlon, Inc. | 1316 | $1,086,424.71 |
| Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 87  GALLINO, SHIRLEY<br>282 CENTRAL AVE<br>EDISON, NJ 08817-3115 | 10/04/2022 | 22-10760 | Revlon, Inc. | 794 | Undetermined* |
| Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 88  GARAY, CARMEN<br>2871 STRATFORD POINTE DR<br>W MELBOURNE, FL 32904-8064 | 09/29/2022 | 22-10760 | Revlon, Inc. | 689 | Undetermined* |
| Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 89  Geanoules, Frances  C.<br>39 Gladstone Street<br>Forked River, NJ 08731 | 08/29/2022 | 22-10766 | Revlon Consumer Products Corporation | 517 | $931,353.12 |
| Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 90  Gibson, Jacqueline<br>Prospect House<br>Prospect Terrace Prudhoe<br>Northumberland, NE42 6JD<br>UNITED KINGDOM | 10/15/2022 | 22-10760 | Revlon, Inc. | 1043 | $60,000.00 |
| Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 91  GLASS, LORI JILL<br>4793 ESEDRA COURT, APT. 102<br>LAKE WORTH, FL 33467 | 07/14/2022 | 22-10766 | Revlon Consumer Products Corporation | 181 | $287,694.72 |
| Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

16

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 92 | Goldrosen, Melissa E.<br>28 Totten Dr<br>Bridgewater, NJ 08807-2367 | 10/31/2022 | 22-10760 | Revlon, Inc. | 4940 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 93 | GONCZI, JOHN<br>55 4TH AVE<br>PORT READING, NJ 07064-2017 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4182 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 94 | Gonzales, Sally<br>P.O. Box 6768<br>Glendale, AZ 85312-6768 | 10/14/2022 | 22-10760 | Revlon, Inc. | 1039 | $750,000.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 95 | GOWENLOCK, P<br>185 RICHMOND PARK ROAD<br>BOURNEMOUTH, BH8 8UB<br>UNITED KINGDOM | 10/27/2022 | 22-10760 | Revlon, Inc. | 3470 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 96 | GREEN, MARIE A<br>2427 MAPLE AVE.<br>CORTLANDT MANOR, NY 10567-6211 | 10/04/2022 | 22-10760 | Revlon, Inc. | 840 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 97 | GREEN, WILLIAM<br>21 BLETHIN CLOSE<br>CARDIFF<br>DANESCOURT, CF5 2RR<br>UNITED KINGDOM | 10/19/2022 | 22-10760 | Revlon, Inc. | 1311 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 98 | Guartuche, Jacquelilne<br>352 Lonesome Oak Drive<br>Beevile, TX 78102-8806 | 10/04/2022 | 22-10760 | Revlon, Inc. | 766 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 99 | Guigliano, Thomas<br>272 Ash St<br>Englewood Cliffs, NJ 07632 | 12/11/2022 | 22-10760 | Revlon, Inc. | 5696 | $10,000.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 100 | Gutierrez, Alicia<br>1907 E. Pecan Rd<br>Phoenix, AZ 85040 | 10/20/2022 | 22-10760 | Revlon, Inc. | 1387 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 101 | GUTIERREZ, LEONARDO<br>19330 FOUR OAKS STREET<br>CANYON COUNTRY, CA 91351-1209 | 10/11/2022 | 22-10760 | Revlon, Inc. | 934 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 102 | HAAS, SAUNDERS R<br>11717 W HADLEY ST<br>AVONDALE, AZ 85323-9103 | 10/17/2022 | 22-10760 | Revlon, Inc. | 1112 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

18

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 103 | HAFFNER, SALLY J.<br>1613 SALEM HILLS DRIVE<br>SAINT LOUIS, MO 63119-1235 | 10/17/2022 | 22-10760 | Revlon, Inc. | 1156 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 104 | Handley, Denise  L.<br>113 Longhunters Trail<br>Glasgow, KY 42141 | 10/20/2022 | 22-10760 | Revlon, Inc. | 1424 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 105 | HARRIS, KAREN M<br>519 S.W. 86TH TERRACE<br>OKEECHOBEE, FL 34974-1528 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4220 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 106 | HART, WENDY<br>LAURELS FARMHOUSE<br>OXFORDSHIRE<br>DARK LANE, OX15 6QQ<br>UNITED KINGDOM | 10/11/2022 | 22-10760 | Revlon, Inc. | 965 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 107 | HEALY, MICHELLE HELEN<br>13 NELSON STREET<br>LYTHAM ST ANNES, FY8 5DA<br>UNITED KINGDOM | 10/24/2022 | 22-10785 | Revlon International Corporation | 4533 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 108 | HEISER, KIMIKO<br>132 ZWOLAK CT.<br>SOUTH PLAINFIELD, NJ 07080-3969 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4664 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 109 | HEISER, THOMAS<br>132 ZWOLAK CT.<br>SOUTH PLAINFIELD, NJ 07080-3969 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4667 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 110 | HENRY, EDDRINA<br>667 W 20TH ST<br>APT #3<br>SAN PEDRO, CA 90731-5599 | 10/18/2022 | 22-10760 | Revlon, Inc. | 1146 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 111 | Hernandez, Teresa J.<br>4424 North 106 Drive<br>Phoenix, AZ 85037 | 10/20/2022 | 22-10760 | Revlon, Inc. | 1519 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 112 | Hicks, Joe  Billy<br>P.O. Box 144<br>Oxford, NC 27565 | 10/24/2022 | 22-10760 | Revlon, Inc. | 3797 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 113 | Hill, S B<br>Four Ways<br>Market Lane<br>Creet<br>Cheltenham, GL54 5BJ<br>UNITED KINGDOM | 10/06/2022 | 22-10760 | Revlon, Inc. | 915 | $409.73* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 114 | HOCHSTER, KRISTINE<br>240 E. 76TH STREET, APT 10U<br>NEW YORK, NY 10021-2946 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4988 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 115 | Horne, John<br>307 Commerce St<br>Clarksville, VA 23927 | 10/24/2022 | 22-10760 | Revlon, Inc. | 2786 | $57,718.14 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 116 | HU, JOYCE<br>18 KNOCKBOLT CRESENT<br>SCARBOROUGH, ON M1S 2P6<br>CANADA | 10/19/2022 | 22-10760 | Revlon, Inc. | 1341 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 117 | ION, KAREN<br>43 BRIARSYDE CLOSE<br>WHICKHAM, NE16 5UH<br>UNITED KINGDOM | 10/24/2022 | 22-10760 | Revlon, Inc. | 3475 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 118 | Irrevocable Trust of Stanley B. Dessen<br>Mimi L. Dessen, Trustee<br>2 Melby Lane<br>Roslyn, NY 11576 | 10/19/2022 | 22-10766 | Revlon Consumer Products Corporation | 1332 | $1,084,360.00* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 119 | James, Hernandez A<br>2156 S Woods Dr<br>P.O.Box 3203<br>Overgaard, AZ 85933-3203 | 10/31/2022 | 22-10760 | Revlon, Inc. | 4943 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 120 | JAMES, LE'ROY<br>321 MCMILLEN ST #3<br>JOHNSTOWN, PA 15902 | 11/04/2022 | 22-10760 | Revlon, Inc. | 5004 | $16,020.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 121 | Jelley, David Stephen<br>58 Stuart Avenue<br>Walton on Thames, Surrey, KT12 2AA<br>UNITED KINGDOM | 10/21/2022 | 22-10760 | Revlon, Inc. | 1547 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 122 | Juliano, Rachel<br>Schenck, Price, Smith & King, LLP<br>Franklin Barbosa, Jr<br>220 Park Avenue<br>Florham Park, NJ 07932 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4153 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 123 | KALLON, MARY<br>P.O. BOX 5229<br>NEW BRUNSWICK, NJ 08903-5229 | 10/21/2022 | 22-10760 | Revlon, Inc. | 1585 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 124 | Karandrikas, Dimitrios<br>116 Jennifer Dr<br>Monroe Twp, NJ 08831-8617 | 10/07/2022 | 22-10760 | Revlon, Inc. | 898 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 125 | KARANIEVSKI, HELEN<br>5 CONDICT STREET<br>NEW BRUNSWICK, NJ 08901-1802 | 10/17/2022 | 22-10760 | Revlon, Inc. | 1129 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 126 | KEANE, WILLIAM F<br>100 SABLE OAK LN APT 202<br>VERO BEACH, FL 32963-3826 | 10/06/2022 | 22-10766 | Revlon Consumer Products Corporation | 855 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 127 | KEMP, LYNNE<br>21 SPANISH COURT<br>MILL ROAD<br>WEST SUSSEX, RH15 8BA<br>UNITED KINGDOM | 10/31/2022 | 22-10760 | Revlon, Inc. | 4945 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 128 | Kimberly Rowe as member of Ad Hoc Group of Retired Executives of Revlon, Inc. et al. (on behalf of themselves and certain of the Debtors' former employees) Bradford Edwards & Varlack LLP Denver G. Edwards, Esq. 12 East 49th Street, 11th Floor New York, NY 10017 | 10/24/2022 | 22-10766 | Revlon Consumer Products Corporation | 5440 | $86,000.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 129 | KING, DEBRA LOUISE 67 HERON COURT ROAD BOURNEMOUTH, BH9 1DG UNITED KINGDOM | 10/17/2022 | 22-10760 | Revlon, Inc. | 1149 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 130 | KING, HARRY 1500 STATION DR APT 1515 AVENEL, NJ 07001-1866 | 10/11/2022 | 22-10760 | Revlon, Inc. | 941 | $132.12 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 131 | Kisala, Marguerite Andrew J. Kisala, Esq Kisala Law Firm, PLLC P.O. Box 72013 Durham, NC 27722 | 10/04/2022 | 22-10766 | Revlon Consumer Products Corporation | 756 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 132 | KLINE, ROBERT T<br>7431 EAST CENTURY DRIVE<br>SCOTTSDALE, AZ 85250-4628 | 10/18/2022 | 22-10781 | Revlon Government Sales, Inc. | 1185 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 133 | Klotz, Joyce K<br>7 Cray Ter<br>Fanwood, NJ 07023 | 08/29/2022 | 22-10760 | Revlon, Inc. | 514 | $53,037.54 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 134 | Knowles, James J.<br>3188 E Rockey Slope Dr.<br>Phoenix, AZ 85048-8321 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4944 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 135 | Kraatz, William<br>1426 E Grovers Ave Unit #8<br>Phoenix, AZ 85022-2000 | 10/04/2022 | 22-10760 | Revlon, Inc. | 768 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 136 | KRETZMAN, CLARE A<br>115 DAVENPORT FARM LANE WEST<br>STAMFORD, CT 06903 | 10/11/2022 | 22-10766 | Revlon Consumer Products Corporation | 966 | $590,517.90 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 137 | Kretzman, Robert  K<br>115 Davenport Farm Lane West<br>Stamford, CT 06903 | 10/11/2022 | 22-10766 | Revlon Consumer Products Corporation | 952 | $1,124,796.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 138 | KROMINGA, LYNN S<br>2100 S OCEAN BLVD<br>APT N204<br>PALM BEACH, FL 33480-5241 | 10/17/2022 | 22-10760 | Revlon, Inc. | 1132 | $301,852.80* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 139 | KRUER, HARRY J.<br>10 LAWRENCE LANE<br>BAY SHORE, NY 11706-8628 | 10/19/2022 | 22-10785 | Revlon International Corporation | 1284 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 140 | LAM, OI-KWAN<br>18 TANGLEWOOD LANE<br>COLONIA, NJ 07067-3036 | 10/24/2022 | 22-10760 | Revlon, Inc. | 3673 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 141 | Langdon, James R.<br>3004 Society Place<br>Newtown, PA 18940 | 10/24/2022 | 22-10766 | Revlon Consumer Products Corporation | 4207 | $11,533.56* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 142 | Lara, Isabel<br>12827 Julington Road<br>Jacksonville, FL 32258-2364 | 10/12/2022 | 22-10760 | Revlon, Inc. | 977 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 143 | LAWRENCE, BENJAMIN J.<br>290 WOOD TRAIL WAY<br>HENDERSON, NC 27537 | 10/24/2022 | 22-10760 | Revlon, Inc. | 3551 | $19,964.07 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 144 | LAWRENCE, DELLAR<br>3250 BROADWAY APT 4L<br>NEW YORK, NY 10027-2311 | 10/11/2022 | 22-10760 | Revlon, Inc. | 933 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 145 | LIBERTINY, ANN O<br>1616 OSAGE AVENUE<br>SCHERTZ, TX 78154-3728 | 10/07/2022 | 22-10781 | Revlon Government Sales, Inc. | 887 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 146 | LING, ANTHONY SCHANNING<br>MERLE HOUSE<br>BROMSBERROW HEATH, HR8 1PF<br>UNITED KINGDOM | 10/18/2022 | 22-10760 | Revlon, Inc. | 1174 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 147 | LOCKTON, KATHY<br>4906 CAMERON VALLEY PKWY<br>CHARLOTTE, NC 28210-3349 | 10/07/2022 | 22-10760 | Revlon, Inc. | 899 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 148 | LOISELLE, ARMAND<br>14011 STACEY RD NE<br>GREENVILLE, MI 48838-9055 | 10/04/2022 | 22-10760 | Revlon, Inc. | 761 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 149 | LUGO, AMERICO<br>7 ERIC CT<br>HILLSBOROUGH, NJ 08844-3850 | 10/13/2022 | 22-10760 | Revlon, Inc. | 1014 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|------|-----------|--------|---------------------|---------|--------------|
| 150  LUGO, LYDIA<br>4902 W BETHANY HOME RD LOT 18<br>GLENDALE, AZ 85301-5245 | 10/25/2022 | 22-10760 | Revlon, Inc. | 4322 | $14,353.08 |
| Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 151  LUMPP JR., STANLEY W<br>P.O. BOX 2032<br>SUN CITY, AZ 85372-2032 | 10/24/2022 | 22-10760 | Revlon, Inc. | 3575 | Undetermined* |
| Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 152  LUMPP, SCOTT W.<br>8933 W FARGO DR<br>PEORIA, AZ 85382-3739 | 10/24/2022 | 22-10760 | Revlon, Inc. | 3576 | Undetermined* |
| Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 153  MACGILLIVRAY, BRUCE R<br>14 EAST CRAIG STREET<br>BASKING RIDGE, NJ 07920-1139 | 10/07/2022 | 22-10766 | Revlon Consumer Products Corporation | 905 | Undetermined* |
| Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 154  MACVANE, MARTHA E<br>314 GARNET DR.<br>SO PORTLAND, ME 04106-6036 | 10/28/2022 | 22-10766 | Revlon Consumer Products Corporation | 3755 | Undetermined* |
| Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 155  MANDOR, TANYA<br>30 FOSTER ROAD<br>#1661<br>QUOGUE, NY 11959-1661 | 07/18/2022 | 22-10766 | Revlon Consumer Products Corporation | 214 | $768,661.20 |
| Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 156 | MANFRE, MILDRED<br>107 CHERRY ST<br>ISELIN, NJ 08830-1908 | 09/30/2022 | 22-10760 | Revlon, Inc. | 720 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 157 | MARSH, MICHAEL<br>106 FRONT ST., UNIT 22<br>FRANKLIN, TN 37064 | 11/16/2022 | 22-10760 | Revlon, Inc. | 5478 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 158 | MARTINEZ, CARLOS R.<br>P.O. BOX 548<br>ASH FORK, AZ 86320-0548 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4537 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 159 | MARTINI, LOUIS D.<br>7441 FRANKFORT RD.<br>SHELBYVILLE, KY 40065-8401 | 10/11/2022 | 22-10760 | Revlon, Inc. | 984 | $3,742.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 160 | Matthews, Eleanor<br>2111 Walker Court<br>Phoenix City, AL 36867-7451 | 10/17/2022 | 22-10760 | Revlon, Inc. | 1086 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 161 | MCGINNITY, JAMES W<br>326 EAGLE CREEK COURT<br>EL DORADO HILLS, CA 95762-9475 | 10/05/2022 | 22-10760 | Revlon, Inc. | 820 | $113,499.00* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 162 | MCGOWAN, GERALD<br>230 CROCUS AVE<br>FLORAL PARK, NY 11001-2334 | 10/20/2022 | 22-10760 | Revlon, Inc. | 1281 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 163 | MCGUIRE, HWACHA<br>1443 CORONADO HILLS DR.<br>APT 408<br>AUSTIN, TX 78752-2975 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4174 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 164 | MEDRANO, JOHN R<br>450 NORTH ARMANDO STREET<br># E-33<br>ANAHEIM, CA 92806-3566 | 10/20/2022 | 22-10760 | Revlon, Inc. | 1405 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 165 | Middleton, Bonnie<br>Joel E. Sannes<br>1138 N. Alma School Road, Suite 101<br>Mesa, AZ 85201 | 10/24/2022 | 22-10766 | Revlon Consumer Products Corporation | 4234 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 166 | Mikal Muhammad as member of Ad Hoc Group of Retired Executives of Revlon, Inc. et al. (on behalf of themselves and certain of the Debtors' former employees)<br>Bradford Edwards & Varlack LLP<br>Denver G. Edwards, Esq.<br>12 East 49th Street, 11th Floor<br>New York, NY 10017 | 10/24/2022 | 22-10760 | Revlon, Inc. | 5424 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 167 | MILEY, MARY CARMEN<br>112 BEACH HILL LANE<br>THOMASVILLE, GA 31792-1429 | 10/21/2022 | 22-10760 | Revlon, Inc. | 1695 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 168 | Miller, Ellen M.<br>107 Cartgate Fords CLNY<br>Williamsburg, VA 23188 | 10/12/2022 | 22-10760 | Revlon, Inc. | 947 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 169 | Miller, Shona<br>10 Indee Pass<br>Secret Harbour, W.A., 6168<br>AUSTRALIA | 10/24/2022 | 22-10760 | Revlon, Inc. | 2600 | $10,000.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 170 | Mitchel-Pikstein, Ronnie F<br>6829 Heirloom Circle<br>West Bloomfield, MI 48322-4805 | 11/10/2022 | 22-10760 | Revlon, Inc. | 5468 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 171 | MORENO, BILLY C<br>7827 W. LAMAR RD.<br>GLENDALE, AZ 85303-2925 | 10/17/2022 | 22-10760 | Revlon, Inc. | 1131 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 172 | Morris, Sue<br>1 Rowan Tree Court<br>Outwood Wakefield, WF1 2DL<br>UNITED KINGDOM | 10/14/2022 | 22-10760 | Revlon, Inc. | 1036 | $25,000.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 173 | MORSE, SHELLEY<br>88 ST BRIDES ROAD<br>ABERKENFIG, CF32 9RA<br>UNITED KINGDOM | 10/18/2022 | 22-10785 | Revlon International Corporation | 1167 | $8,694.44 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 174 | Moses, Julienne<br>425 E 79th St<br>New York, NY 10075-1037 | 10/06/2022 | 22-10760 | Revlon, Inc. | 852 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 175 | Moses, Julienne<br>425 E 79th St<br>New York, NY 10075 | 10/06/2022 | 22-10760 | Revlon, Inc. | 868 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 176 | MOUNTEER, BEVERLY D<br>759 N 12TH AVE.<br>PHOENIX, AZ 85007-2325 | 10/05/2022 | 22-10760 | Revlon, Inc. | 808 | $51,150.84 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 177 | Murphy, Paul F.<br>36 Hill Road<br>Stillwater, NY 12170 | 10/26/2022 | 22-10760 | Revlon, Inc. | 3753 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 178 | NAGEL, BARBARA<br>382 PROSPECT AVE<br>DUNELLEN, NJ 08812-1528 | 10/14/2022 | 22-10760 | Revlon, Inc. | 1051 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 179 | NASH, SUSAN AUDREY<br>5 STATION CLOSE<br>PLUMPTON GREEN, BN7 3BW<br>UNITED KINGDOM | 10/18/2022 | 22-10760 | Revlon, Inc. | 1175 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 180 | NEEDHAM, M<br>WILLOW BANK<br>SAPLINGS LANE, CW6 9AE<br>UNITED KINGDOM | 10/11/2022 | 22-10785 | Revlon International Corporation | 953 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 181 | NETTINGHAM, MALCOLM<br>533 RUNYON AVE<br>PISCATAWAY, NJ 08854-4716 | 10/14/2022 | 22-10760 | Revlon, Inc. | 1055 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 182 | NEVILL, JACQUELINE<br>11 STONELEIGH DRIVE<br>BELMONT, HR2 7YZ<br>UNITED KINGDOM | 10/31/2022 | 22-10760 | Revlon, Inc. | 4976 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 183 | Newbould, Mary<br>309 Bloomingdale Avenue<br>Cranford, NJ 07016-2523 | 11/10/2022 | 22-10760 | Revlon, Inc. | 5341 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 184 | NICHOLSON, DAVID A<br>146 GRABOWSKI DR.<br>PARLIN, NJ 08859-2527 | 09/29/2022 | 22-10760 | Revlon, Inc. | 679 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 185 | NIXON, KELLY<br>10 MAUN VIEW GARDENS<br>SUTTON-IN-ASHFIELD, NG17 5HL<br>UNITED KINGDOM | 10/24/2022 | 22-10760 | Revlon, Inc. | 4415 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 186 | Oakes, Kenneth Lee<br>2731 158th Place SE<br>Mill Creek, WA 98012 | 10/23/2022 | 22-10766 | Revlon Consumer Products Corporation | 2345 | $671,062.08 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 187 | ODENBACH, KAREN S<br>8564 N SPADES RD<br>MILAN, IN 47031-9404 | 10/03/2022 | 22-10760 | Revlon, Inc. | 752 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 188 | OLSON, E. MAUREEN<br>480 WATERLEAF BLVD<br>KYLE, TX 78640-5561 | 10/19/2022 | 22-10760 | Revlon, Inc. | 1213 | $385,643.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 189 | OROZCO, ADOLPH G<br>13147 W SIERRA VISTA DR<br>GLENDALE, AZ 85307 | 12/03/2022 | 22-10760 | Revlon, Inc. | 5527 | $25,000.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 190 | Ortega, Graciela<br>42564 W. Sandpiper Drive<br>Maricopa, AZ 85138 | 10/15/2022 | 22-10760 | Revlon, Inc. | 1044 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 191 | PAGLIARO, ARLINE<br>17 SUMMERALL RD<br>SOMERSET, NJ 08873-2209 | 09/29/2022 | 22-10760 | Revlon, Inc. | 705 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 192 | PALAZZESE, STELLA<br>4253 15TH SIDEROAD<br>RR#2<br>ROCKWOOD, ON N0B 2K0<br>CANADA | 10/18/2022 | 22-10799 | Revlon Canada Inc. | 1194 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 193 | PARKER, PERRY T<br>ASPCEYMAN<br>BROWNING SMU2<br>P.O. BOX 3400<br>FLORENCE, AZ 85132 | 10/05/2022 | 22-10760 | Revlon, Inc. | 809 | $15,150.00* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 194 | Parkoff, Stephen B.<br>30 So. Adelaide Ave<br>Apt. PH-F<br>Highland Park, NJ 08904 | 07/19/2022 | 22-10760 | Revlon, Inc. | 229 | $83,425.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 195 | PARRA, DANNY E.<br>4424 N. 106TH DR.<br>PHOENIX, AZ 85037 | 10/10/2022 | 22-10760 | Revlon, Inc. | 921 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 196 | Patterson, Joan E<br>16 Duxbury Rd<br>Toms River, NJ 08757-6351 | 11/10/2022 | 22-10760 | Revlon, Inc. | 5466 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 197 | PAYNE, YOUREE L<br>2322 W 74 74TH ST<br>LOS ANGELES, CA 90043 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4243 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 198 | PENALOZA, GLORIA<br>81 LAKE VIEW BLVD<br>EDISON, NJ 08817-5421 | 10/24/2022 | 22-10760 | Revlon, Inc. | 2853 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 199 | PEPPER, WILLIAM<br>109 SCOTT DRIVE<br>ATLANTIC BEACH, NY 11509-1632 | 10/07/2022 | 22-10760 | Revlon, Inc. | 907 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 200 | PERREAULT, MARC V<br>UNIT #403<br>14820 RUE DE BAYONNE<br>CLEARWATER, FL 33762-3085 | 10/20/2022 | 22-10760 | Revlon, Inc. | 1537 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 201 | PETRONELLA, ELEANOR<br>166 NORRIS AVE<br>METUCHEN, NJ 08840-1028 | 10/05/2022 | 22-10760 | Revlon, Inc. | 826 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 202 | PIGNATARO, BEN<br>8609 SPECTRUM DR<br>MCKINNEY, TX 75072-5861 | 10/07/2022 | 22-10760 | Revlon, Inc. | 902 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 203 | POOL, MARY<br>3531 W WOOD DR<br>PHOENIX, AZ 85029-2145 | 10/06/2022 | 22-10760 | Revlon, Inc. | 881 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 204 | POWELL, BARBARA H<br>119 ELM SPRING LANE<br>SHAVANO PARK, TX 78231-1412 | 10/11/2022 | 22-10760 | Revlon, Inc. | 974 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 205 | PRICE, ROXANNA L<br>4917 S. TERRACE RD.<br>TEMPE, AZ 85282-7272 | 10/06/2022 | 22-10760 | Revlon, Inc. | 880 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 206 | RAINER, DOROTHY<br>723 RABBITTOWN RD<br>GADSDEN, AL 35905 | 10/04/2022 | 22-10760 | Revlon, Inc. | 770 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 207 | Raymond Garofano as member of Ad Hoc Group of Retired Executives of Revlon, Inc. et al. (on behalf of themselves and certain of the Debtors' former employees) Bradford Edwards & Varlack LLP Denver G. Edwards, Esq. 12 East 49th Street, 11th Floor New York, NY 10017 | 10/24/2022 | 22-10766 | Revlon Consumer Products Corporation | 5386 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 208 | REED, CORA M. 3756 HENRICO ROAD BUFFALO JUNCTION, VA 24529 | 10/20/2022 | 22-10760 | Revlon, Inc. | 1523 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 209 | RHODES, RONALD M 22 ROBIN HOOD ROAD WHITE PLAINS, NY 10605-3539 | 10/05/2022 | 22-10760 | Revlon, Inc. | 822 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 210 | RIBEIRO, MARIA 102 MOITALINA PEDREIRAS, 2480 PORTUGAL | 09/27/2022 | 22-10760 | Revlon, Inc. | 645 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 211 | Ricks, H. Timothy 685 Pole Drive Herber City, UT 84032 | 08/26/2022 | 22-10766 | Revlon Consumer Products Corporation | 504 | $1,696,197.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 212 | RODRIGUEZ, ARMIDA G<br>300-2 MACOMB BOX # 32<br>CHAPARRAL, NM 88081-7523 | 10/07/2022 | 22-10760 | Revlon, Inc. | 900 | $1,112.16 |

Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan.

| | | | | | | |
|---|---|---|---|---|---|---|
| 213 | ROMAN, JANIS<br>114 GOLF CLUB DRIVE<br>LONGWOOD, FL 32779-4663 | 10/07/2022 | 22-10760 | Revlon, Inc. | 886 | Undetermined* |

Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan.

| | | | | | | |
|---|---|---|---|---|---|---|
| 214 | ROSE, KATHLEEN<br>804 BRITTANY CT<br>NORMAN, OK 73072-4212 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4665 | Undetermined* |

Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan.

| | | | | | | |
|---|---|---|---|---|---|---|
| 215 | ROSEN, JACQUELINE H<br>585 WEST 214TH STREET<br>APT. 2G<br>NEW YORK, NY 10034-1277 | 09/26/2022 | 22-10760 | Revlon, Inc. | 653 | Undetermined* |

Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan.

| | | | | | | |
|---|---|---|---|---|---|---|
| 216 | ROTH, DAN<br>6538 ALCOVE AVENUE<br>NORTH HOLLYWOOD, CA 91606-1107 | 10/06/2022 | 22-10760 | Revlon, Inc. | 870 | $944.40 |

Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan.

| | | | | | | |
|---|---|---|---|---|---|---|
| 217 | Rowe, Kimberly<br>2248 Concord Cir<br>Harrisburg, PA 17110 | 07/21/2022 | 22-10766 | Revlon Consumer Products Corporation | 267 | $86,000.00 |

Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 218 | RUIZ, MARIA E. 318 N. DATE MESA, AZ 85201 | 10/07/2022 | 22-10760 | Revlon, Inc. | 892 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 219 | RUMSBY, ROBERT B 504 18TH AVENUE LAKE COMO, NJ 07719-3044 | 09/26/2022 | 22-10760 | Revlon, Inc. | 656 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 220 | Ryan, Donna L 104 Shayla CT Daytona Beach, FL 32119-2380 | 10/06/2022 | 22-10760 | Revlon, Inc. | 883 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 221 | SAMPSON, JUNE 54 EDIFRED ROAD BOURNEMOUTH, 8H9 3PD UNITED KINGDOM | 10/19/2022 | 22-10760 | Revlon, Inc. | 1462 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 222 | Sanchez, Wanda 3704 Buchanan Loop Rd Texarkana, TX 75501-9570 | 10/04/2022 | 22-10760 | Revlon, Inc. | 767 | $165.43 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 223 | Satterwhite, Byron M. 1300 Oxford Loop Rd. Oxford, NC 27565 | 10/24/2022 | 22-10766 | Revlon Consumer Products Corporation | 4238 | $47,411.82 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 224 | SAUTER, LUANNE<br>332 DRUMMOND STREET<br>NEVADA CITY, CA 95959-2105 | 10/17/2022 | 22-10760 | Revlon, Inc. | 1094 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 225 | SCALA, DENISE<br>146 TWILIGHT AVE<br>SOUTH AMBOY, NJ 08879-2749 | 10/11/2022 | 22-10760 | Revlon, Inc. | 971 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 226 | Scheiner, Stanley<br>44 Mullarkey Dr<br>West Orange, NJ 07052-2270 | 10/24/2022 | 22-10760 | Revlon, Inc. | 3636 | $310,000.00* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 227 | Seidman, Allyn<br>308 E 72nd st, apt 18C<br>New York, NY 10021 | 10/23/2022 | 22-10760 | Revlon, Inc. | 1847 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 228 | SHANNON, LINDA S<br>35 MILL ROAD APT 8A<br>EDIDON, NJ 08817-4833 | 10/20/2022 | 22-10760 | Revlon, Inc. | 1392 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 229 | Shaw, Peter<br>20, Spoonbill Close<br>Rest Bay<br>Mid Glamorgan, CF36 3UR<br>UNITED KINGDOM | 10/14/2022 | 22-10760 | Revlon, Inc. | 1030 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

41

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 230 | Shortal-Mulkearns, Mary<br>701 Shortal-Mulkearns<br>Pinetop, AZ 85935-7088 | 10/20/2022 | 22-10766 | Revlon Consumer Products Corporation | 1528 | Undetermined* |

Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan.

| | | | | | | |
|---|---|---|---|---|---|---|
| 231 | SHUBAK, MARTINA E<br>106 KEATS AVE<br>TOMS RIVER, NJ 08753-6930 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4172 | Undetermined* |

Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan.

| | | | | | | |
|---|---|---|---|---|---|---|
| 232 | SIMPSON, ELIZABETH<br>12 WIMBRICK HEY<br>MORETON, WIRRAL, CH46 9RU<br>UNITED KINGDOM | 10/24/2022 | 22-10760 | Revlon, Inc. | 4979 | Undetermined* |

Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan.

| | | | | | | |
|---|---|---|---|---|---|---|
| 233 | Sinclair, Rose Ann<br>1204 S. Broad St. #189<br>Brooksville, FL 34601-3132 | 10/23/2022 | 22-10760 | Revlon, Inc. | 2162 | Undetermined* |

Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan.

| | | | | | | |
|---|---|---|---|---|---|---|
| 234 | SOLTYS, BARBARA A<br>59 BELAIRE COURT<br>MATAWAN, NJ 07747-1121 | 09/26/2022 | 22-10760 | Revlon, Inc. | 648 | Undetermined* |

Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan.

| | | | | | | |
|---|---|---|---|---|---|---|
| 235 | SOYARS, JIMMIE<br>313 LOMBARDY STREET<br>SOUTH HILL, VA 23970-2715 | 10/24/2022 | 22-10760 | Revlon, Inc. | 3556 | Undetermined* |

Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan.

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 236 | SPIEL, ROBERT<br>2 WHITE BIRCH LANE<br>SCARSDALE, NY 10583-7635 | 10/17/2022 | 22-10766 | Revlon Consumer Products Corporation | 1083 | Undetermined* |

Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan.

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 237 | SPRAGUE, DIANNE M<br>12 STEVENSON RD.<br>KITTERY, ME 03904-5541 | 10/31/2022 | 22-10760 | Revlon, Inc. | 4977 | Undetermined* |

Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan.

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 238 | STAGGS, CHARLOTTE P<br>306 S. 7TH STREET<br>APT #405<br>BUCKEYE, AZ 85326-2918 | 10/17/2022 | 22-10760 | Revlon, Inc. | 1155 | Undetermined* |

Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan.

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 239 | STEPHENS, GEORENE D<br>110 N. GUNTER ST.<br>SILOAM SPRINGS, AR 72761-2838 | 10/04/2022 | 22-10760 | Revlon, Inc. | 837 | $87,866.40* |

Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan.

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 240 | Story, Edmund W<br>3 Midland Drive<br>Great Meadows, NJ 07838-2215 | 09/30/2022 | 22-10760 | Revlon, Inc. | 711 | Undetermined* |

Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan.

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 241 | Sutman, Joseph<br>1203 Coventry Dr.<br>Thousand Oaks, CA 91360-5218 | 10/06/2022 | 22-10760 | Revlon, Inc. | 866 | Undetermined* |

Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan.

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|------|-----------|--------|---------------------|---------|--------------|
| 242  Tanner, Shirley<br>1037 Chalk Rd<br>Wake Forest, NC 27587-9148 | 10/25/2022 | 22-10760 | Revlon, Inc. | 4326 | Undetermined* |
| Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. |||||| 
| 243  Tauber, George R.<br>2531 Windsor Way Court<br>Wellington, FL 33414-7036 | 10/24/2022 | 22-10766 | Revlon Consumer Products Corporation | 4302 | $500,000.00 |
| Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. ||||||
| 244  Thompson, Allan<br>Friday House<br>Square Drive<br>Haslemere, GU27 3LW | 10/21/2022 | 22-10785 | Revlon International Corporation | 1490 | $84,288.05 |
| Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. ||||||
| 245  THORNBRUGH, PATRICIA E<br>921 N 44TH CIRCLE<br>SHOW LOW, AZ 85901-3152 | 10/13/2022 | 22-10760 | Revlon, Inc. | 1016 | Undetermined* |
| Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. ||||||
| 246  TROMP, CYNTHIA B.<br>1970 LONGMILL ROAD<br>YOUNGSVILLE, NC 27596 | 10/05/2022 | 22-10760 | Revlon, Inc. | 823 | $18,844.70 |
| Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. ||||||
| 247  TSAKON, IOANNIS<br>147 CHESTNUT AVE.<br>ATLANTIC HIGHLANDS, NJ 07716 | 10/11/2022 | 22-10760 | Revlon, Inc. | 932 | Undetermined* |
| Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. ||||||

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 248 | Turner, Sanora<br>27 Hastings Drive<br>Wainfleet All Saints<br>Lincolnshire, PE24 4PX<br>UNITED KINGDOM | 10/14/2022 | 22-10760 | Revlon, Inc. | 1049 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 249 | VACCHIO, KAREN<br>29 ANITA AVE<br>SYOSSET, NY 11791-2603 | 10/22/2022 | 22-10766 | Revlon Consumer Products Corporation | 2154 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 250 | Vallier, Herbert Joseph<br>8440 Eustis Farm Lane<br>Cincinnati, OH 45243 | 10/10/2022 | 22-10766 | Revlon Consumer Products Corporation | 889 | $54,435.50 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 251 | VENEGAS, CHRISTINA<br>1517 E. CYPRESS STREET<br>PHOENIX, AZ 85006-1730 | 10/17/2022 | 22-10760 | Revlon, Inc. | 1095 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 252 | Victor, Mark L<br>184 E. Bayview Circle<br>Saratoga Spring, UT 84045-4710 | 11/22/2022 | 22-10760 | Revlon, Inc. | 5505 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 253 | VILLAREAL, ERLINDA  P.<br>3885 SALMON RIVER LANE<br>ONTARIO, CA 91761-0213 | 10/22/2022 | 22-10760 | Revlon, Inc. | 1865 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 254 | WADE, MATTHEW<br>6414 E GRANDVIEW DR<br>SCOTTSDALE, AZ 85254-1441 | 10/24/2022 | 22-10779 | Roux Properties Jacksonville, LLC | 4442 | $44,881.68 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 255 | WAHN, STANLEY<br>8730 62ND RD<br>REGO PARK, NY 11374-2732 | 07/15/2022 | 22-10760 | Revlon, Inc. | 220 | $3,048.24* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 256 | WALTON, ANGELA K.<br>P.O. BOX 880<br>CASHION, AZ 85329 | 10/05/2022 | 22-10760 | Revlon, Inc. | 815 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 257 | WARDLAW, JIMMY C<br>4083 OAKBEND DR<br>MEMPHIS, TN 38115-6401 | 10/04/2022 | 22-10760 | Revlon, Inc. | 769 | $10,000.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 258 | WASHINGTON, ELLEN E<br>208 OLIVIO DRIVE<br>BELLEVILLE, NJ 07109-5352 | 10/06/2022 | 22-10760 | Revlon, Inc. | 878 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 259 | WELLS, HELEN M.<br>2367 CHUCK ROAD<br>JACKSONVILLE, FL 32221-1967 | 10/11/2022 | 22-10760 | Revlon, Inc. | 939 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 260 | WEST, WILLIAM T.<br>175 GLEBE RD<br>HENDERSON, NC 27537-6331 | 10/24/2022 | 22-10760 | Revlon, Inc. | 4536 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 261 | Whiterock, Carol<br>P.O. Box 97564<br>Phoenix, AZ 85060-7564 | 10/14/2022 | 22-10760 | Revlon, Inc. | 1038 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 262 | WICKHAM, DENISE<br>22 MAPLE DRIVE<br>WEST SUSSEX, RH15 8AW<br>UNITED KINGDOM | 10/24/2022 | 22-10760 | Revlon, Inc. | 3676 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 263 | WILCHA, GEORGE<br>12 BOULEVARD DRIVE<br>HICKSVILLE, NY 11801 | 09/28/2022 | 22-10760 | Revlon, Inc. | 687 | $15,158.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 264 | WILKINSON, DJ<br>27 HOLM CLOSE<br>HAMPSHIRE<br>RINGWOOD, BH24 1TD<br>UNITED KINGDOM | 10/14/2022 | 22-10760 | Revlon, Inc. | 1068 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Revlon, Inc. Case No. 22-10760
Fourth Omnibus Claims Objection
Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 265 | WILLIAMS, GARY<br>DOUBLE BARN COTTAGE<br>WEST SUSSEX<br>CLAY LANE, PO18 8AB<br>UNITED KINGDOM | 10/17/2022 | 22-10760 | Revlon, Inc. | 1130 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 266 | Winoker, Laurence<br>23 Elm Street<br>Woodbury, NY 11797 | 08/22/2022 | 22-10766 | Revlon Consumer Products Corporation | 484 | $93,555.24 |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 267 | Wolf, Barbara<br>1731 Beacon Street, Apt 514<br>Brookline, MA 02445-5325 | 10/17/2022 | 22-10766 | Revlon Consumer Products Corporation | 1099 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 268 | Woods, James Drew<br>1348 E Woods Lane<br>Pearce, AZ 85625 | 10/19/2022 | 22-10760 | Revlon, Inc. | 1306 | $50,000.00 |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 269 | WROBLESKI, JUDITH L<br>3202 CEDAR VILLAGE BLVD<br>EAST BRUNSWICK, NJ 08816-1387 | 10/04/2022 | 22-10760 | Revlon, Inc. | 839 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 270 | YANCEY, EDWARD P.<br>378 ONE MILE ROAD<br>BUFFALO JUNCTION, VA 24529-4606 | 09/30/2022 | 22-10760 | Revlon, Inc. | 699 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan. The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

48

# Revlon, Inc. Case No. 22-10760
## Fourth Omnibus Claims Objection
## Schedule 5 - Flow-Through Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 271 | Yip, Thomas<br>2240 Oakley Green Dr.<br>Sun City Center, FL 33573 | 10/12/2022 | 22-10760 | Revlon, Inc. | 976 | $172,881.93 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 272 | ZAPPETTI, CAROL ANN<br>8 LABAW DR<br>CRANBURY, NJ 08512-2750 | 10/19/2022 | 22-10760 | Revlon, Inc. | 1307 | Undetermined* |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| 273 | ZIELINSKI TIRSCH, JADZIA<br>334 HIGHBROOK AVENUE<br>PELHAM, NY 10803 | 10/23/2022 | 22-10766 | Revlon Consumer Products Corporation | 2557 | $945,806.40 |
| | Reason: Claim was filed on account of a Qualified Pension Plan.  The Qualified Pension Plans have been assumed by the Debtors under the Plan. | | | | | |
| | | | | | TOTAL | $22,766,983.64* |

*Indicates claim contains unliquidated and/or undetermined amounts

## **Exhibit B**

**Behnke Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| RML, LLC[1] | ) |
| | ) Case No. 22-10784 (DSJ) |
| Reorganized Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |

**DECLARATION OF THOMAS BEHNKE IN SUPPORT OF REORGANIZED
DEBTORS' FOURTH OMNIBUS OBJECTION TO INCORRECT PRIORITY CLAIMS,
LATE-FILED NO LIABILITY EQUITY INTEREST, INSUFFICIENT
DOCUMENTATION CLAIMS, SATISFIED CONTRACT CURE CLAIMS, AND FLOW-
THROUGH CLAIMS**

I, Thomas Behnke, declare under penalty of perjury:

1.      I am a Managing Director at Alvarez & Marsal North America, LLC ("A&M").

Revlon, Inc. and its affiliates (collectively, before the effective date of their chapter 11 plan of

reorganization, the "Debtors" and after the effective date of their plan of reorganization,

the "Reorganized Debtors") retained A&M and its subsidiaries, affiliates, agents, and independent

contractors as financial advisors in connection with the above-captioned chapter 11 cases.

2.      As part of my current position, I am responsible for assisting the Reorganized

Debtors with certain claims management and reconciliation matters.  I am generally familiar with

the Reorganized Debtors' day-to-day operations, financing arrangements, business affairs, and

---

[1]      On May 30, 2023, the Court entered the *Order (I) Consolidating Remaining Matters Under the Remaining Case, (II) Entering Final Decree Closing Certain of the Chapter 11 Cases, (III) Changing the Case Caption of the Remaining Case, and (IV) Granting Related Relief* [Docket No. 1920], closing the affiliated chapter 11 cases and directing that all motions, notices, and other pleadings related to any of the affiliated debtors be filed in this case. The location of RML, LLC's service address for purposes of these Chapter 11 Cases is:  55 Water St., 43rd Floor, New York, NY 10041-0004.

books and records that reflect, among other things, the Reorganized Debtors' liabilities and amounts thereof owed to their creditors as of the Petition Date.

3.      I have read the *Reorganized Debtors' Fourth Omnibus Objection to Incorrect Priority Claims, Late-Filed No Liability Equity Interest, Insufficient Documentation Claims, Satisfied Contract Cure Claims, and Flow-Through Claims* (the "Objection") filed contemporaneously herewith and am, directly or indirectly through the Reorganized Debtors' advisors and personnel, familiar with the information contained therein and the schedules attached thereto.[2]

4.      I am authorized to submit this declaration (the "Behnke Declaration") in support of the Objection.  All matters set forth in this Declaration are based on (a) my personal knowledge, (b) my review of relevant documents, (c) my view based on my experience and knowledge of the Debtors and the Debtors' operations, books and records, and personnel, (d) information that the Debtors, Reorganized Debtors, and others supplied to me at the Debtors' or Reorganized Debtors' request, or (e) as to matters involving bankruptcy law or rules or other applicable laws, my reliance on the advice of counsel or other advisors to the Reorganized Debtors.  If called upon to testify, I could and would testify competently to the facts set forth herein.

5.      I believe to the best of my knowledge and experience and based on information that I have been able to ascertain after reasonable inquiry that considerable time and resources have been expended to ensure a high level of diligence in reviewing and reconciling the proofs of claim filed against the Debtors in these chapter 11 cases.

---

[2]     Capitalized terms used in this Behnke Declaration and not defined have the meanings given to such terms elsewhere in the Objection.

**A.      Incorrect Priority Claims**

6.      The Reorganized Debtors and A&M have thoroughly reviewed the Incorrect Priority Claims and the supporting documentation, if any, thereto.  The Reorganized Debtors and A&M have determined that the proofs of claim listed on Schedule 1 to the Order do not accurately reflect the correct priority status for each proof of claim, according to the Debtors' books and records.  Thus, I believe that modification of the Incorrect Priority Claims on the terms set forth in Schedule 1 to the Order is appropriate.

**B.      Late-Filed No Liability Equity Interest**

7.      The Reorganized Debtors and A&M have thoroughly reviewed the Late-Filed No Liability Equity Interest and the supporting documentation, if any, thereto.  The Reorganized Debtors and A&M have determined that the proof of claim listed on Schedule 2 to the Order was filed on account of a purported prepetition interest but was not timely received by Kroll by the General Bar Date.  Consequently, the Late-Filed No Liability Equity Interest fails to satisfy the requirements for a proof of claim under the Bar Date Order.  Furthermore, the Late-Filed No Liability Equity Interest was filed solely on account of asserted ownership of an equity interest in the Debtors rather than on account of a "claim" (as that term is defined by section 101(5) of the Bankruptcy Code) against one or more of the Debtors.  Thus, I believe the Late-Filed No Liability Equity Interest should be disallowed and expunged in its entirety.

**C.      Insufficient Documentations Claims**

8.      The Reorganized Debtors and A&M have thoroughly reviewed the Insufficient Documentation Claims and the supporting documentation, if any, thereto.   After making reasonable efforts to research the claims, the Reorganized Debtors and A&M have determined that the proofs of claim listed on Schedule 3 to the Order cannot be reconciled with the Debtors' books

3

and records because such books and records reflect no outstanding liability on the grounds asserted in the Insufficient Documentation Claims. In addition, the Insufficient Documentation Claims do not include or lack adequate information and/or documentation to support a claim against the Debtors. Consequently, the Insufficient Documentation Claims fail to satisfy the requirements for a valid proof of claim. As such, Insufficient Documentation Claims are unenforceable against the Reorganized Debtors. Thus, I believe the Insufficient Documentation Claims should be disallowed and expunged in their entirety.

### D. Satisfied Contract Cure Claims

9.     The Reorganized Debtors and A&M have thoroughly reviewed the Satisfied Contract Cure Claims and the supporting documentation, if any, thereto. The Reorganized Debtors and A&M have determined that the proofs of claim listed on <u>Schedule 4</u> to the Order were filed on account of claims that have been paid in full by the Reorganized Debtors by payment of the applicable Cure Claim (as defined in the Plan). The Reorganized Debtors do not owe any supplemental or additional amounts on account of the Satisfied Contract Cure Claims. Thus, I believe the Satisfied Contract Cure Claims should be disallowed and expunged in their entirety.

### E. Flow-Through Claims

10.    The Reorganized Debtors and A&M have thoroughly reviewed the Flow-Through Claims and the supporting documentation, if any, thereto. The Reorganized Debtors and A&M have determined that the proofs of claim listed on <u>Schedule 5</u> to the Order were filed on account of a pension obligation purportedly owed under a Qualified Pension Plan. The Debtors have assumed the Qualified Pension Plans under the Plan. Thus, I believe the Flow-Through Claims should be disallowed and expunged in their entirety.

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 16, 2023

*/s/ Thomas Behnke*
Name: Thomas Behnke
Title: Managing Director
Alvarez & Marsal North America, LLC