# EXHIBIT "J"



# INVOICE

**Tinuiti, Inc.**
, ,

INVOICE #: INV62165
DATE: 05/31/2023

**BILL TO**
Revlon Consumer Products, LLC
Lianna Rodriguez
55 Water Street
Vendor Number: 2039021
New York, NY 10041-0004
United States

| PURCHASE ORDER # | REFERENCE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
|  | PO 876557 | Net 45 | 07/15/2023 |

| ITEM DESCRIPTION | MEMO | LINE TOTAL |
|---|---|---|
| May 2023 Paid Search Fees ($140,606.30 X 4% ) |  | $5,624.25 |
| May 2023 Paid Social Fees ($172,819.69 X 4% ) |  | $6,912.79 |
| May 2023 Shoppable Media Fees ($50,717.84 X 4% ) |  | $2,028.71 |
|  | Subtotal | $14,565.75 |
|  | Total | $14,565.75 |
|  | Payments/Credits Applied | $0.00 USD |
|  | **Total Due** | **$14,565.75 USD** |

**Details**

Make all checks payable to - Tinuiti, Inc.
P.O. Box 28415
New York, NY 10087-8415

ACH/WIRE Transfer Instructions
**Remit to Bank Name:** TEXAS CAPITAL BANK
**Bank Address:** 2350 Lakeside Blvd. Suite 800, Richardson, TX  75082
**Account Holder Name:** TINUITI
**Account Number:**
**Routing Number:**
**SWIFT Code:**  (International)
*Please include your account name and invoice number.*
**Tax ID:** 9772

**THANK YOU FOR YOUR BUSINESS**




**Tinuiti, Inc.**
, ,

INVOICE #: **INV62258**
DATE: **05/31/2023**

**BILL TO**
Revlon Consumer Products, LLC
Lianna Rodriguez
55 Water Street
Vendor Number: 2039021
New York, NY 10041-0004
United States

| PURCHASE ORDER # | REFERENCE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
|  | PO 876557 | Net 45 | 07/15/2023 |

| ITEM DESCRIPTION | MEMO | LINE TOTAL |
|---|---|---|
| May 2023 Affiliate Base Fees |  | $10,000.00 |
| May 2023 Affiliate Fees ($2,974,686.38 X .8% ) |  | $23,797.49 |

|  |  |
|---|---|
| Subtotal | $33,797.49 |
| Total | $33,797.49 |
| Payments/Credits Applied | $0.00 USD |
| **Total Due** | **$33,797.49 USD** |

| Details |
|---|
|  |

Make all checks payable to - Tinuiti, Inc.
P.O. Box 28415
New York, NY 10087-8415

ACH/WIRE Transfer Instructions
**Remit to Bank Name:** TEXAS CAPITAL BANK
**Bank Address:** 2350 Lakeside Blvd. Suite 800, Richardson, TX  75082
**Account Holder Name:** TINUITI
**Account Number:**
**Routing Number:**
**SWIFT Code:** (International)
*Please include your account name and invoice number.*
**Tax ID:** 9772

THANK YOU FOR YOUR BUSINESS





**Tinuiti, Inc.**
, ,

INVOICE #: INV62156
DATE: 05/31/2023

**BILL TO**
Revlon Consumer Products, LLC
Lianna Rodriguez
55 Water Street
Vendor Number: 2039021
New York, NY 10041-0004
United States

| PURCHASE ORDER # | REFERENCE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
|  | PO 876557 | Net 45 | 07/15/2023 |

| ITEM DESCRIPTION | MEMO | LINE TOTAL |
|---|---|---|
| May 2023 Base Fees |  | $35,000.00 |

| | | |
|---|---|---|
| | Subtotal | $35,000.00 |
| | Total | $35,000.00 |
| | Payments/Credits Applied | $0.00 USD |
| | **Total Due** | **$35,000.00 USD** |

Details

Make all checks payable to - Tinuiti, Inc.
P.O. Box 28415
New York, NY 10087-8415

**ACH/WIRE Transfer Instructions**
**Remit to Bank Name:** TEXAS CAPITAL BANK
**Bank Address:** 2350 Lakeside Blvd. Suite 800, Richardson, TX  75082
**Account Holder Name:** TINUITI
**Account Number:** ████████
**Routing Number:** ████████
**SWIFT Code:** ████████ (International)
*Please include your account name and invoice number.*
**Tax ID:** ████9772

THANK YOU FOR YOUR BUSINESS