Paul M. Basta
Alice Belisle Eaton
Robert A. Britton
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RML, LLC[1] | ) | Case No. 22-10784 (DSJ) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |

**NOTICE OF ADJOURNMENT REGARDING MOTIONS BY RAMBOLL AMERICAS ENGINEERING SOLUTIONS, INC. AND WESTROCK COMPANY FOR ADMINISTRATIVE EXPENSE CLAIMS**

**PLEASE TAKE NOTICE** that on June 1, 2023, Ramboll Americas Engineering Solutions, Inc., through undersigned counsel Faegre Drinker Biddle & Reath LLP ("Ramboll"), filed the *Motion of Ramboll Americas Engineering Solutions, Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(a) and (b)(1)(A)* [Docket No. 62] (the "Ramboll Motion") and WestRock Company, through undersigned counsel Whiteford, Taylor & Preston LLP ("WestRock" and together with Ramboll, the "Movants"), filed the *WestRock Company's Motion for Allowance and Payment of Administrative Expense Claim* [Docket No. 65] (the "WestRock Motion" and together with the Ramboll Motion, the "Motions").

**PLEASE TAKE FURTHER NOTICE** that on June 22, 2023, the above-captioned reorganized debtor and its reorganized affiliates (together, the "Reorganized Debtors") and the

---

[1] On May 30, 2023, the Court entered the *Order (I) Consolidating Remaining Matters Under the Remaining Case, (II) Entering Final Decree Closing Certain of the Chapter 11 Cases, (III) Changing the Case Caption of the Remaining Case, and (IV) Granting Related Relief*, *In re Revlon, Inc., et al.*, No. 22-10760 (DSJ) [Docket No. 1920], closing the affiliated chapter 11 cases and directing that all motions, notices, and other pleadings related to any of the affiliated debtors be filed in this case. The location of RML, LLC's service address for purposes of these Chapter 11 Cases is: 55 Water St., 43rd Floor, New York, NY 10041-0004.

Movants filed the *Notice of Adjournment Regarding Motions by Ramboll Americas Engineering Solutions, Inc. and WestRock Company for Administrative Expense Claims* [Docket No. 237].

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors and the Movants have agreed to adjourn the hearing to consider the Motions, previously scheduled to be held on August 29, 2023, at 10:00 a.m. (prevailing Eastern Time) to **September 27, 2023, at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Revised Order (A) Establishing Certain Notice, Case Management, and Administrative Procedures and (B) Granting Related Relief*, *In re Revlon, Inc.,* et al., No. 22-10760 (DSJ) [Docket No. 279] (the "Case Management Order"), any Objection to the relief requested in the Motions shall be filed with the Court and served upon the parties on the Service List so as to be actually received by **September 20, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted remotely via Zoom for Government. Parties wishing to appear at the Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://www.nysb.uscourts.gov/content/judge-david-s-jones) no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Hearing must submit electronic appearances through the Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading identified above can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Reorganized Debtors' proposed notice and claims agent, Kroll (the "Claims Agent"), at https://cases.ra.kroll.com/revlon/ or by calling (855) 631-5341 (toll free) for U.S. and Canada-based parties or +1 (646) 795-6968 for international parties. Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE that *your rights may be affected*. You should read the Motions carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult with one.**

[*Remainder of page intentionally left blank.*]

Dated: August 22, 2023
New York, NY

| | |
|---|---|
| */s/ Robert A. Britton* | */s/ Kenneth M. Lewis* |
| Paul M. Basta | Kenneth M. Lewis |
| Alice Belisle Eaton | Paul M. Nussbaum |
| Robert A. Britton | **WHITEFORD, TAYLOR & PRESTON LLP** |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | 444 Madison Avenue, 4th Floor |
| New York, NY 10019 | New York, NY 10022 |
| Telephone: (212) 373-3000 | (914) 761-8400 |
| Facsimile: (212) 757-3990 | klewis@whitefordlaw.com |
| pbasta@paulweiss.com | pnussbaum@whitefordlaw.com |
| aeaton@paulweiss.com | |
| rbritton@paulweiss.com | -and- |

*Counsel to the Reorganized Debtors*

*/s/ Alexandra DeSimone*

Bradford F. Englander (admitted *pro hac vice*)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON LLP**
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
(703) 280-9260
benglander@whitefordlaw.com
adesimone@whitefordlaw.com

*/s/ Brian P. Morgan*

Brian P. Morgan
**FAEGRE DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
E-mail: brian.morgan@faegredrinker.com

*Attorneys for WestRock Company*

*Counsel for Ramboll Americas Engineering Solutions, Inc.*