UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re:                                                   :
                                                         :  Chapter 11
RML, LLC, *et al.*,                                      :
                                                         :  Case No. 22-10784-dsj
                    Debtors.                             :
-------------------------------------------------------- x
Old Revco GUC Liquidating Trust,                         :
                                                         :   Adv. No. 42-01310-dsj
                    Plaintiff,                           :
v.                                                       :
                                                         :
Tinuiti, Inc.,                                           :
                                                         :
                    Defendant.                           :
-------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, D. Alexander Barnes, request admission, *pro hac vice*, before the Honorable David S. Jones, to represent Tinuiti, Inc., a creditor in the main case and defendant in the above-referenced adversary proceeding.

*I certify that I am a member in good standing* of the bars of the Commonwealth of Pennsylvania, the State of New Jersey, U.S. District Court for the District of Arizona, U.S. District Court for the District of New Jersey, U.S. District Court for the Eastern District of Pennsylvania, U.S. District Court for the Middle District of Pennsylvania, U.S. District Court for the Western District of Pennsylvania, U.S. District Court for the Eastern District of Wisconsin, U.S. Court of Appeals for the Third Circuit, and the U.S. Supreme Court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 23, 2024
Philadelphia, PA                                    */s/ D. Alexander Barnes*

                                                    *Mailing Address*:

                                                    Centre Square West
                                                    1500 Market Street, Suite 3400
                                                    Philadelphia, PA 19102
                                                    *E-mail address*:
                                                    alexander.barnes@obermayer.com
                                                    *Telephone number*: 215-665-3184

4862-9812-5752 v1