**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| RML, LLC[1] | ) Case No. 22-10784 (DSJ) |
| Reorganized Debtor. | ) |
| Tax I.D. No. N/A | ) |

**ORDER GRANTING REORGANIZED DEBTORS' SECOND OMNIBUS MOTION TO ENFORCE PLAN INJUNCTION AND CONFIRMATION ORDER**

Upon the motion (the "Motion")[2] of the above-captioned reorganized debtors (before the effective date of their chapter 11 plan of reorganization, the "Debtors" and after the effective date of their plan of reorganization, the "Reorganized Debtors") for entry of an order (this "Order") enforcing the discharge and injunction provisions of the Plan and Confirmation Order and pursuant to sections 105(d), 524, and 1141 of the Bankruptcy Code, Bankruptcy Rules 1015(c), 3020(d) and 9007, Articles X.B and X.G of the Plan, and paragraphs 140 and 145 of the Confirmation Order, all as more fully set forth in the Motion; and upon the Abbot Declaration; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012; and this Court having found that it may enter a final

---

[1] On May 30, 2023, the Court entered the *Order (I) Consolidating the Administration of the Remaining Matters at the Remaining Case, (II) Entering a Final Decree Closing the Affiliate Cases, (III) Changing the Case Caption of the Remaining Case, and (IV) Granting Related Relief*, In re Revlon, Inc., et al., No. 22-10760 (DSJ) [Docket No. 1920], closing the affiliated chapter 11 cases and directing that all motions, notices, and other pleadings related to any of the affiliated debtors be filed in this case. Items filed on the docket of *In re RML, LLC*, shall be identified as "RML Docket No. [●]." The location of RML, LLC's service address for purposes of these Chapter 11 Cases is: 55 Water St., 43rd Floor, New York, NY 10041-0004.

[2] Capitalized terms used in this Order and not immediately defined have the meanings given to such terms in the Motion.

1

order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that the relief requested in the Motion is in the best interests of the Reorganized Debtors, their estates, their creditors, and other parties in interest; and this Court having found that the Reorganized Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of and against the relief requested therein at a hearing before this Court on June 27, 2024 (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and this Court having overruled all objections to the relief requested in the Motion for the reasons set forth in the *Decision on Reorganized Debtors' Second Omnibus Motion to Enforce the Plan Injunction* [Docket No. 1107] (the "Decision"); and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein for the reasons set forth in the Decision.

2. No later than fourteen days after the Reorganized Debtors have filed an Enforcement Order Notice in such Plaintiff's Noncompliant Pending Action, each Plaintiff listed in **Annex 1** attached hereto shall take all appropriate actions to dismiss their Noncompliant Pending Actions against the Debtors and/or Reorganized Debtors within such fourteen-day period. The Reorganized Debtors shall provide each Plaintiff listed in **Annex 1** attached hereto with a proposed form of notice of dismissal, stipulation of dismissal, or other documentation or pleadings sufficient for each such Plaintiff to customize, as applicable, and dismiss their complaint, along

with directions explaining the steps Plaintiffs must take to customize and file such documentation or pleadings or otherwise effectuate a dismissal of their complaint in compliance with this Order.

3. If a Plaintiff fails to take all appropriate actions to dismiss their Noncompliant Pending Action against the Debtors and/or Reorganized Debtors within such fourteen-day period, this Court, upon further motion of the Reorganized Debtors, to which any affected individual may object or otherwise respond, may issue an order holding such Plaintiff in contempt of the Court for violating the terms of this Order and the Plan Injunction by virtue of such Plaintiff's actions in violation of the Plan and Confirmation Order.

4. In connection with any contempt proceeding against a Plaintiff, the Reorganized Debtors shall be permitted to seek sanctions upon further motion in this Court for reasonable fees and costs incurred by the Reorganized Debtors after the date of this Order in connection with this matter.

5. The Reorganized Debtors are authorized to take any and all actions reasonably necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Motion, including authorization to file a notice in a form substantially similar to that attached hereto as **Annex 2** (the "Enforcement Order Notice") in each Noncompliant Pending Action, which notice shall include a description of this Order, the applicable Noncompliant Pending Action subject to this Order that remains pending, and the Reorganized Debtors' ability to seek sanctions in the event that a Plaintiff in a Noncompliant Pending Action fails to dismiss the Debtors and/or Reorganized Debtors as defendants in the Noncompliant Pending Action within fourteen days of filing of the Enforcement Order Notice.

6. ~~Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.~~ **[DSJ 8/14/2024]**

7. All objections to the Motion or the relief requested therein that have not been withdrawn, waived, or settled, and all reservations of rights included therein, are overruled on the merits.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
      August 14, 2024

                                              *s/ David S. Jones*
                                         HONORABLE DAVID S. JONES
                                         UNITED STATES BANKRUPTCY JUDGE

**Annex 1**

**Table of Noncompliant Pending Actions**

**Noncompliant Pending Actions**

| Last Name of Plaintiff | First Name of Plaintiff | Counsel of Record | Case Caption | Court | Case Number | Date of Complaint or Amended Complaint adding Revlon | Date of Correspondence Requesting Dismissal |
|---|---|---|---|---|---|---|---|
| Adams | Sheri | The Lanier Law Firm PLLC | Sheri Adams v. Alberto-Culver USA Inc., et al., | New York County Supreme Court, New York | 190233/2023 | 9/20/2023 | 9/29/2023 |
| Alarcon | Carmen | Kazan, McClain, Satterley & Greenwood | Carmen Alarcon and Francisco Alarcon v. Vanderbilt Minerals, LLC, sued individually, as alter-ego of, and as successor-in-interest to R.T. Vanderbilt Company, Inc. and International Talc Company, Inc., et al. | Superior Court of the State of California – County of Alameda | 24CV064411 | 2/16/2024 | 3/12/2024 |
| Amerosa | Elaine | Maune Raichle Hartley French & Mudd, LLC | Elaine M. Amerosa v. Amerilure Inc., et al | Oneida County Supreme Court, New York | EFCA2023-002100 | 8/21/2023 | 10/3/2023 |
| Andoe | Howard G. | Maune Raichle Hartley French & Mudd, LLC | Margaret J. Andoe, etc., Todd Andoe and Eric Andoe vs. Avon Products, Inc., Clark Construction Group LLC, etc., et al. | Superior Court of the State of California – County of Alameda | 24CV073820 | 4/30/2024 | 5/9/2024 |
| Bell | Judy Kay (Est) | Meirowitz & Wasserberg, LLP | Scott Bell, as Personal Representative for the Estate of Judy Kay Bell vs. Almay, Inc., et al. | New York County Supreme Court, New York | 190090/2024 | 3/25/2024 | 4/3/2024 |
| Betts | Susan | Simon Greenstone Panatier, P.C. | Susan Betts vs. Christian Dior, Inc., et al. | New York County Supreme Court, New York | 190119/2024 | 4/18/2024 | 4/23/2024 |
| Buitrago | Agatha | Meirowitz & Wasserberg, LLP | Agatha Buitrago and Antonio Buitrago v. ACME Markets, Inc., et. al. | New York County Supreme Court, New York | 190279/2023 | 10/19/2023 | 10/24/2023 |

| Last Name of Plaintiff | First Name of Plaintiff | Counsel of Record | Case Caption | Court | Case Number | Date of Complaint or Amended Complaint adding Revlon | Date of Correspondence Requesting Dismissal |
|---|---|---|---|---|---|---|---|
| Clawson | Linda | Meirowitz & Wasserberg, LLP | Linda Clawson and Billy Clawson v. Avon Products, Inc., et al. | New York County Supreme Court, New York | 190157/2023 | 5/26/2023 | 7/11/2023 |
| Cline | Susan | Dean Omar Branham Shirley, LLP | Susan Cline and Patrick Cline vs. Acme Markets, Inc., et al. | Court of Common Pleas of Allegheny County, Pennsylvania | 23-012897 | 11/30/2023 | 12/1/2023 |
| Craft | Cherie | Dean Omar Branham Shirley, LLP - Brown Kiely LLP | Cherie A. Craft v. Ahold Delhaize USA, Inc., et al. | Baltimore City Circuit Court, Maryland | 24-X-24-000005 | 3/15/2024 | 4/3/2024 |
| Daher | Joyce (Dec) | Karst & von Oiste, LLP – Menges Law Firm | Michael R. Peacock, etc. v. Avon Products, Inc., et al., | City of St Louis 22nd Judicial Circuit Court, Missouri | 2322-CC00162 | 8/25/2023 | 9/11/2023 |
| Delgado | Ana | Karst & von Oiste, LLP – Menges Law Firm | Ana M. Delgado v. Avon Products, et al. | Circuit Court of St. Clair County, Illinois | 24-LA-0282 | 2/20/2024 | 3/6/2024 |
| Dobbs | Sheryl | Weitz & Luxenberg, P.C. | Sheryl Dobbs v. Avon Products, Inc., et al. | Middlesex County Superior Court, New Jersey | MID-L-2426-24 AS | 4/23/2024 | 4/26/2024 |
| Elacqua | Ann Marie | Simmons Hanly Conroy | Ann Marie Elacqua and, Michael Joseph Kaminsky, her husband v. Avon Products, Inc., et al. | New York Supreme Court, County of Rensselaer | EF2023-275144 | 10/13/2023 | 10/19/2023 |
| Evans | Dolores | Kazan, McClain, Satterley & Greenwood | Chrystal Evans-Bowman, individually and as successor-in-interest to Dolores Evans v. Johnson & Johnson, et. al. | Superior Court of the State of California – County of Alameda | 23CV043499 | 11/8/2023 | 11/16/2023 |

2

| Last Name of Plaintiff | First Name of Plaintiff | Counsel of Record | Case Caption | Court | Case Number | Date of Complaint or Amended Complaint adding Revlon | Date of Correspondence Requesting Dismissal |
|---|---|---|---|---|---|---|---|
| Ferris | Julie | Meirowitz & Wasserberg, LLP | Julie Ferris vs. Avon Products, Inc., et al. | New York County Supreme Court, New York | 190008/2024 | 2/5/2024 | 3/8/2024 |
| Fisher | Cynthia | Rebecca Vinocur, P.A. | Cynthia Fisher, et al. vs. American International Industries Individually and as successor in interest to Pinaud, Inc. etc., et al | Broward County 17th Judicial Circuit Court, Florida | 24-0005907 CA27 | 4/26/2024 | 5/22/2024 |
| Forslund | Carla | Simon Greenstone Panatier, P.C. | Carla Forslund and Blake Forslund vs. Charles B. Chrystal Company, Inc., et. al. | New York County Supreme Court, New York | 190137/2024 | 5/7/2024 | 5/16/2024 |
| Gerken | Anna Marie | Dean Omar Branham Shirley, LLP & Kassel McVey | Andrew T. Gerken, individually and as Personal Representative of the Estate of Anna Marie L. Gerken, deceased, v. Avon Products, Inc., et al. | Richland County Fifth Judicial Circuit Common Pleas Court, South Carolina | 2023CP4006111 | 11/15/2023 | 12/1/2023 |
| Giroir | Glenda T. | Dean Omar Branham Shirley, LLP - Landry & Swarr LLC | Glenda T. Giroir and Dale Giroir v. Anco Insulations, Inc., et. al. | Parish of Orleans Civil District Court, Louisiana | C-745104 "32" | 3/7/2024 | 3/28/2024 |
| Goode-Evans | Dorothy | Dean Omar Branham Shirley, LLP- Thornton Law Firm | Dorothy Goode-Evans and Hebert Evans v. Avon Products, Inc., et al. | Commonwealth of Massachusetts Superior Court | 23-2731 | 9/29/2023 | 10/12/2023 |
| Greenage | William | Meirowitz & Wasserberg, LLP | William Greenage v. Avon Products, Inc., et al., | New York County Supreme Court, New York | 190093/2023 | 6/22/2023 | 9/20/2023 |
| Haney | Verda | Dobs & Farinas, LLP | Verda Haney vs. Advance Stores Company Incorporated, et al. | Marion County Superior Court No. 13, Indiana | 49D13-2404-CT-019200 | 4/26/2024 | 5/17/2024 |

3

| Last Name of Plaintiff | First Name of Plaintiff | Counsel of Record | Case Caption | Court | Case Number | Date of Complaint or Amended Complaint adding Revlon | Date of Correspondence Requesting Dismissal |
|---|---|---|---|---|---|---|---|
| Hatcher | Kimberly | Simmons Hanly Conroy | Kimberly Hatcher v. Albertson's LLC, et al., | Superior Court of the State of California – County of Alameda | 22CV021209 | 7/31/2023 | 8/30/2023 |
| Heard | Marlane | Simon Greenstone Panatier, P.C. | Marlane Heard vs. Charles B. Crystal Company, Inc., et al. | New York County Supreme Court, New York | 190123/2024 | 4/19/2024 | 4/23/2024 |
| How | Karen | Maune Raichle Hartley French & Mudd, LLC | Karen R. How and Peter M. How vs. Chanel, Inc., et al. | Cook County Circuit Court, Illinois | 24 L 3974 | 4/12/2024 | 4/22/2024 |
| Huxley | Aleksandra | Simon Greenstone Panatier, P.C. | Aleksandra Huxley and Howard Huxley vs. Conopco, Inc., et al. | New York County Supreme Court, New York | 190116/2024 | 4/17/2024 | 4/22/2024 |
| Jack | Mary | Maune Raichle Hartley French & Mudd, LLC | Mary L. Jack and David L. Dayden vs. Brenntag Specialties, Inc., f/k/a Mineral And Pigment Solutions, Inc., et al. | New York County Supreme Court, New York | 190035/2024 | 4/18/2024 | 5/8/2024 |
| Kershner | Barbara (Dec) | Weitz & Luxenberg, P.C. | Christa Ruth Machado, Individually and as Personal Representative of the Estate of Barbara Kershner, Deceased vs. Avon Products, Inc., et al. | Middlesex County Superior Court, New Jersey | MID-L-7200-23 AS | 12/22/2023 | 12/28/2023 |
| Mcracken King | Martha | Maune Raichle Hartley French & Mudd, LLC | Martha Mcracken King and Justin W. King vs. Alticor Inc. f/k/a Amway Corporation, for its Artistry cosmetics line of products, et al. | Broward County 17th Judicial Circuit Court, Florida | CACE-24-005989 | 5/1/2024 | 5/16/2024 |

4

| Last Name of Plaintiff | First Name of Plaintiff | Counsel of Record | Case Caption | Court | Case Number | Date of Complaint or Amended Complaint adding Revlon | Date of Correspondence Requesting Dismissal |
|---|---|---|---|---|---|---|---|
| Klar | Ilona | Simmons Hanly Conroy | Ilona Klar and Ronald Gaiser, her husband v. American International Industries, et al | Middlesex County Superior Court, New Jersey | MID-L-000176-24 | 1/9/2024 | 1/11/2024 |
| Latterell-Rice | Rebecca | Karst & von Oiste, LLP | Rebecca Latterell-Rice and Clair Brian Rice, her husband, v. Alticor, Inc., f/k/a Amway, et al. | Ramsey County Second Judicial District Court, Minnesota | 62-cv-24-545 | 1/25/2024 | 2/9/2024 |
| Macron | Marilyn | Simon Greenstone Panatier, P.C. | Marilyn Macron v. Revlon Group Holdings LLC, | New York County Supreme Court, New York | 190182/2023 | 8/30/2023 | 9/27/2023 |
| Mager | Jennifer | Frost Law Firm, P.C. | Jenifer Mager, et al. v. American International Industries, et al., | Los Angeles County Superior Court, California | 23STCV09956 | 5/3/2023 | 7/26/2023 |
| Matthews | Karol | Maune Raichle Hartley French & Mudd, LLC | Karol A. Matthews v. Avon Products, et. al. | Superior Court of the State of California – County of Alameda | 23CV045781 | 9/27/2023 | 10/20/2023 |
| Milford | Louise | Simon Greenstone Panatier, P.C. | Louise Milford and Christopher Milford vs. Chanel, Inc., et al. | New York County Supreme Court, New York | 190128/2024 | 4/22/2024 | 4/25/2024 |
| Navaretta | Josephine | Simon Greenstone Panatier, P.C. | Josephine Navaretta and John Navaretta vs. Christian Dior, Inc., et al. | New York County Supreme Court, New York | 190117/2024 | 4/17/2024 | 4/23/2024 |
| Ortiz | Johanna | Simmons Hanly Conroy | Johanna Ortiz, et al. v. Albertson's LLC, et al., | Los Angeles County Superior Court, California | 23STCV14552 | 6/22/2023 | 7/26/2023 |
| Flagg Perez | Rene | Phillips & Paolicelli, LLP | Rene Flagg Perez v. Avon Products, Inc., et al. | New York County Supreme Court, New York | 190111/2024 | 4/22/2024 | 5/8/2024 |

5

| Last Name of Plaintiff | First Name of Plaintiff | Counsel of Record | Case Caption | Court | Case Number | Date of Complaint or Amended Complaint adding Revlon | Date of Correspondence Requesting Dismissal |
|---|---|---|---|---|---|---|---|
| Perkins | Barbara | Frost Law Firm, P.C. | Barbara Perkins v. Barretts Minerals, Inc., et al | Superior Court of the State of California for the County of San Francisco | CGC-23-277164 | 9/29/2023 | 12/6/2023 |
| Perkins | Lorraine | Maune Raichle Hartley French & Mudd, LLC | Lorraine A. Perkins and Julia A. Knox vs. Avon Products, Inc., et al. | Cook County Circuit Court. Illinois | 24-L-3861 | 4/11/2024 | 4/16/2024 |
| Rand | Charlene | Weitz & Luxenberg, P.C. | Charlene Rand and Jason Rand, h/w vs. Block Drug Company, Inc., et al. | Middlesex County Superior Court, New Jersey | MID-L-7180-23 AS | 12/22/2023 | 12/28/2023 |
| Raso | Angelina (Dec) | Belluck & Fox, LLP | Teresa J. Raso and Fran C. Raso, as Co-Executor of the Estate of Angelina Raso, deceased vs. 84 Lumber Company, et al. | Supreme Court of the State of New York, County of Albany | 907336-23 | 4/11/2024 | 4/23/2024 |
| Reed | Wesley | Lipsitz Ponterio / Simon Greenstone Panatier, P.C. | Wesley Reed and Judy Reed vs. Sumitomo Corporation of Americas, et al. | New York Supreme Court, County of Onondaga | 004170/2024 | 4/22/2024 | 4/24/2024 |
| Ross | Robyn | Maune Raichle Hartley French & Mudd, LLC | Robyn E. Ross vs. Brenntag Specialties, LLC, f/k/a Mineral and Pigment Solutions, Inc., individually as a successor-in-interest to Whittaker, Clark & Daniels, Inc., et al. | Middlesex County Superior Court, New Jersey | MID-L-002873-24 | 5/14/2024 | 5/16/2024 |

6

| Last Name of Plaintiff | First Name of Plaintiff | Counsel of Record | Case Caption | Court | Case Number | Date of Complaint or Amended Complaint adding Revlon | Date of Correspondence Requesting Dismissal |
|---|---|---|---|---|---|---|---|
| Rosas | Silvia | Frost Law Firm, P.C. | Silvia V. Rosas, Individually and as Successor-in-Interest to Otilia R. Rosas, Deceased, et al., v. Avon Products, Inc., Individually and as Successor-in-Interest to Georgio Beverly Hills Henry Company LLC, et al., | Superior Court of the State of California, County of Santa Barbara | 23STCV21311 | 9/5/2023 | 9/27/2023 |
| Schlechter | Elaine (Dec) | Dean Omar Branham Shirley, LLP | Myron Schlechter, individually and as Administrator of the Estate of Elaine Schlechter, Deceased vs. Bayer Consumer Care Holdings LLC, f/k/a MSD Consumer Care, Inc.; et al. | Court of Common Pleas of Allegheny County, Pennsylvania | 24-003216 | 3/29/2024 | 4/3/2024 |
| Scott | Betty | Maune Raichle Hartley French & Mudd, LLC | Betty M. Scott and Lawrence R. Scott vs. Charles B. Chrystal Company, Inc.; et al. | Middlesex County Superior Court, New Jersey | MID-L-001269-24AS | 2/26/2024 | 3/8/2024 |
| Seal | Maureen | Simon Greenstone Panatier, P.C. | Maureen Seal vs. Sumitomo Christian Dior, Inc., et al. | New York County Supreme Court, New York | 190129/2024 | 4/22/2024 | 4/26/2024 |
| Smithers | Cynthia Lou | Simmons Hanly Conroy | Cynthia Lou Smithers v. Johnson & Johnson, et al. | Middlesex County Superior Court, New Jersey | MID-L-005778-23 | 2/21/2024 | 2/23/2024 |
| Soares | Susan | Early, Lucarelli, Sweeney & Meisenkothen | Susan Soares and Brian Soares vs. Avon Products, Inc., et al. | Providence County, Rhode Island – Superior Court | PC-2024-01631 | 3/25/2024 | 4/16/2024 |

7

| Last Name of Plaintiff | First Name of Plaintiff | Counsel of Record | Case Caption | Court | Case Number | Date of Complaint or Amended Complaint adding Revlon | Date of Correspondence Requesting Dismissal |
|---|---|---|---|---|---|---|---|
| Tantillo | Dianne | Dean Omar Branham Shirley, LLP - Landry & Swarr LLC | Dianne Tantillo v. Avon Products, Inc., et al. | Parish of Orleans Civil District Court, Louisiana | 2024-01705 | 2/26/2024 | 3/14/2024 |
| Torrence | Cora Dean | Meirowitz & Wasserberg, LLP | Cora Dean Torrence v. Avon Products, Inc., et al | New York County Supreme Court, New York | 190170/2023 | 6/16/2023 | 9/11/2023 |
| Valley | Jody | Weitz & Luxenberg, P.C. | Jody Valley and Elaine Thomason v. Block Drug Company, et al. | Middlesex County Superior Court, New Jersey | MID-L-2212-24 AS | 4/11/2024 | 4/23/2024 |
| Vessia-Ayoubi | Angelina | Simon Greenstone Panatier, P.C. | Angelina Vessia-Ayoubi and Sam Ayoubi v. Sumitomo Corporation of Americas, et al. | New York County Supreme Court, New York | 190088/2024 | 3/22/2024 | 3/25/2024 |
| Wandsneider | John | Maune Raichle Hartley French & Mudd, LLC | John K. Wandsneider and Joanne C. Wandsneider vs. Avon Products., et al. | Madison County Third Judicial Circuit Court, Illinois | 24-LA-444 | 4/1/2024 | 4/10/2024 |
| Welch | Kathleen (Dec) | Dean Omar Branham Shirley, LLP | Edward L. Welch, Jr. individually and as Administrator of the Estate of Kathleen Marie Welch, Deceased, vs. Avon Products, Inc., individually and as successor-in-interest to Parfums Stern Inc., et al | Court of Common Pleas of Allegheny County, Pennsylvania | 23-013392 | 11/22/2023 | 12/13/2023 |

**<u>Annex 2</u>**

**Enforcement Order Notice**

**[Caption]**

**NOTICE OF BANKRUPTCY COURT ORDER**

[Reorganized Debtor Entity] and its affiliates, by and through its undersigned counsel, respectfully submits this Notice of Bankruptcy Court Order, and states as follows:

1. On June 15 and 16, 2022 (the "Petition Date"), Revlon, Inc. and its debtor affiliates, including [Entity] (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors' chapter 11 cases (the "Bankruptcy Cases") were jointly administered, indexed at case number 22-10760 (DSJ) and, as of May 30, 2023, case number 22-10784.

2. On April 3, 2023, the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Third Amended Joint Plan of Reorganization of Revlon, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (the "Confirmation Order") (ECF No. 1746) approving the terms of the chapter 11 plan (ECF No. 1860) (with all supplements and exhibits thereto, as it has been and may be amended, altered, modified, revised, or supplemented from time to time, the "Plan").[1] The effective date under the Plan occurred on May 2, 2023 (the "Effective Date"). *See* ECF No. 1869.

3. The Plan contains a permanent injunction (the "Injunction") that specifically prohibits Holders of Claims from prosecuting against the Debtors any Claims, and in each case including attorney's fees related thereto, that arose prior to the Effective Date.

4. On [Date], the Bankruptcy Court entered the attached *Order Granting Reorganized Debtors' Second Omnibus Motion to Enforce the Plan Injunction and Confirmation Order* (the "Enforcement Order") which (i) orders the plaintiffs listed on Annex 1 to the Enforcement Order to take all appropriate actions within fourteen days of entry of the filing of this notice in the applicable action, *i.e.*, [Date] to dismiss the actions listed on Annex 1 to the Enforcement Order, and (ii) in the event that parties listed on Annex 1 to the Enforcement Order do not comply with the terms of the Enforcement Order, permits the Reorganized Debtors to (a) request an order from the Bankruptcy Court holding such noncomplying parties in contempt of the Bankruptcy Court for violating the terms of the Enforcement Order, the Plan Injunction, and the Confirmation Order, and (b) seek sanctions upon further motion.

Respectfully submitted this day of _____ , 202_.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings given to such terms in the Plan.