Robert A. Britton
Claudia Tobler
Alana Page
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RML, LLC[1] | Case No. 22-10784 (DSJ) |
| Reorganized Debtor. | |
| Tax I.D. No. N/A | |

### NOTICE OF APRIL, MAY, AND JUNE
### OMNIBUS HEARING DATES

**PLEASE TAKE NOTICE** that pursuant to the *Revised Order (A) Establishing Certain Notice, Case Management, And Administrative Procedures And (B) Granting Related Relief* [Docket No. 279], dated July 25, 2022 (the "Case Management Order"), implementing certain notice and case management procedures, the United States Bankruptcy Court for the Southern District of New York (the "Court") has scheduled the following omnibus hearing dates (the "Omnibus Hearings") in the above-captioned case:

**April 24, 2025 at 10:00 a.m. (Prevailing Eastern Time)**

**May 22, 2025 at 10:00 a.m. (Prevailing Eastern Time)**

**June 26, 2025 at 10:00 a.m. (Prevailing Eastern Time)**

---

[1] On May 30, 2023, the Court entered the *Order (I) Consolidating the Administration of the Remaining Matters at the Remaining Case, (II) Entering a Final Decree Closing the Affiliate Cases, (III) Changing the Case Caption of the Remaining Case, and (IV) Granting Related Relief, In re Revlon, Inc., et al.*, No. 22-10760 (DSJ) [Docket No. 1920], closing the affiliated chapter 11 cases and directing that all motions, notices, and other pleadings related to any of the affiliated debtors be filed in this case. The location of RML, LLC's service address for purposes of these Chapter 11 Cases is: 55 Water St., 43rd Floor, New York, NY 10041-0004.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise ordered by the Court, the Case Management Order governs the scheduling of all matters to be heard on the foregoing hearing dates.

**PLEASE TAKE FURTHER NOTICE** that the Omnibus Hearings will be conducted remotely via Zoom for Government. Parties wishing to appear at an Omnibus Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://www.nysb.uscourts.gov/content/judge-david-s-jones) no later than 4:00 p.m. on the business day before the applicable Omnibus Hearing (the "Appearance Deadline"). Following the applicable Appearance Deadline, the Court will circulate by email the Zoom link to applicable Omnibus Hearing to those parties who have made an electronic appearance. Parties wishing to appear at an Omnibus Hearing must submit an electronic appearance through the Court's website by the applicable Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Reorganized Debtors' notice and claims agent, Kroll Restructuring Administration LLC (the "Claims Agent"), at https://cases.ra.kroll.com/revlon/ or by calling (855) 631-5341 (toll free) for U.S. and Canada-based parties or +1 (646) 795-6968 for international parties. Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that an Omnibus Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at such Omnibus Hearing or at a later hearing. The Reorganized Debtors will file an agenda before each Omnibus Hearing, which may modify or supplement the motions to be heard at such Omnibus Hearing.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| New York, New York<br>Dated: March 3, 2025 | */s/ Robert A. Britton*<br>Robert A. Britton<br>Claudia Tobler<br>Alana Page<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>rbritton@paulweiss.com<br>ctobler@paulweiss.com<br>apage@paulweiss.com<br><br>*Counsel to the Reorganized Debtors* |