Robert A. Britton
Claudia Tobler
Alana Page
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RML, LLC[1] | Case No. 22-10784 (DSJ) |
| Reorganized Debtor. | |
| Tax I.D. No. N/A | |

**NOTICE OF ADJOURNMENT OF REORGANIZED DEBTORS' TWENTIETH OMNIBUS OBJECTION TO NON-MDL HAIR STRAIGHTENING CLAIMS, LATE-FILED HAIR STRAIGHTENING CLAIMS, AMENDED HAIR STRAIGHTENING CLAIMS, AND DUPLICATE HAIR STRAIGHTENING CLAIMS SOLELY WITH RESPECT TO CERTAIN CLAIMS SCHEDULED FOR MARCH 27, 2025**

**PLEASE TAKE NOTICE** that the claims listed on **Schedule 1** attached hereto (collectively, the "Adjourned Claims") have been filed in the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that on January 28, 2025, the above-captioned reorganized debtor and its reorganized affiliates (collectively, after May 2, 2023, the "Reorganized Debtors") filed the *Reorganized Debtors' Twentieth Omnibus Objection to Non-MDL Hair Straightening Claims, Late-Filed Hair Straightening Claims, Amended Hair Straightening Claims, and Duplicate Hair Straightening Claims* [Docket No. 1251]

---

[1] On May 30, 2023, the Court entered the *Order (I) Consolidating the Administration of the Remaining Matters at the Remaining Case, (II) Entering a Final Decree Closing the Affiliate Cases, (III) Changing the Case Caption of the Remaining Case, and (IV) Granting Related Relief, In re Revlon, Inc., et al.*, No. 22-10760 (DSJ) [Docket No. 1920], closing the affiliated chapter 11 cases and directing that all motions, notices, and other pleadings related to any of the affiliated debtors be filed in this case. The location of RML, LLC's service address for purposes of these Chapter 11 Cases is: 55 Water St., 43rd Floor, New York, NY 10041-0004.

(the "Objection"),[2] which, among other things, objected to the Adjourned Claims for the reasons stated in the Objection.

**PLEASE TAKE FURTHER NOTICE** that on February 26, 2025, the Reorganized Debtors filed the *Notice of Adjournment of Reorganized Debtors' Twentieth Omnibus Objection to Non-MDL Hair Straightening Claims, Late-Filed Hair Straightening Claims, Amended Hair Straightening Claims, and Duplicative Hair Straightening Claims Solely with Respect to Certain Claims Scheduled for February 27, 2025* [Docket No. 1268], which adjourned without prejudice the hearing to consider the relief requested in the Objection solely with respect to the Adjourned Claims to the hearing scheduled for March 27, 2025 at 10:00 a.m., prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors hereby adjourn without prejudice the hearing to consider the relief requested in the Objection solely with respect to the Adjourned Claims listed on **Schedule 1** attached hereto *Sine Die*. The Reorganized Debtors can re-establish a hearing date on the Objection with respect to the Adjourned Claims provided that the Reorganized Debtors give the other parties to the Objection, including holders of the Adjourned Claims, at least 30 days' notice.

**PLEASE TAKE FURTHER NOTICE** that copies of the Objection and all documents filed in these chapter 11 cases can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Reorganized Debtors' notice and claims agent, Kroll Restructuring Administration LLC, at https://cases.ra.kroll.com/revlon/ or by calling (855) 631-5341 (toll free) for U.S. and Canada-based parties or +1 (646) 795-6968 for international parties. Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE that *your rights may be affected*. You should read the Objection carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult with one.**

[*Remainder of page intentionally left blank.*]

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Objection.

New York, New York
Dated: March 24, 2025

*/s/ Robert A. Britton*

Robert A. Britton
Claudia Tobler
Alana Page
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Reorganized Debtors*

**Schedule 1**

**Adjourned Claims**

RML, LLC, Case No. 22-10784

Twentieth Omnibus Claims Objection

Schedule 1 – Adjourned Claims

| | NAME | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | Hamilton, Latonya<br>Unknown<br>Unknown, Unknown Unknown | 12/5/2023 | 22-10760 | Revlon, Inc. | 45956 | Undetermined* |
| 2 | Long, Larvetta<br>Unknown@unknown<br>Unknown@unknown, Unknown@unknown | 12/11/2023 | 22-10760 | Revlon, Inc. | 46060 | Undetermined* |
| 3 | Paige, Mary<br>unknown<br>Unknown, unknown unknown | 12/5/2023 | 22-10760 | Revlon, Inc. | 45978 | Undetermined* |

*Indicates claim contains unliquidated and/or undetermined amounts