Robert A. Britton
Claudia Tobler
Alana Page
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| RML, LLC[1] | Case No. 22-10784 (DSJ) |
| Reorganized Debtor. |  |
| Tax I.D. No. N/A |  |

**NOTICE OF CANCELLATION OF THE HEARING
SCHEDULED FOR MARCH 27, 2025**

     **PLEASE TAKE NOTICE** that the omnibus hearing scheduled for **March 27, 2025, at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing"), before the Honorable David S. Jones, United States Bankruptcy Judge for the United States Bankruptcy Court of the Southern District of New York (the "Court") in the case of *RML, LLC*, Case No. 22-10784 (DSJ), **has been cancelled**.

     **PLEASE TAKE FURTHER NOTICE** that on March 24, 2025, the Reorganized Debtors filed the *Notice of Adjournment of Reorganized Debtors' Twentieth Omnibus Objection to Non-MDL Hair Straightening Claims, Late-Filed Hair Straightening Claims, Amended Hair Straightening Claims, and Duplicate Hair Straightening Claims Solely With Respect to Certain Claims Scheduled For March 27, 2025* [Docket No. 1272].

---

[1] On May 30, 2023, the Court entered the *Order (I) Consolidating the Administration of the Remaining Matters at the Remaining Case, (II) Entering a Final Decree Closing the Affiliate Cases, (III) Changing the Case Caption of the Remaining Case, and (IV) Granting Related Relief, In re Revlon, Inc., et al.*, No. 22-10760 (DSJ) [Docket No. 1920], closing the affiliated chapter 11 cases and directing that all motions, notices, and other pleadings related to any of the affiliated debtors be filed in this case. The location of RML, LLC's service address for purposes of these Chapter 11 Cases is: 55 Water St., 43rd Floor, New York, NY 10041-0004.

**PLEASE TAKE FURTHER NOTICE** that on March 24, 2025, the Reorganized Debtors filed the *Notice of Withdrawal of Reorganized Debtors' Twentieth Omnibus Objection to Non-MDL Hair Straightening Claims, Late-Filed Hair Straightening Claims, Amended Hair Straightening Claims, and Duplicate Hair Straightening Claims Solely With Respect to Certain Claims Scheduled For March 27, 2025* [Docket No. 1273].

**PLEASE TAKE FURTHER NOTICE** that on March 25, 2025, the Court entered the *Order Granting Reorganized Debtors' Twentieth Omnibus Objection to Non-MDL Hair Straightening Claims, Late-Filed Hair Straightening Claims, Amended Hair Straightening Claims, and Duplicate Hair Straightening Claims* [Docket No. 1277].

**PLEASE TAKE FURTHER NOTICE** that in light of the foregoing, there is no need for an omnibus hearing on March 27, 2025.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Chapter 11 Cases may be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Reorganized Debtors' notice and claims agent, Kroll Restructuring Administration LLC, at https://cases.ra.kroll.com/revlon/ or by calling (855) 631-5341 (toll free) for U.S. and Canada-based parties or +1 (646) 795-6968 for international parties. Note that a PACER password is needed to access documents on the Court's website.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| New York, New York<br>Dated:  March  25, 2025 | */s/ Robert A. Britton*<br>Robert A. Britton<br>Claudia Tobler<br>Alana Page<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>rbritton@paulweiss.com<br>ctobler@paulweiss.com<br>apage@paulweiss.com<br><br>*Counsel to the Reorganized Debtors* |