**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RML, LLC[1] | Case No. 22-10784 (DSJ) |
| Reorganized Debtor. | |
| Tax I.D. No. N/A | |

**ORDER GRANTING REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REORGANIZED DEBTORS TO FILE UNDER SEAL CERTAIN CONFIDENTIAL DEFENSE COST INFORMATION IN THE MOTION TO ENFORCE THE PLAN AND CONFIRMATION ORDER**

Upon the motion (the "Motion")[2] of the above-captioned reorganized debtor (together with its reorganized debtor affiliates, before the effective date of their chapter 11 plan of reorganization, the "Debtors" and after the effective date of their plan of reorganization, the "Reorganized Debtors") for entry of an order (this "Order"), authorizing the Reorganized Debtors to (a) file on the public docket redacted versions of the Enforcement Motion, the McKenna Declaration, and the exhibits thereto, redacting only the Defense Cost Information, and file the unredacted versions of those documents under seal; and (b) provide unredacted versions of the foregoing solely to the Receiving Parties, each as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

1 On May 30, 2023, the Court entered the *Order (I) Consolidating the Administration of the Remaining Matters at the Remaining Case, (II) Entering a Final Decree Closing the Affiliate Cases, (III) Changing the Case Caption of the Remaining Case, and (IV) Granting Related Relief*, *In re Revlon, Inc., et al.*, No. 22-10760 (DSJ) [Docket No. 1920], closing the affiliated chapter 11 cases and directing that all motions, notices, and other pleadings related to any of the affiliated debtors be filed in this case. Items filed on the docket of *In re RML, LLC*, shall be identified as "RML Docket No. [●]." The location of RML, LLC's service address for purposes of these Chapter 11 Cases is: 55 Water St., 43rd Floor, New York, NY 10041-0004.

2 Capitalized terms used in this Order and not immediately defined have the meanings given to such terms in the Motion.

*Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Reorganized Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and a Certificate of No Objection having been filed; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Reorganized Debtors are authorized and directed, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, to (a) file on the public docket redacted versions of the Enforcement Motion, the McKenna Declaration, and the exhibits thereto, redacting only the Defense Cost Information, and (b) file unredacted versions of the Enforcement Motion, the McKenna Declaration, and the exhibits thereto under seal.

3. The Reorganized Debtors shall provide unredacted copies of the Enforcement Motion, the McKenna Declaration, and the exhibits thereto to the Court and to the other Receiving Parties. The Receiving Parties shall treat the unredacted versions of the Enforcement Motion, the McKenna Declaration, and the exhibits thereto as confidential, and such documents shall remain under seal and shall not be made available to anyone other than the Receiving Parties without further order of the Court.

4. If the Defense Cost Information is referred to in or attached to any future pleadings or documents filed with this Court relating to these chapter 11 cases, this Order shall apply to such pleading or document.

5. Nothing in this Order prejudices the rights of any party-in-interest to seek, on appropriate motion, the unsealing of the Defense Cost Information.

6. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

7. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
October 29, 2026

*s/ David S. Jones*
HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE