**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| RML, LLC | ) | Case No. 22-10784 (DSJ) |
| Reorganized Debtor. | ) | |
| Tax I.D. No. N/A | ) | |

**DECLARATION OF GABRIEL DARWICK IN SUPPORT OF THE OBJECTION OF ZURICH AMERICAN INSURANCE COMPANY TO REORGANIZED DEBTORS' MOTION TO ENFORCE THE PLAN AND CONFIRMATION ORDER**

I, Gabriel Darwick, declare under penalty of perjury:

1. I am an attorney at White and Williams LLP ("**White and Williams**"), a law firm with its principal offices at 1650 Market Street, Suite 1800, Philadelphia, PA 19103 and New York offices located at 810 Seventh Avenue, Suite 500, New York, NY 10019.

2. I am a member in good standing of the Bar of the State of New York and admitted to practice in this Court.

3. I have served as coverage counsel for Zurich American Insurance Company ("**ZAIC**") with respect to Revlon's claims for insurance coverage for the Hair Straightening MDL for more than three years.

4. I respectfully submit this declaration in connection with the *Objection of Zurich American Insurance Company to Reorganized Debtors' Motion to Enforce the Plan and Confirmation Order* (the "**Objection**"), filed concurrently herewith.

5. Attached hereto are true and correct copies of the following documents referenced in the Objection:

- **Exhibit A** is a true and correct copy of a Ratification and Adoption Agreement between Revlon Group Holdings LLC and RCP, LLC f/k/a Revlon Consumer Products Corporation (hereinafter "Reorganized Debtors") and Zurich American Insurance Company and American Zurich Insurance Company ("Zurich"), dated August 3, 2023.

- **Exhibit B** is a true and correct copy of an October 12, 2023 letter from Gabriel Darwick to Keith McKenna of Cohen Ziffer Frenchman & McKenna LLP.

- **Exhibit C** is a true and correct copy of a March 3, 2025 letter from Gabriel Darwick to Keith McKenna of Cohen Ziffer Frenchman & McKenna LLP.

- **Exhibit D** is a true and correct copy of a Summons and Complaint in a civil action captioned *Zurich American Insurance Company et al. v. Revlon Inc. et al.*, Index No. 655865/2026 filed in the Supreme Court of the State of New York, County of New York.

- **Exhibit E** is a true and correct copy of a Summons and Complaint in a civil action captioned *Revlon Group Holdings Company. LLC et al. v. National Union Fire Insurance Company of Pittsburgh, PA.*, Index No. 659072/2024 filed in the Supreme Court of the State of New York, County of New York.

- **Exhibit F** is a true and correct copy of the *Motion to Enforce the Order Confirming Debtors' Fifth Amended Joint Chapter 11 Plan Of Reorganization and the Confirmed Plan by The Trustee of the Takata Airbag Tort Compensation Trust Fund,* filed in *Green v. Mitsui Sumitomo Ins. Co. (In re TK Holdings, Inc.)* in the United States Bankruptcy Court, District of Delaware, Case No. 17-11375 (BLS) filed on September 30, 2020.

- **Exhibit G** is a true and correct copy of the *Letter Ruling Regarding Motion to Enforce the Order Confirming Debtors' Fifth Amended Joint Chapter 11 Plan of Reorganization and the Confirmed Plan* signed by United States Bankruptcy Judge Brendan Linehan Shannon on October 23, 2020 in *Green v. Mitsui Sumitomo Ins. Co. (In re TK Holdings, Inc.)* in the United States Bankruptcy Court, District of Delaware, Case No. 17-11375 (BLS).

- **Exhibit H** is a true and correct copy of a Paid Deductible and Paid Loss Retrospective Agreement between ZAIC and Revlon (and their related companies) dated July 1, 2014.

- **Exhibit I** is a true and correct copy of the Specifications to Paid Deductible and Paid Loss Retrospective Agreement Between MacAndrews & Forbes Holdings, Inc. and American Zurich Insurance Company ("AZIC") Zurich American Insurance Company ("ZAIC") Zurich Insurance Company ("ZIC") dated July 1, 2014.

- **Exhibit J** is a true and correct copy of a July 23, 2025 letter from Gabriel Darwick to Keith McKenna of Cohen Ziffer Frenchman & McKenna LLP.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*/s/ Gabriel Darwick*
Gabriel Darwick, Esq.

Dated: November 10, 2026